**Fill in this information to identify the case:**

Debtor name    **NJ Mobile HealthCare LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-16239-JKS**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 15, 2024**          X **/s/ Louis V. Greco III**
                                                  Signature of individual signing on behalf of debtor

                                                  **Louis V. Greco III**
                                                  Printed name

                                                  **Manager**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NJ Mobile HealthCare LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | **24-16239-JKS** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AT&T Mobility PO BOX 6463 Carol Stream, IL 60197-6463** | | | | | | **$10,082.89** |
| **Blair Brewster 297 Henry Street Brooklyn, NY 11201** | | | | | | **$15,000.00** |
| **C & M Truck & Tire Repair Corp 152 Industrial Loop Staten Island, NY 10309** | | | | | | **$10,182.41** |
| **CSC Corp Service Company Po Box 7410023 Chicago, IL 60674-5023** | | | | | | **$10,123.90** |
| **InSight Mobile Data 23330 Cottonwood Parkway Suite 333 California, MD 20619** | | | **Contingent Unliquidated Disputed** | | | **$39,157.02** |
| **Integrated Rental Services Inc. (Avante) 2601 Stanley Gault Parkway Suite #101 Louisville, KY 40223** | | | **Contingent Unliquidated Disputed** | | | **$26,918.99** |
| **Interstate 370 LLC. 330 Franklin Turnpike, Suite 210 Attn Gary Haig Mahwah, NJ 07430** | | | **Contingent Unliquidated Disputed** | | | **$55,736.66** |
| **Jack Kishk 436 Avenue P Brooklyn, NY 11223** | | | | | | **$50,000.00** |

| Debtor | NJ Mobile HealthCare LLC | | | Case number *(if known)* | 24-16239-JKS |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kaufman Dolowich Voluck, LLP 135 Crossways Park Drive Suite 201 Woodbury, NY 11797 | | | Contingent Unliquidated Disputed | | | $15,135.41 |
| Lytx, Inc. 9785 Towne Centre Drive San Diego, CA 92121 | | | Contingent Unliquidated Disputed | | | $23,010.90 |
| McKesson Medical Surgical PO Box 634404 Cincinnati, OH 45263 | | | Contingent Unliquidated Disputed | | | $11,334.39 |
| Metro Ambulance 7 Daniel Drive Cedar Grove, NJ 07009 | | | | | | $13,525.00 |
| Office Team PO Box 743295 Los Angeles, CA 90074-3295 | | | Contingent Unliquidated Disputed | | | $11,000.00 |
| Ogletree Deakins Nash Smoak & Stewart PC 50 International Drive Suite 300 Greenville, SC 29615 | | | | | | $20,000.00 |
| PKF O'Connor Davies Advisory, LLC 300 Tice Boulevard Suite 315 Woodcliff Lake, NJ 07677 | | | | | | $24,817.00 |
| Procida Companies LLC 456 East 173 Street Attn: Mario Procida & Sarah William Bronx, NY 10457 | | | | | | $35,000.00 |
| Transworld Systems Inc. P.O. Box 15618 Wilmington, DE 19850-5618 | | | | | | $9,784.71 |

Debtor **NJ Mobile HealthCare LLC**
_____
Name

Case number *(if known)*  **24-16239-JKS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Versatile Human Resource Management 1111 West Centre Avenue Portage, MI 49024** | | | | | | $9,169.48 |
| **Wagner, Ferber, Fine & Ackerman PLLC 66 South Tyson Ave Floral Park, NY 10075** | | | | | | $13,007.20 |
| **William Seide 752 Rivenwood Rd Franklin Lakes, NJ 07417** | | | | | | $45,000.00 |

**Fill in this information to identify the case:**

Debtor name    **NJ Mobile HealthCare LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-16239-JKS**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................    $      **1,420,775.26**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $      **1,420,775.26**

| Part 2: | Summary of Liabilities |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **1,366,440.42**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **628,965.15**

4.    Total liabilities ......................................................................................................
     Lines 2 + 3a + 3b    $      **1,995,405.57**

| Fill in this information to identify the case: |
|---|
| Debtor name **NJ Mobile HealthCare LLC** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) **24-16239-JKS** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Valley National Bank (Operating Account)** | **Checking Account** | **5800** | **$1,100.37** |
| 3.2. | **Valley National Bank (Receiving Account)** | **Checking Account** | **0303** | **$1,671.23** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$2,771.60** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:       Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:       Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(If known)* **24-16239-JKS** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | **182,884.51** | - | **0.00** | = .... | **$182,884.51** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **377,919.15** | - | **0.00** | = .... | **$377,919.15** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$560,803.66** |
|---|---|

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Miscellaneous office furnature** | **$0.00** | | **$7,500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous computers, phones, EMS equipment, EMS communications equipment** | **Undetermined** | | **$17,500.00** |
| **Miscellaneous basic life support and ambulatory equipment contained in each of Debtor's ambulances.** | **$0.00** | | **$165,000.00** |

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(If known)* | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$190,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Ford 2013 Type II Ambulance. Vehicle ID 49-40** | $0.00 | | $4,500.00 |
| 47.2. **Ford 2012 Type II Ambulance. Vehicle ID 49-41.** | $0.00 | | $4,500.00 |
| 47.3. **Ford 2013 Type II Ambulance. Vehicle ID 49-42.** | $0.00 | | $18,000.00 |
| 47.4. **Ford 2013 Type II Ambulance. Vehicle ID 49-43.** | $0.00 | | $10,000.00 |
| 47.5. **Ford 2007 Supervisor Vehicle. Vehicle ID 55-12.** | $0.00 | | $1,200.00 |
| 47.6. **Ford 2014 Type III Ambulance. Vehicle ID 55-35.** | $0.00 | | $65,000.00 |
| 47.7. **Ford 2018 Type II Ambulance. Vehicle ID 55-37.** | $0.00 | | $75,000.00 |
| 47.8. **Chevy 2009 Type III Ambulance. Vehicle ID 55-56.** | $0.00 | | $20,000.00 |
| 47.9. **Ford 2014 Type III Ambulance. Vehicle ID 55-50.** | $0.00 | | $15,000.00 |

| Debtor | **NJ Mobile HealthCare LLC** | | Case number *(If known)* **24-16239-JKS** |
| | Name | | |

| | | | |
|---|---|---|---|
| 47.10 · | **Chevy 2013 Type I Ambulance. Vehicle ID 55-53.** | $0.00 | $35,000.00 |
| 47.11 · | **Ford 2020 Type I Rescue Ambulance. Vehicle ID 55-54.** | $0.00 | $195,000.00 |
| 47.12 · | **Ford 2020 Type I Rescue Amulance. Vehicle ID 55-55.** | $0.00 | $195,000.00 |
| 47.13 · | **International 1994 Mobile Command Bus. Vehicle ID 56-MOC.** | $0.00 | $18,000.00 |
| 47.14 · | **Gulf Cart. Vehicle ID 56-GC.** | $0.00 | $5,000.00 |
| 47.15 · | **Flatbed Glf Cart Trailer. Vehicle ID 56-GCT.** | $0.00 | $1,500.00 |
| 47.16 · | **Diamon Cargo Trailer. Vehicle ID 56-MCRU.** | $0.00 | $4,500.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $667,200.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor     **NJ Mobile HealthCare LLC**                                    Case number *(If known)*  **24-16239-JKS**
                                                        Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(If known)* | **24-16239-JKS** |
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,771.60** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$560,803.66** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$190,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$667,200.00** | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,420,775.26** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,420,775.26** |

**Fill in this information to identify the case:**

Debtor name    **NJ Mobile HealthCare LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-16239-JKS**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Cloudfund LLC** | Describe debtor's property that is subject to a lien | **$118,125.00** | **Undetermined** |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd, Suite 165-101
Suffern, NY 10901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 | **De Lage Laden Financial Services, Inc.** | Describe debtor's property that is subject to a lien | **$102,448.61** | **$195,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road
Wayne, PA 19087**

Creditor's mailing address

**Ford 2020 Type I Rescue Ambulance. Vehicle ID 55-54.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **NJ Mobile HealthCare LLC** | | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **De Lage Laden Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $102,448.61 | $195,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

