UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter:  11 (Small Business Subchapter V)

Judge:  _____

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference in accordance with 11 § U.S.C. 1188(c)*

Date of order for relief:                                          _____

Trustee:                                                               _____


Has the debtor served the *Notice of Status Hearing and § 1111(b) Election Deadline* on all
creditors and parties in interest?                          Yes ❑          No ❑

If no, please explain:

_____

Has the debtor attended an initial debtor interview?          Yes ❑          No ❑

If no, please explain:

_____

Has the trustee concluded the 341 meeting?                   Yes ❑          No ❑

If no, please explain:

_____

Has the debtor filed all postpetition financial reports?     Yes ❑          No ❑

If no, please explain:

_____

Has the debtor filed all monthly operating reports?          Yes ❑          No ❑

If no, please explain:

_____

Is all relevant insurance in place and current?              Yes ❑          No ❑

If no, please explain:

_____

Has the debtor filed all applicable tax returns?                          Yes ❑          No ❑

     If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority?    Yes ❑          No ❑

     If no, please explain:

_____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____

_____

_____

_____

Other relevant information:

_____

_____

_____

_____

<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee, as well as on all creditors and parties in interest.

Date: _____            _____
                                                              Debtor

Date: _____            _____
                                                              Joint Debtor

*rev.2/06/2023*

2

### SUBCHAPTER V STATUS REPORT

### <u>EXHIBIT "A"</u>

- Has the Debtor filed all monthly operating reports?

  - If no, please explain:

    - The Debtor's July 2024 Operating Report is not due as of the date hereof. The Debtor anticipates completing and filing its June 2024 operating report, covering the applicable period of June 20, 2024, to June 30, 2024, shortly and in advance of the August 27, 2024, Status Conference.

- Has the debtor filed all applicable tax returns?

  - If no, please explain:

    - The Debtor has filed its applicable tax returns for the year ended 2020. The Debtor also filed its applicable tax returns for the year ended 2021 but is in the process of preparing amendments to the same. The Debtor is simultaneously causing the preparation of its applicable tax returns for the years ended 2022 and 2023.

- Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization.

  - The Debtor is engaged in completing a recalibration of its operations and anticipates beginning to re-deploy its ambulances in response to calls from its municipal partners and other "call for service" partners in the near term. This process will enable the Debtor to begin servicing the ambulatory calls it receives as opposed to referring said calls to its friendly competitors, which the Debtor has been doing on a post-petition basis to maintain its key municipal and "call for service" relationships. Simultaneously, the Debtor has been exploring potential infusions of capital from third-parties, whether by a potential sale of the Debtor's operating assets or via post-petition debtor-in-possession financing. The Debtor is engaged in ongoing early-stage discussions with certain potentially interested parties. Further, the Debtor is in the process of exploring the sale of certain of its vehicles in an effort to raise additional post-petition working capital. The Debtor continues to maintain open lines of communication with its stakeholders, creditor constituencies, and other parties in interest in its effort to attain a consensual plan of reorganization.