Creditor's mailing address

**Ford 2020 Type I Rescue Amulance. Vehicle ID 55-55.**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | $17,703.02 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**120 W 38th Street, 6th Floor**
**New York, NY 10018**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Forever Funding** | Describe debtor's property that is subject to a lien | $94,480.00 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**8 Campus Drive**
**Parsippany, NJ 07054**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor   **NJ Mobile HealthCare LLC**
_____
Name

Case number (if known)   **24-16239-JKS**

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $300,078.00 | Undetermined |

Creditor's Name

**P.O. Box 7346
ATTN: Centralized
Insolvency Operations
Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **New Jersey Department of the Treasury** | Describe debtor's property that is subject to a lien | $24,738.00 | Undetermined |

Creditor's Name

**3 John Fitch Way
ATTN: New Jersey Division
of Taxation
Trenton, NJ 08611**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**As of MAy 26, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 7

| Debtor | **NJ Mobile HealthCare LLC** | | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8 | **Specialty Fleet Services, LLC** | Describe debtor's property that is subject to a lien | **$6,999.10** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**60 Engineers Lane
East Farmingdale, NY 11735**

Creditor's mailing address

**Chevy 2013 Type I Ambulance. Vehicle ID 55-53.**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **STRATA Trust Company** | Describe debtor's property that is subject to a lien | **$277,532.74** | **Undetermined** |
|---|---|---|---|---|

Creditor's Name

**6836 Morrison Blvd
Susite 410
Charlotte, NC 28211**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **The Avanza Group LLC** | Describe debtor's property that is subject to a lien | **$75,775.00** | **Undetermined** |
|---|---|---|---|---|

Creditor's Name

**3974 Amboy Road, Suite 306
Staten Island, NY 10308**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Debtor    **NJ Mobile HealthCare LLC**
Name

Case number (if known)    **24-16239-JKS**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.11** | **U.S. Small Business Administration**
Creditor's Name

**409 3rd St., SW Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7801**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$150,000.00** | **Undetermined**

---

**2.12** | **United Lease**
Creditor's Name

**3700 Morgan Avenue Evansville, IN 47715**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Ford 2018 Type II Ambulance. Vehicle ID 55-37.**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$30,000.00** | **$75,000.00**

---

**2.13** | **V.E. Ralph and Son Inc**

Describe debtor's property that is subject to a lien

**$10,338.20** | **Undetermined**

---

| Debtor | **NJ Mobile HealthCare LLC** | | Case number (if known) | **24-16239-JKS** |

Name

**Creditor's Name**

**PO Box 633**
**Kearny, NJ 07032-0633**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.14 | **Vivian Capital Group LLC** | **Describe debtor's property that is subject to a lien** | | **$55,774.14** | **Undetermined** |

Creditor's Name

**3611 14th Ave**
**Brooklyn, NY 11218**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,366,440.42** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**ATTN: Ariel Bouskila**<br>**Pomona, NY 10970** | Line _2.10_ | |

| Debtor | **NJ Mobile HealthCare LLC** | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Gainey McKenna & Egleston**<br>**375 Abbott Road**<br>**ATTN: Barry J. Gainey**<br>**Paramus, NJ 07652** | Line __**2.5**__ |
| **Iacullo Martino & Reinitz**<br>**247 Franklin Avenue**<br>**ATTN: Steven J. Martino**<br>**Nutley, NJ 07110** | Line __**2.13**__ |
| **Law Offices of Isaac H. Greenfield, PLLC**<br>**2 Executive Blvd., Ste. 305**<br>**ATTN: Isaac H. Greenfield**<br>**Suffern, NY 10901** | Line __**2.14**__ |
| **Law Offices of Thomas A. Buonocore, P.C.**<br>**1719 Route 10, Suite 301**<br>**ATTN: Mark Thompson & Thomas Buonocore**<br>**Parsippany, NJ 07054** | Line __**2.9**__ |
| **New Jersey Divison of Taxation**<br>**22-08 Route 208**<br>**ATTN: Ana Guerrero & Mark Santos**<br>**Fair Lawn, NJ 07410** | Line __**2.7**__ |
| **Peter Fioretti**<br>**Mountain Real Estate Capital LLC**<br>**6863 Carnegie Blvd**<br>**Charlotte, NC 28211** | Line __**2.9**__ |
| **US Attorney for the District of NJ**<br>**970 Broad Street, 7th Floor**<br>**Newark, NJ 07102** | Line __**2.11**__ |
| **Weltman, Weinberg & Reis Co., L.P.A.**<br>**170 S. Independence Mall W., Suite 874W**<br>**ATTN: Scott J. Best**<br>**Philadelphia, PA 19106-2614** | Line __**2.12**__ |
| **White and Williams LLP**<br>**7 Times Square, Suite 2900**<br>**ATTN: Agatha Mingos**<br>**New York, NY 10036** | Line __**2.9**__ |

**Fill in this information to identify the case:**

Debtor name    **NJ Mobile HealthCare LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-16239-JKS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**2.1** Priority creditor's name and mailing address

**NJ Department of Labor**
**1 John Fitch Plaza**
**Trenton, NJ 08611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**NJ Division of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

| Debtor | NJ Mobile HealthCare LLC | | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.3 Priority creditor's name and mailing address

**NJ Office of the Attorney General**
**25 Market Street**
**8th Floor, West Wing**
**Trenton, NJ 08625-0080**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 Priority creditor's name and mailing address

**PA Department of Revenue**
**PO Box 280904**
**Harrisburg, PA 17128-0904**

As of the petition filing date, the claim is: **Undetermined** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5 Priority creditor's name and mailing address

**State of CT, Dep't of Revenue**
**Services**
**450 Columbus Blvd, Suite 1**
**Hartford, CT 06103-1837**

As of the petition filing date, the claim is: **Undetermined** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6 Priority creditor's name and mailing address

**US Attorney for the District of NJ**
**970 Broad Street, 7th Floor**
**Newark, NJ 07102**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **NJ Mobile HealthCare LLC** | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,551.06**

8x8 Inc.
675 Creekside Way
Campbell, CA 95008

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.96**

Aaccess.net Solutions Inc
39 Maple Avenue
New City, NY 10956

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,053.30**

ADP
PO Box 842875
Boston, MA 02284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

Aherman LLC
132 Remsen St
Brooklyn, NY 11201

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Loans made to Debtor_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.13**

██████████████████

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,576.06**

All American Ford
520 River Street
Hackensack, NJ 07601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.00**

Alliance One
PO Box 3100
Southeastern, PA 19398-3100

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|--------|--------------------------|------------------------|--------------|
|        | Name                     |                        |              |

---

**3.8**

Nonpriority creditor's name and mailing address

**American Arbitration Association**
**120 Broadway, Floor 21**
**Attn: Corporate Finance**
**New York, NY 10271**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.9**

Nonpriority creditor's name and mailing address

**Archer Law Office, LLC**
**2235 Whitehorse Mercerville Road**
**Hamilton, NJ 08619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,425.00**

---

**3.10**

Nonpriority creditor's name and mailing address

**Arman Fardanesh**
**112 Cinnamom Station Way**
**Newark, DE 19702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.11**

Nonpriority creditor's name and mailing address

**AT&T Mobility**
**PO BOX 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,082.89**

---

**3.12**

Nonpriority creditor's name and mailing address

**Bederson LLP**
**Bederson LLP**
**100 Passaic Avenue Suite 310**
**Fairfield, NJ 07004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,875.00**

---

**3.13**

Nonpriority creditor's name and mailing address

**Bergen Brookside Automotive**
**8595 Zabriskie Street**
**Hackensack, NJ 07601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$3,397.60**

---

**3.14**

Nonpriority creditor's name and mailing address

**Big Tows Inc.**
**36 Red Schoolhouse Road**
**Chesnut Ridge, NY 10977**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,779.33**

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**Blair Brewster**
**297 Henry Street**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,520.00**

**BOOK LAW LLP**
**370 CHURCHILL RD**
**TEANECK, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,182.41**

**C & M Truck & Tire Repair Corp**
**152 Industrial Loop**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined**

**Christopher Greco**
**132 Remsen St**
**Brooklyn, NY 11201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loans made to Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,632.26**

**Chrysler Capital a/c x0076**
**PO Box 660647**
**TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,533.77**

**Chrysler Capital a/c x0205**
**PO Box 660647**
**TX 75266**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,190.00**

**Citrix**
**120 South West Street**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.32 |
|---|---|---|---|

**Coaching Systems LLC**
**21975 E Tallkid Ave**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.17 |
|---|---|---|---|

**Confidential Shredding**
**P.O. Box 8643**
**Woodcliff Lake, NJ 07677**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,282.00 |
|---|---|---|---|

**Corporation Service Company**
**PO Box 13397**
**,**
**Philadelphia, PA 19101-3397**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**County of Bergen Law and Public Safety I**
**281 Campgaw Road**
**Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,123.90 |
|---|---|---|---|

**CSC Corp Service Company**
**Po Box 7410023**
**Chicago, IL 60674-5023**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,927.68 |
|---|---|---|---|

**Danielle Greco**
**PO Box 707**
**Suffern, NY 10901**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Drive ERT**
**152 Tunnel Facility Drive**
**Portsmouth, VA 23707**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**E-ZPass NY**
**PO Box 24345**
**Brooklyn, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,437.49**

---

**3.30** | Nonpriority creditor's name and mailing address
**East Coast Medical Consultants (was Emer**
**3121-D Fire Road**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Emergency Training and Consulting (East**
**555 Dresher Road**
**Unit 309**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Emsar**
**9208 Waterford Centre Boulevard**
**Suite 150**
**Austin, TX 78758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,463.15**

---

**3.33** | Nonpriority creditor's name and mailing address
**Expressway Collision, Inc.**
**211 Veterans Rd W Ste 1**
**Staten Island, NY 10309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,271.69**

---

**3.34** | Nonpriority creditor's name and mailing address
**Falasca Bros Friendly Svc Inc**
**318 Broadway**
**Hillsdale, NJ 07642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,364.63**

---

**3.35** | Nonpriority creditor's name and mailing address
**Fleetcor**
**3280 Peachtree Road, Suite 2400**
**ATTN: Corpay, Inc.**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Fuelman**
**PO Box 1239**
**Covington, LA 70434**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**G46 LLC**
**132 Remsen St.**
**Brooklyn, NY 11201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Loans made to Debtor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

**Go Sign Me Up**
**22431 Antonio Parkway**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,293.54**

**Guardian EMS**
**1 Hill Street**
**Paterson, NJ 07502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$436.25**

**HAVIT Systems Corporation**
**70 Kent Shore Drive**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**I.D.M. Medical Gas Co.**
**620 Braen Ave**
**Wyckoff, NJ 07481**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,157.02**

**InSight Mobile Data**
**23330 Cottonwood Parkway**
**Suite 333**
**California, MD 20619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,918.99** |
|---|---|---|---|

**Integrated Rental Services Inc. (Avante)**
**2601 Stanley Gault Parkway**
**Suite #101**
**Louisville, KY 40223**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,736.66** |
|---|---|---|---|

**Interstate 370 LLC.**
**330 Franklin Turnpike, Suite 210**
**Attn Gary Haig**
**Mahwah, NJ 07430**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.44** |
|---|---|---|---|

**Interstate Waste Services**
**PO Box 554744**
**Detroit, MI 48255-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jack Kishk**
**436 Avenue P**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,761.89** |
|---|---|---|---|

**JC Fuel Inc**
**292 Forest Avenue**
**Paramus, NJ 07652**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.36** |
|---|---|---|---|

**Jiffy lube #3656**
**Urban Auto Spa II, LLC**
**788 Route 17 South**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,135.41** |
|---|---|---|---|

**Kaufman Dolowich Voluck, LLP**
**135 Crossways Park Drive**
**Suite 201**
**Woodbury, NY 11797**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | | Case number *(if known)* | **24-16239-JKS** |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,711.08** |
|---|---|---|---|

**Life Tech Inc, DBA Life Ride**
**70 West South Orange Avenue**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,347.50** |
|---|---|---|---|

**LifeSavers Inc.**
**39 Plymouth St.**
**Fairfield, NJ 07004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Lime Line Operations LLC**
**575 Corporate Drive, Suite 525**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Payroll and payroll tax obligations**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,548.50** |
|---|---|---|---|

**Louis V. Greco III**
**PO Box 707**
**Suffern, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Reimbursment of Expenses**

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Louis V. Greco III**
**PO Box 707**
**Suffern, NY 10901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loans made to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Louis V. Greco Jr.**
**132 Remsen St**
**Brooklyn, NY 11201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loans made to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,010.90** |
|---|---|---|---|

**Lytx, Inc.**
**9785 Towne Centre Drive**
**San Diego, CA 92121**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,136.22**

**Mahwah Automotive Center**
**111 Spring St.**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Mahwah Fire Prevention Bureau**
**475 Corporate Drive**
**PO Box 733**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,334.39**

**McKesson Medical Surgical**
**PO Box 634404**
**Cincinnati, OH 45263**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,525.00**

**Metro Ambulance**
**7 Daniel Drive**
**Cedar Grove, NJ 07009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,311.50**

**Monbes Landscaping**
**102 Caroline Avenue**
**Hamilton Township, NJ 08610**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$958.23**

**Network Digital**
**311 Route 46 West**
**Unit B**
**Fairfield, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$344.20**

**NJ EZ Pass**
**PO Box 4971**
**Trenton, NJ 08650**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,280.00 |
|---|---|---|---|

**NorStar Systems Inc**
**PO Box 12**
**Pompton Lakes, NJ 07442-0012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.86 |
|---|---|---|---|

**NYC Dept. of Finance**
**PO Box 3641**
**New York, NY 10008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Office Team**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Ogletree Deakins Nash Smoak & Stewart PC**
**50 International Drive Suite 300**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,560.00 |
|---|---|---|---|

**Page, Wolfberg & Wirth, LLC**
**5010 East Trindle Road, Suite 202**
**Mechanicsburg, PA 17050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**PHILIP M. HERR, ESQ., CPA, PFS**
**1 Bergen Street**
**Apt 517**
**Harrison, NJ 07029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $998.46 |
|---|---|---|---|

**Pitney Bowes**
**PO Box 371896**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Mobile HealthCare LLC** | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,817.00
**PKF O'Connor Davies Advisory, LLC**
**300 Tice Boulevard**
**Suite 315**
**Woodcliff Lake, NJ 07677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00
**Procida Companies LLC**
**456 East 173 Street**
**Attn: Mario Procida & Sarah William**
**Bronx, NY 10457**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.93
**Professional Account Management, LLC -PA**
**PO Box 1153**
**Milwaukee, WI 53201-1153**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,722.11

██████████████████████████

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.00
**River Road Rescue Squad, Inc.**
**101 Shirley Parkway**
**Piscataway, NJ 08854**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,360.00
**Schickler Kaye llp**
**One Rockefeller Plaza**
**11th Floor**
**New York, NY 10020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined**
**SDS Leonard LLC**
**132 Remsen St**
**Brooklyn, NY 11201**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Loans made to Debtor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|
| | **Second Development Services, Inc** | ■ Contingent | |
| | **132 Remsen St** | ■ Unliquidated | |
| | **Brooklyn, NY 11201** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Loans made to Debtor** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|
| | **SSME Services LLC** | ☐ Contingent | |
| | **575 Corporate Drive, Suite 525** | ☐ Unliquidated | |
| | **Mahwah, NJ 07430** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Payroll and payroll tax obligations** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **State of New Jersey Dept of Labor and Wo** | ☐ Contingent | |
| | **PO Box 059** | ☐ Unliquidated | |
| | **Trenton, NJ 08646-0059** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,512.52** |
|---|---|---|---|
| | **Stryker Medical** | ☐ Contingent | |
| | **1901 Romence Road Parkway** | ☐ Unliquidated | |
| | **Portage, MI 49024** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,922.49** |
|---|---|---|---|
| | **Taddeo Shahan & Reisner, LLP** | ☐ Contingent | |
| | **120 East Washington Street** | ☐ Unliquidated | |
| | **Suite 400** | ☐ Disputed | |
| | **Syracuse, NY 13202** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037.07** |
|---|---|---|---|
| | **Teleflex Funding LLC** | ☐ Contingent | |
| | **3015 Carrington Mill Blvd Ste 300** | ☐ Unliquidated | |
| | **Morrisville, NC 27560** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.00** |
|---|---|---|---|
| | **The Hartford** | ☐ Contingent | |
| | **PO Box 660916** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00**

TLC Mobile Health, LLC
214 State Street
Suite 209
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,677.71**

Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,219.79**

Tomat Fleet Service
2765 Stillwell Avenue
Brooklyn, NY 11224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,784.71**

Transworld Systems Inc.
P.O. Box 15618
Wilmington, DE 19850-5618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.00**

Treasurer State of New Jersey
Lockbox 656
Woolverton Ave, Building 20
Trenton, NJ 08646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,827.50**

Trenk Isabel Siddiqi & Shahdanian P.C.
290 West Mount Pleasant Avenue
Sutie 2350
Livingston, NJ 07039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,804.81**

Uline
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Mobile HealthCare LLC | Case number (if known) | 24-16239-JKS |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.68 |
|---|---|---|---|

**Universal Fidelity**
**PO Box 5444**
**Katy, TX 77491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Ventec Life Systems**
**22002 26th Ave SE**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.67 |
|---|---|---|---|

**Verizon EW location**
**4 Pinewood Ct**
**West Windsor Township, NJ 08550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,169.48 |
|---|---|---|---|

**Versatile Human Resource Management**
**1111 West Centre Avenue**
**Portage, MI 49024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $701.92 |
|---|---|---|---|

**Violations Processing Center - NY EZ Pas**
**PO Box 15186**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,007.20 |
|---|---|---|---|

**Wagner, Ferber, Fine & Ackerman PLLC**
**66 South Tyson Ave**
**Floral Park, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.49 |
|---|---|---|---|

**WB Mason**
**PO Box 981101**
**Boston, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(if known)* | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,568.14**

**Wex Bank**
**PO Box 6293**
**Carol Steam, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,160.00**

**Whip-Around Inc.**
**5955 Carnegie Boulevard**
**STE 300**
**Charlotte, NC 28209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,322.74**

**William R. Seide Agency, LLC**
**4664 South Boulevard**
**Suite 200B**
**Virginia Beach, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**William Seide**
**752 Rivenwood Rd**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,532.99**

**Willshire Embroidery**
**635 Valley View Farm Road**
**Pence Springs, WV 24962**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Worthington Communications**
**65 Montague Street**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **NJ Mobile HealthCare LLC** | Case number (if known) | **24-16239-JKS** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **EZ-Pass NJ**<br>**PO Box 4973**<br>**Trenton, NJ 08650** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Garden State Parkway**<br>**PO Box 5042**<br>**Woodbridge, NJ 07095** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Law Offices of Joseph A. Molinaro, LLC**<br>**648 Wyckoff Avenue**<br>**ATTN: Joseph A. Molinaro**<br>**Wyckoff, NJ 07481** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Law Offices of Joseph A. Molinaro, LLC**<br>**648 Wyckoff Avenue**<br>**ATTN: Joseph A. Molinaro**<br>**Wyckoff, NJ 07481** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **MTA Bridges and Tunnels**<br>**2 Broadway**<br>**New York, NY 10004** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **NJ Division of Employer Accounts**<br>**PO Box 059**<br>**Trenton, NJ 08646** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **NJ Turnpike Authority**<br>**PO Box 4971**<br>**Trenton, NJ 08650** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **NY Thruway Authority**<br>**PO Box 15186**<br>**ATTN: Violations Processing Center**<br>**Albany, NY 12212-5186** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Port Authority of NY & NJ**<br>**PO Box 151886**<br>**ATTN: Violations Processing Center**<br>**Albany, NY 12212-5160** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Triboro Bridge and Tunnel Authority**<br>**2 Broadway, 23rd Floor**<br>**New York, NY 10004** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 628,965.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 628,965.15 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>NJ Mobile HealthCare LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Case number (if known)</td><td><b>24-16239-JKS</b></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Emergency and Non-Emergency Ambulatory Services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bergen New Bridge Medical Center**<br>**230 East Ridgewood Ave**<br>**ATTN: Ralph Iadarola**<br>**Paramus, NJ 07652** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Emergency and Non-Emergency Ambulatory Services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Christian HealthCare Center**<br>**301 Sicomac Ave**<br>**ATTN: Mary Rambone**<br>**Wyckoff, NJ 07481** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Emergency and Non-Emergency Ambulatory Services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Saint Michaels Medical Center**<br>**111 Central Ave**<br>**ATTN: Alan Sickles**<br>**Newark, NJ 07102** |

**Fill in this information to identify the case:**

Debtor name  **NJ Mobile HealthCare LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  **24-16239-JKS**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Lime Line Operations LLC** | **575 Corporate Drive, Cuite 525 Mahwah, NJ 07430** | **Cloudfund LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Lime Line Operations LLC** | **575 Corporate Drive, Cuite 525 Mahwah, NJ 07430** | **Vivian Capital Group LLC** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **NJ Mobile HealthCare LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) **24-16239-JKS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$392,376.50** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,081,268.16** |
| **For the fiscal year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,250,093.25** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(if known)* **24-16239-JKS** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Louis V. Greco III**<br>**PO Box 707**<br>**Suffern, NY 10901**<br>**Manager** | | **$33,588.50** | **Reimbursment of Loans. See attached Exhibit "A".** |
| 4.2. **Mobile Onsite Health Solutions, LLC**<br>**575 Corporate Drive, Suite 525**<br>**Mahwah, NJ 07430**<br>**Non-Debtor Affilate** | | **$10,151.00** | **Repayment of Loans. See attached Exhibit "B".** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NorStar Systems Inc**<br>**PO Box 12**<br>**Pompton Lakes, NJ 07442-0012** | **Ford 2013 Type II Ambulance. Vehicle ID 49-40.** | | **$4,500.00** |
| **Mahwah Automotive Center**<br>**111 Spring St.**<br>**Ramsey, NJ 07446** | **Ford 2014 Type III Ambulance. Vehicle ID 55-50.** | | **$15,000.00** |
| **All American Ford**<br>**520 River Street**<br>**Hackensack, NJ 07601** | **Ford 2012 Type II Ambulance. Vehicle ID 49-41.** | | **$4,500.00** |
| **All American Ford**<br>**520 River Street**<br>**Hackensack, NJ 07601** | **Ford 2013 Type II Ambulance. Vehicle ID 49-42.** | | **$18,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **NJ Mobile HealthCare LLC** | | Case number *(if known)* | **24-16239-JKS** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Strata Trust Company, Custodian FBO Peter Fioretti Roth IRA 300002568 (as assignee of PF RT Capital LLC), et al. v. NJ Mobile Health Care, LLC, et al.**<br>**BER-L-001307-22** | **Contract** | **Superior Court of New Jersey**<br>**10 Main Street**<br>**Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Strata Trust Company, Custodian FBO Peter Fioretti Roth IRA 300002568 (as assignee of PF RT Capital LLC), et al. v. NJ Mobile Health Care, LLC, et al.**<br>**700163/2024** | **Contract Judgment Enforcment** | **Queens County Supreme Court**<br>**88-11 Sutphin Blvd**<br>**Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **The Avanza Group, LLC v. NJ EMS Ventures LLC, et al.**<br>**604470/2023** | **Contract** | **Nassau County Supreme Court**<br>**100 Supreme Ct. Dr.**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Vivian Capital Group LLC v. NJ Mobile Health Care LLC, et al.**<br>**507668/2024** | **Contract** | **Kings County Supreme Court**<br>**360 Adams Street, #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Forever Funding, LLC v. NJ Mobile Healthcare LLC, et al.**<br>**654396/2023** | **Contract** | **New York County Supreme Court**<br>**60 Centre St.**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **De Lage Landen Financial Services, Inc.**<br>**BER-L-005870-23** | **Contract** | **Superior Court of New Jersey**<br>**10 Main Street**<br>**Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **United Leasing, Inc. d/b/a Access Commercial Capital v. NJ Mobile Health Care LLC, et al.**<br>**MER-L-000161-23** | **Contract** | **Superior Court of New Jersey**<br>**175 S Broad Street**<br>**Trenton, NJ 08608** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Emma R. Tretola v. NJ Mobile Health Care LLC, et al.**<br>**DC-004213-23** | | **Superior Court of New Jersey**<br>**10 Main Street**<br>**Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **V.E. Ralph & Son, Inc. v. NJ Mobile Health Care LLC, et al.**<br>**HUD-DC-3274-22** | | **Superior Court of New Jersey**<br>**595 Newark Avenue, 4th Floor**<br>**Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **McKesson Medical Surgical Minnesota Supply, Inc. v. NY Mobile Health Care LLC, et al.**<br>**BER-DC-007874-23** | **Contract** | **Superior Court of New Jersey**<br>**10 Main Street**<br>**Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(if known)* | **24-16239-JKS** |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klestadt Winters Jureller Southard & Ste 200 West 41st Street 17th Floor New York, NY 10036** | **Attorney Fees** | | **$35,000.00** |
| | Email or website address<br>**tklestadt@klestadt.com** | | | |
| | Who made the payment, if not debtor?<br>**Danielle Greco** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(if known)* | **24-16239-JKS** |

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
| --- | --- | --- | --- |
| 14.1. | **370 Franklin Turnpike Mahwah, NJ 07430** | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | **NJ Mobile HeathCare LLC 575 Corproate Drive, Suite 525 Mahwah, NJ 07430** | **Emergency and Non-Emergency Ambulatory Services.** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Patient records maintained electroniclly via software licensed by Traumasoft.** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(if known)* | **24-16239-JKS** |

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Flagstar Bank**<br>**185 Broadway, 3rd Floor**<br>**Brooklyn, NY 11211** | **XXXX-1947** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2024** | **$0.00** |
| 18.2. | **Flagstar Bank**<br>**185 Broadway, 3rd Floor**<br>**Brooklyn, NY 11211** | **XXXX-0040** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2024** | **$0.00** |
| 18.3. | **Kearny Bank**<br>**10 Passaic Ave**<br>**Fairfield, NJ 07004** | **XXXX-1831** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Undetermined** |
| 18.4. | **Kearny Bank**<br>**10 Passaic Ave**<br>**Fairfield, NJ 07004** | **XXXX-1556** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Undetermined** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **NJ Mobile HealthCare LLC**                              Case number *(if known)*  **24-16239-JKS**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Bergen New Bridge Medical Center 230 East Ridgewood Ave Paramus, NJ 07652** | **Authorized company employees.** | **Small office space in maintenance building housing certain miscellaneous office equiptment and EMS medical supplies and equipment. Trailer also located on premises containing miscellaneous medical equipment and supplies relevant to providing emergency medical services.** | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **NJ Mobile HealthCare LLC** | Case number *(if known)* | **24-16239-JKS** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Bederson LLP**<br>**100 Passaic Avenue, Suite 310**<br>**ATTN: David Gannaway**<br>**Fairfield, NJ 07004** | |
| 26a.2. **PKF O'Connor Davies Advisor, LLC**<br>**300 Tice Blvd., Suite 315**<br>**ATTN: Steven J. Eller & Stevens Klein**<br>**Woodcliff Lake, NJ 07677** | |
| 26a.3. **Wagner, Ferber, Fine & Ackerman PLLC**<br>**66 South Tyson Ave**<br>**ATTN: Scott Ackerman**<br>**New York, NY 10075** | |
| 26a.4. **Philip M. Herr**<br>**1 Bergen Street, Apt. 517**<br>**Harrison, NJ 07029** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | NJ Mobile HealthCare LLC | Case number *(if known)* | 24-16239-JKS |

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Louis V. Greco III | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Lime Line Operations LLC 575 Corporate Drive, Suite 525 Mahwah, NJ 07430** | **$239,669.21** | **See attached Exhibit "C".** | **Intercompany trasnfers to fund payroll.** |
| | **Relationship to debtor** **Debtor Affilate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor   **NJ Mobile HealthCare LLC**                                    Case number *(if known)*   **24-16239-JKS**

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 15, 2024**

**/s/ Louis V. Greco III**                                 **Louis V. Greco III**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# Exhibit A

**NJ Mobile HealthCare, LLC**
**Transaction Report**
June 20, 2023 - June 20, 2024

| Date | Transaction Type | Num | Name | Memo/Description | Amount | Balance | Payments to Louis | Payments from Louis |
|---|---|---|---|---|---|---|---|---|
| | | | | **Due To/From LGIII** | | | | |
| | Beginning Balance | | | | | -5,328.02 | | |
| 06/23/2023 | Deposit | | | LOUIS V GRECO INCOMING WIRE REF# 20230623B6BT261F00241806231534FT03     0000005705FROM: LOUIS V GRECO     ABA:  021000021BANK: | 25,000.00 | 19,671.98 | - | 25,000.00 |
| 06/27/2023 | Deposit | | | LOUIS V GRECO INCOMING WIRE REF# 20230627B6BT261F0003800627060FT03     0000001022FROM: LOUIS V GRECO     ABA:  021000021BANK: | 10,000.00 | 29,671.98 | - | 10,000.00 |
| 06/30/2023 | Expense | | Louis Greco | Louis V. Greco III OUTGOING WIRE REF# 20230630B6BT261F004862TO:  Louis V. Greco III     ABA:  021000021BANK: JPMORGAN CHASE BANK, NA     ACCT# 28097399865 | (5,000.00) | 24,671.98 | (5,000.00) | - |
| 08/03/2023 | Transfer | | | | 200.00 | 24,871.98 | - | 200.00 |
| 08/04/2023 | Deposit | | | Zelle Transfer Conf# 99a08bzqc;          LOUIS V GRECO | 5,000.00 | 29,871.98 | - | 5,000.00 |
| 08/10/2023 | Journal Entry | 2023-35 | | DTF Louis for St Mike's fuel payment | 102.25 | 29,974.23 | - | 102.25 |
| 09/25/2023 | Expense | | Louis Greco | CHECKCARD 1001 CASH DEPOT VEND          MAHWAH     NJ XXXXX2332XXXXXXXXXXXX4292          CKCD | (150.00) | 29,824.23 | (150.00) | - |
| 10/02/2023 | Expense | | Louis Greco III | CHECKCARD  1001 CASH DEPOT VEND          5814 XXXXXXXXXXX558636 | (2.00) | 29,822.23 | (2.00) | - |
| 10/11/2023 | Expense | | | Per Louis | (600.00) | 29,222.23 | (600.00) | - |
| 10/20/2023 | Expense | | | Per Louis | (1,700.00) | 27,522.23 | (1,700.00) | - |
| 10/24/2023 | Expense | | Louis Greco | Louis V. Greco III OUTGOING WIRE REF# 20231024B6BT261F001814TO:  Louis V. Greco III     ABA:  021000021BANK: JPMORGAN CHASE BANK, N.A.     ACCT# XXXXXXX9865 | (1,800.00) | 25,722.23 | (1,800.00) | - |
| 10/26/2023 | Transfer | | | | (100.00) | 25,622.23 | (100.00) | - |
| 10/26/2023 | Transfer | | | | (2,000.00) | 23,622.23 | (2,000.00) | - |
| 10/27/2023 | Transfer | | | | 75.00 | 23,697.23 | - | 75.00 |
| 10/30/2023 | Transfer | | | | 10.00 | 23,707.23 | - | 10.00 |
| 10/30/2023 | Transfer | | | | (40.00) | 23,667.23 | (40.00) | - |
| 10/31/2023 | Transfer | | | | (4,000.00) | 19,667.23 | (4,000.00) | - |
| 11/01/2023 | Transfer | | | | (4,000.00) | 15,667.23 | (4,000.00) | - |
| 11/08/2023 | Expense | | | Zelle payment to          Louis Greco          for "DTF";          Conf# hqgcw0gcu | (65.00) | 15,602.23 | (65.00) | - |
| 11/08/2023 | Expense | | | Louis V. Greco OUTGOING WIRE REF# 20231108B6BT261F001851TO:  Louis Greco     ABA:  226070474BANK: FLUSHING BANK     ACCT# XXXXXX8640 | (500.00) | 15,102.23 | (500.00) | - |
| 11/16/2023 | Expense | | Louis Greco III | Zelle payment to          Louis Greco          for "DTF";          Conf# c5m83l4ta | (450.00) | 14,652.23 | (450.00) | - |
| 11/17/2023 | Transfer | | | | (500.00) | 14,152.23 | (500.00) | - |
| 11/17/2023 | Expense | | Louis Greco III | Zelle payment to          Louis Greco          for "Dtf";          Conf# hihz37ari0 | (300.00) | 13,852.23 | (300.00) | - |
| 11/20/2023 | Transfer | | | | (200.00) | 13,652.23 | (200.00) | - |
| 11/20/2023 | Transfer | | | | (200.00) | 13,452.23 | (200.00) | - |
| 11/22/2023 | Transfer | | | | (83.50) | 13,368.73 | (83.50) | - |
| 11/24/2023 | Transfer | | | | (50.00) | 13,318.73 | (50.00) | - |
| 11/24/2023 | Transfer | | | | (200.00) | 13,118.73 | (200.00) | - |
| 11/28/2023 | Transfer | | | | (150.00) | 12,968.73 | (150.00) | - |
| 11/28/2023 | Transfer | | | | (600.00) | 12,368.73 | (600.00) | - |
| 11/30/2023 | Transfer | | | | (100.00) | 12,268.73 | (100.00) | - |
| 12/07/2023 | Transfer | | | | (150.00) | 12,118.73 | (150.00) | - |
| 12/11/2023 | Transfer | | | | (65.00) | 12,053.73 | (65.00) | - |
| 12/13/2023 | Expense | | Louis Greco III | Zelle payment to          Louis Greco          for "DTF";          Conf# rbohbv26 | (100.00) | 11,953.73 | (100.00) | - |
| 12/20/2023 | Expense | | | Louis V. Greco OUTGOING WIRE REF# 20231220B6BT261F001334TO:  Louis V. Greco III     ABA:  021000021BANK: JPMORGAN CHASE BANK, N.A.     ACCT# XXXXXX9865 | (30.00) | 11,923.73 | (30.00) | - |
| 12/26/2023 | Transfer | | | | (50.00) | 11,873.73 | (50.00) | - |
| 12/26/2023 | Transfer | | | | (100.00) | 11,773.73 | (100.00) | - |
| 12/29/2023 | Transfer | | | | (50.00) | 11,723.73 | (50.00) | - |
| 12/29/2023 | Expense | | | Louis V. Greco OUTGOING WIRE REF# 20231229B6BT261F001365TO:  Louis Greco III     ABA:  021000021BANK: JPMORGAN CHASE BANK, N.A.     ACCT# XXXXXX9865OBI: DTF LouisOBI OBI: | (100.00) | 11,623.73 | (100.00) | - |
| 01/02/2024 | Transfer | | | | (60.00) | 11,563.73 | (60.00) | - |
| 01/02/2024 | Expense | | | Zelle payment to          Louis Greco          for "DTF Louis";          Conf# x2e5nzkam | (100.00) | 11,463.73 | (100.00) | - |
| 01/16/2024 | Expense | | | Zelle payment to          Louis Greco          for "DTF";          Conf# zgob32ogl | (150.00) | 11,313.73 | (150.00) | - |
| 01/24/2024 | Transfer | | | | (250.00) | 11,063.73 | (250.00) | - |
| 01/25/2024 | Transfer | | | | (30.00) | 11,033.73 | (30.00) | - |
| 01/26/2024 | Transfer | | | | 7.00 | 11,040.73 | - | 7.00 |
| 01/29/2024 | Transfer | | | | (35.00) | 11,005.73 | (35.00) | - |
| 01/30/2024 | Vendor Credit | 122223 | Real Estate Management Group | Paid Through A Herman | 4,000.00 | 15,005.73 | - | 4,000.00 |
| 01/31/2024 | Transfer | | | | (50.00) | 14,955.73 | (50.00) | - |
| 02/01/2024 | Transfer | | | | (18.00) | 14,937.73 | (18.00) | - |
| 02/01/2024 | Transfer | | | | (125.00) | 14,812.73 | (125.00) | - |
| 02/12/2024 | Transfer | | | | 75.00 | 14,887.73 | - | 75.00 |
| 02/13/2024 | Transfer | | | | 190.00 | 15,077.73 | - | 190.00 |
| 02/13/2024 | Transfer | | | | 75.00 | 15,152.73 | - | 75.00 |
| 02/13/2024 | Transfer | | | | 10.00 | 15,162.73 | - | 10.00 |
| 02/23/2024 | Transfer | | | | (100.00) | 15,062.73 | (100.00) | - |
| 02/26/2024 | Transfer | | | | (40.00) | 15,022.73 | (40.00) | - |
| 02/26/2024 | Transfer | | | | (75.00) | 14,947.73 | (75.00) | - |
| 03/04/2024 | Transfer | | | | (200.00) | 14,747.73 | (200.00) | - |
| 03/04/2024 | Transfer | | | | (200.00) | 14,547.73 | (200.00) | - |
| 03/05/2024 | Transfer | | | | (200.00) | 14,347.73 | (200.00) | - |
| 03/05/2024 | Expense | | | CHECKCARD  0305 MED*CENTEROCK PODIATRY          WEST NYACK  NY XXXXX1640XXXXXXXXXX8721          CKCD 8049 XXXXXXXXXXX558636 | (140.00) | 14,207.73 | (140.00) | - |
| 03/06/2024 | Expense | | Louis Greco | Zelle payment to          Louis Greco          Conf# y69ggeznd | (250.00) | 13,957.73 | (250.00) | - |
| 04/01/2024 | Deposit | | | Zelle payment from          LOUIS V GRECO          Conf# 09BZ1QRTR | 150.00 | 14,107.73 | - | 150.00 |
| 04/05/2024 | Transfer | | | | (3,000.00) | 11,107.73 | (3,000.00) | - |
| 04/05/2024 | Deposit | | | Zelle payment from          LOUIS V GRECO          Conf# 01B31VR6E | 800.00 | 11,907.73 | - | 800.00 |
| 04/09/2024 | Deposit | | | Zelle payment from          LOUIS V GRECO          Conf# 06BQ1KRMF | 25.00 | 11,932.73 | - | 25.00 |
| 04/09/2024 | Expense | | | Zelle payment to          Louis Greco          Conf# wzzf8oo8j | (30.00) | 11,902.73 | (30.00) | - |
| 04/09/2024 | Expense | | | Zelle payment to          Louis Greco          Conf# timrx3409 | (80.00) | 11,822.73 | (80.00) | - |
| 04/09/2024 | Expense | | | Zelle payment to          Louis Greco          Conf# w434gafieb | (250.00) | 11,572.73 | (250.00) | - |
| 04/15/2024 | Deposit | | | Zelle payment from          LOUIS V GRECO          Conf# 99a6ijolt | 750.00 | 12,322.73 | - | 750.00 |
| 04/16/2024 | Transfer | | | | 400.00 | 12,722.73 | - | 400.00 |
| 04/16/2024 | Transfer | | | | 350.00 | 13,072.73 | - | 350.00 |
| 04/16/2024 | Expense | | | Zelle payment to          Louis Greco          Conf# tyhznuain | (700.00) | 12,372.73 | (700.00) | - |
| 04/17/2024 | Expense | | | BKOFAMERICA ATM 04/17 #XXXXX3968 WITHDRWL          MAHWAH     MAHWAH     NJ          CKCD XXXXXXXXXXX558636 | (40.00) | 12,332.73 | (40.00) | - |
| 04/19/2024 | Expense | | | Zelle payment to          Louis Greco          Conf# we8nb888a | (1,800.00) | 10,532.73 | (1,800.00) | - |
| 04/22/2024 | Expense | | | Zelle payment to          Louis Greco          for "DTF LOUIS";          Conf# ufh8n0ow4 | (750.00) | 9,782.73 | (750.00) | - |
| 05/06/2024 | Expense | | | Zelle payment to          Louis Greco          Conf# s0sn14vx0 | (50.00) | 9,732.73 | (50.00) | - |
| 05/21/2024 | Expense | | | BKOFAMERICA ATM 05/21 #XXXXX2137 WITHDRWL          MAHWAH     MAHWAH     NJ          CKCD XXXXXXXXXXX558636 | (630.00) | 9,102.73 | (630.00) | - |
| 05/23/2024 | Transfer | | | | (500.00) | 8,602.73 | (500.00) | - |
| 05/28/2024 | Deposit | | Zelle | Zelle payment from          Louis Greco          Conf# 99ahrxuq9 | 15.00 | 8,617.73 | - | 15.00 |
| 05/30/2024 | Transfer | | | | (50.00) | 8,567.73 | (50.00) | - |
| 06/03/2024 | Transfer | | | | (250.00) | 8,317.73 | (250.00) | - |
| 06/17/2024 | Deposit | | Zelle | Zelle payment from          LOUIS V GRECO          Conf# 99asuhee9 | 40.00 | 8,357.73 | - | 40.00 |
| **Total for Due To/From LGIII** | | | | | **13,685.75** | | | |
| **TOTAL** | | | | | **13,685.75** | | | |

| Total Paid to Louis | (33,588.50) |
|---|---|
| Total Paid by Louis | 47,274.25 |

| Net Paid by/(to) |
| --- |
| Louis  13,685.75 |

Thursday, Jun 27, 2024 12:03:15 PM GMT-7 - Accrual Basis

# <u>Exhibit B</u>

**NJ Mobile HealthCare, LLC**
**Transaction Report**
March 22 - June 20, 2024

| Date | Transaction Type | Num | Name | Memo/Description | Amount | Balance | Payments to Mobile OnSite | Payments from Mobile OnSite |
|---|---|---|---|---|---|---|---|---|
| **Due to/from Mobile On-site Health** | | | | | | | | |
| | Beginning Balance | | | | | 317,632.98 | | |
| 03/22/2024 | Transfer | | | | 1,000.00 | 318,632.98 | - | 1,000.00 |
| 03/28/2024 | Transfer | | | | -500.00 | 318,132.98 | (500.00) | - |
| 03/31/2024 | Journal Entry | 2024-5 | | Allocate 2024 NJMHC PR from MOS entries - Mar | 1,982.31 | 320,115.29 | - | 1,982.31 |
| 04/01/2024 | Transfer | | | | -800.00 | 319,315.29 | (800.00) | - |
| 04/05/2024 | Transfer | | | | -3,000.00 | 316,315.29 | (3,000.00) | - |
| 04/05/2024 | Deposit | | | X0040 | 13,000.00 | 329,315.29 | - | 13,000.00 |
| 04/09/2024 | Transfer | | | | -1,200.00 | 328,115.29 | (1,200.00) | - |
| 04/30/2024 | Journal Entry | 2024-6 | | Allocate 2024 NJMHC PR from MOS entries - Apr | 6,261.14 | 334,376.43 | - | 6,261.14 |
| 05/01/2024 | Vendor Credit | 50124 | Real Estate Management Group | May rent paid by MOS | 5,379.75 | 339,756.18 | - | 5,379.75 |
| 05/03/2024 | Deposit | | | BKOFAMERICA MOBILE 05/03 XXXXX90775 DEPOSIT    *MOBILE    NJ | 250.00 | 340,006.18 | - | 250.00 |
| 05/15/2024 | Transfer | | | null | 1,000.00 | 341,006.18 | - | 1,000.00 |
| 05/16/2024 | Transfer | | | | -500.00 | 340,506.18 | (500.00) | - |
| 05/17/2024 | Transfer | | | | -700.00 | 339,806.18 | (700.00) | - |
| 05/17/2024 | Deposit | | | WIRE TYPE:WIRE IN DATE: 240517 TIME:1511 ET      TRN:XXXXXXXXX458393 SEQ:1310/002904<br>ORIG:MOBILE ONSITE HEALTH SOLU ID:XXXXX1009      SND BK:FLAGSTAR BANK, NA ID:XXXXX3576 | 3,000.00 | 342,806.18 | - | 3,000.00 |
| 05/17/2024 | Deposit | | | WIRE TYPE:WIRE IN DATE: 240517 TIME:1513 ET      TRN:XXXXXXXXX459128 SEQ:1348/002916<br>ORIG:MOBILE ONSITE HEALTH SOLU ID:XXXXX1009      SND BK:FLAGSTAR BANK, NA ID:XXXXX3576 | 2,700.00 | 345,506.18 | - | 2,700.00 |
| 05/24/2024 | Expense | | | Online Banking Transfer Conf# uarash963;    Lime Line Operations LLC | -800.00 | 344,706.18 | (800.00) | - |
| 05/28/2024 | Transfer | | | | -526.00 | 344,180.18 | (526.00) | - |
| 05/31/2024 | Journal Entry | 2024-7 | | Allocate 2024 NJMHC PR from MOS entries - May | 1,988.26 | 346,168.44 | - | 1,988.26 |
| 06/03/2024 | Vendor Credit | MOS pd | Versatile Human Resource Management | Paid by MOS | 2,340.81 | 348,509.25 | - | 2,340.81 |
| 06/11/2024 | Transfer | | | | -300.00 | 348,209.25 | (300.00) | - |
| 06/17/2024 | Transfer | | | | -25.00 | 348,184.25 | (25.00) | - |
| 06/17/2024 | Transfer | | | | -1,800.00 | 346,384.25 | (1,800.00) | - |
| 06/20/2024 | Journal Entry | 2024-8 | | Allocate 2024 NJMHC PR from MOS entries - Jun | 1,606.79 | 347,991.04 | - | 1,606.79 |
| **Total for Due to/from Mobile On-site Health** | | | | | **$  30,358.06** | | - | 30,358.06 |
| **TOTAL** | | | | | **$  30,358.06** | | - | 30,358.06 |

| | |
|---|---|
| Total Paid to Mobile OnSite | (10,151.00) |
| Total Paid by Mobile OnSite | 101,225.18 |
| **Net Paid by/(to) Mobile OnSite** | **91,074.18** |

Thursday, Jun 27, 2024 12:11:46 PM GMT-7 - Accrual Basis

# Exhibit C

**NJ Mobile HealthCare, LLC**
**Transaction Report**
**June 20, 2023 - June 20, 2024**

### Due to/from Lime Line Operations

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount | Balance | Payments to Lime Line | Payments from Lime Line |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | 1,924,508.93 | | |
| 06/23/2023 | Transfer | | | Payroll | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,627.13) | 1,920,881.80 | (3,627.13) | - |
| 06/23/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (10,000.00) | 1,910,881.80 | (10,000.00) | - |
| 06/27/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,000.00) | 1,908,881.80 | (2,000.00) | - |
| 06/27/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,000.00) | 1,905,881.80 | (3,000.00) | - |
| 06/30/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,000.00) | 1,904,881.80 | (1,000.00) | - |
| 07/03/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,000.00) | 1,902,881.80 | (2,000.00) | - |
| 07/07/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (4,215.00) | 1,898,666.80 | (4,215.00) | - |
| 07/10/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,200.00) | 1,897,466.80 | (1,200.00) | - |
| 07/12/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,500.00) | 1,895,966.80 | (1,500.00) | - |
| 07/14/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,505.00) | 1,892,461.80 | (3,505.00) | - |
| 07/20/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (858.00) | 1,891,603.80 | (858.00) | - |
| 08/04/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,178.50) | 1,890,425.30 | (1,178.50) | - |
| 08/04/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,000.00) | 1,888,425.30 | (2,000.00) | - |
| 08/08/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,400.00) | 1,886,025.30 | (2,400.00) | - |
| 08/09/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,900.00) | 1,884,125.30 | (1,900.00) | - |
| 08/18/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (6,500.00) | 1,877,625.30 | (6,500.00) | - |
| 08/21/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,500.00) | 1,875,125.30 | (2,500.00) | - |
| 09/01/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (5,100.00) | 1,870,025.30 | (5,100.00) | - |
| 09/05/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (4,600.00) | 1,865,425.30 | (4,600.00) | - |
| 09/06/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (5,200.00) | 1,860,225.30 | (5,200.00) | - |
| 09/07/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,000.00) | 1,859,225.30 | (1,000.00) | - |
| 09/11/2023 | Transfer | | | Ted replacement ck #148 | Due to/from Lime Line Operations | Bank of America NJMHC Primary x2621 | (657.94) | 1,858,567.36 | (657.94) | - |
| 09/12/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (4,850.00) | 1,853,717.36 | (4,850.00) | - |
| 09/13/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (15,000.00) | 1,838,717.36 | (15,000.00) | - |
| 09/14/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,500.00) | 1,837,217.36 | (1,500.00) | - |
| 09/15/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,480.00) | 1,835,737.36 | (1,480.00) | - |
| 09/19/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,500.00) | 1,833,237.36 | (2,500.00) | - |
| 10/03/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,320.00) | 1,829,917.36 | (3,320.00) | - |
| 10/06/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,500.00) | 1,827,417.36 | (2,500.00) | - |
| 10/10/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,500.00) | 1,823,917.36 | (3,500.00) | - |
| 10/11/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (500.00) | 1,823,417.36 | (500.00) | - |
| 10/16/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,000.00) | 1,821,417.36 | (2,000.00) | - |
| 10/17/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (450.00) | 1,820,967.36 | (450.00) | - |
| 10/26/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (5,000.00) | 1,815,967.36 | (5,000.00) | - |
| 10/26/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (7,000.00) | 1,808,967.36 | (7,000.00) | - |
| 10/27/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,000.00) | 1,807,967.36 | (1,000.00) | - |
| 10/27/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,500.00) | 1,804,467.36 | (3,500.00) | - |
| 10/31/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (10,500.00) | 1,793,967.36 | (10,500.00) | - |
| 11/03/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,000.00) | 1,790,967.36 | (3,000.00) | - |
| 11/06/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,391.00) | 1,789,576.36 | (1,391.00) | - |
| 11/07/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,000.00) | 1,787,576.36 | (2,000.00) | - |
| 11/07/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (39,000.00) | 1,748,576.36 | (39,000.00) | - |
| 11/10/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (900.00) | 1,747,676.36 | (900.00) | - |
| 11/14/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (900.00) | 1,746,776.36 | (900.00) | - |
| 11/20/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,500.00) | 1,744,276.36 | (2,500.00) | - |
| 11/22/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,450.00) | 1,742,826.36 | (1,450.00) | - |
| 11/27/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (8,500.00) | 1,734,326.36 | (8,500.00) | - |
| 12/04/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,900.00) | 1,732,426.36 | (1,900.00) | - |
| 12/14/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,000.00) | 1,731,426.36 | (1,000.00) | - |
| 12/15/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,200.00) | 1,730,226.36 | (1,200.00) | - |
| 12/22/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (250.00) | 1,729,976.36 | (250.00) | - |
| 12/22/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (4,100.00) | 1,725,876.36 | (4,100.00) | - |
| 12/27/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (250.00) | 1,725,626.36 | (250.00) | - |
| 12/28/2023 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 700.00 | 1,726,326.36 | - | 700.00 |
| 12/29/2023 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | (400.00) | 1,725,926.36 | (400.00) | - |
| 12/29/2023 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | (1,200.00) | 1,724,726.36 | (1,200.00) | - |
| 12/29/2023 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,560.58) | 1,723,165.78 | (1,560.58) | - |
| 01/02/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 230.00 | 1,723,395.78 | - | 230.00 |
| 01/02/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 100.00 | 1,723,495.78 | - | 100.00 |
| 01/02/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 55.00 | 1,723,550.78 | - | 55.00 |
| 01/02/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 50.00 | 1,723,600.78 | - | 50.00 |
| 01/02/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 50.00 | 1,723,650.78 | - | 50.00 |
| 01/05/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 350.00 | 1,724,000.78 | - | 350.00 |
| 01/08/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,700.00) | 1,721,300.78 | (2,700.00) | - |
| 01/09/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 200.00 | 1,721,500.78 | - | 200.00 |
| 01/09/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (3,500.00) | 1,718,000.78 | (3,500.00) | - |
| 01/10/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 870.00 | 1,718,870.78 | - | 870.00 |
| 01/22/2024 | Journal Entry | 2023-58 | | Lime Line card used for SMMHC mats | Due to/from Lime Line Operations | -Split- | 29.84 | 1,718,900.62 | - | 29.84 |
| 01/26/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (5,000.00) | 1,713,900.62 | (5,000.00) | - |
| 01/29/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 200.00 | 1,714,100.62 | - | 200.00 |
| 01/30/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 250.00 | 1,714,350.62 | - | 250.00 |
| 01/31/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 400.00 | 1,714,750.62 | - | 400.00 |
| 01/31/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 100.00 | 1,714,850.62 | - | 100.00 |
| 02/20/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (736.00) | 1,714,114.62 | (736.00) | - |
| 02/20/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (2,000.00) | 1,712,114.62 | (2,000.00) | - |
| 02/21/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 400.00 | 1,712,514.62 | - | 400.00 |
| 02/27/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 250.00 | 1,712,764.62 | - | 250.00 |
| 03/04/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (860.00) | 1,711,904.62 | (860.00) | - |
| 03/05/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (10,200.00) | 1,701,704.62 | (10,200.00) | - |
| 03/06/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 250.00 | 1,701,954.62 | - | 250.00 |
| 03/07/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (1,505.06) | 1,700,449.56 | (1,505.06) | - |
| 03/12/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (4,525.00) | 1,695,924.56 | (4,525.00) | - |
| 03/19/2024 | Transfer | | | | Due to/from Lime Line Operations | 10004 Sign NJMHC #0040 | (6,600.00) | 1,689,324.56 | (6,600.00) | - |
| 03/20/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 150.00 | 1,689,474.56 | - | 150.00 |
| 04/05/2024 | Transfer | | | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 800.00 | 1,690,274.56 | - | 800.00 |
| 04/10/2024 | Transfer | | null | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 1,600.00 | 1,691,874.56 | - | 1,600.00 |
| 04/22/2024 | Transfer | | null | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 350.00 | 1,692,224.56 | - | 350.00 |
| 04/22/2024 | Transfer | | null | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 300.00 | 1,692,524.56 | - | 300.00 |
| 06/10/2024 | Transfer | | null | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 600.00 | 1,693,124.56 | - | 600.00 |
| 06/10/2024 | Transfer | | null | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 300.00 | 1,693,424.56 | - | 300.00 |
| 06/17/2024 | Transfer | | null | | Due to/from Lime Line Operations | Bank of America NJMHC #2650 | 225.00 | 1,693,649.56 | - | 225.00 |

**Total for Due to/from Lime Line Operations** (230,859.37)

**TOTAL** (230,859.37)

| | |
|---|---|
| Total Paid to Lime Line | (239,669.21) |
| Total Paid by Lime Line | 8,809.84 |
| **Net Paid by/(to) Lime Line** | (230,859.37) |

Thursday, Jun 27, 2024 11:52:19 AM GMT-7 - Accrual Basis

# United States Bankruptcy Court
### District of New Jersey

In re __NJ Mobile HealthCare LLC__ _____    Case No. __24-16239-JKS__

                 Debtor(s)        Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **NJ Emergencies Made Simple, LLC**<br>**575 Corporate Drive, Suite 525**<br>**Mahwah, NJ 07430** | | | |
| **NJ EMS Ventures LLC**<br>**575 Corporate Drive, Suite 525**<br>**Mahwah, NJ 07430** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __July 15, 2024__ _____      Signature __/s/ Louis V. Greco III__

                                             **Louis V. Greco III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders