| Fill in this information to identify the case: |
| --- |

Debtor Name NJ Mobile Health Care LLC

United States Bankruptcy Court for the: _____ District of New Jersey

Case number: 24-16239-JKS

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

| Month: | 1   June 2024 | | Date report filed: | 10/14/2024 |
| --- | --- | --- | --- | --- |
| | | | | MM / DD / YYYY |
| Line of business: | Ambualnce | | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Louis V Greco III

Original signature of responsible party

Printed name of responsible party     Louis V Greco III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  NJ Mobile Health Care LLC                              Case number 24-16239-JKS

17. Have you paid any bills you owed before you filed bankruptcy?                         ☐    ☑    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____ 48.37

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                              $ _____ 0.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                          − $ _____ 0.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                            + $ _____ 0.00
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____ 48.37

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                              $ _____ 0.00

    *(Exhibit E)*

Debtor Name NJ Mobile Health Care LLC                        Case number 24-16239-JKS

 ## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    0

27. What is the number of employees as of the date of this monthly report?                       0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ ____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ____0.00

30. How much have you paid this month in other professional fees?                                      $ ____0.00

31. How much have you paid in total other professional fees since filing the case?                     $ ____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected | | Column B Actual | | Column C Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 33. Cash disbursements | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 34. Net cash flow | $ 0.00 | — | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                        $ 6,586.20

36. Total projected cash disbursements for the next month:                                  - $ 5,576.82

37. Total projected net cash flow for the next month:                                        = $ 1,009.38

Debtor Name  NJ Mobile Health Care LLC                          Case number 24-16239-JKS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Exhibit A

Monthly Operating Report – June 2024

Question 5 –

There was a single twenty-dollar ($20.00) payment that was deposited into the prepetition bank account while the DIP accounts were being established at Valley Bank and before the prepetition bank accounts were closed.

Exhibit B

Monthly Operating Report – June 2024

Question 10 – The pre-petition bank accounts were closed on 7/10/2024 after DIP accounts were established. July 4th related holiday closures and other logistical delays caused delay in closing old accounts.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

### Customer service information

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

NJ MOBILE HEALTH CARE LLC
370 FRANKLIN TPKE STE 2
MAHWAH, NJ 07430-2291

# Your Business Advantage Relationship Banking

for June 1, 2024 to June 30, 2024                                      Account number: ████ 2621

**NJ MOBILE HEALTH CARE LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2024 | $14.27 | # of deposits/credits: 20 |
| Deposits and other credits | 10,003.42 | # of withdrawals/debits: 36 |
| Withdrawals and other debits | -10,063.18 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -32.50 | Average ledger balance: $415.30 |
| **Ending balance on June 30, 2024** | **-$77.99** | [1]includes checks paid, deposited items and other debits |



# Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash — once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                SSM-09-23-0692 A | 6039180

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

# BANK OF AMERICA

## Your checking account

NJ MOBILE HEALTH CARE LLC  |  Account # ▓▓▓▓2621  |  June 1, 2024 to June 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/24 | Online Banking transfer from CHK 2650 Confirmation# 7432774582 | 150.00 |
| 06/05/24 | Online Banking transfer from CHK 2650 Confirmation# 7460635669 | 350.00 |
| 06/06/24 | Online Banking transfer from CHK 2650 Confirmation# 7968886692 | 250.00 |
| 06/07/24 | Online Banking transfer from CHK 2650 Confirmation# 7480175723 | 100.00 |
| 06/07/24 | Online Banking transfer from CHK 2650 Confirmation# 7680156627 | 70.00 |
| 06/10/24 | Online Banking transfer from CHK 2650 Confirmation# 4805512958 | 500.00 |
| 06/10/24 | Online Banking transfer from CHK 2650 Confirmation# 7587718565 | 150.00 |
| 06/10/24 | Online Banking transfer from CHK 2650 Confirmation# 4503013095 | 50.00 |
| 06/10/24 | Online Banking transfer from CHK 2650 Confirmation# 5003941397 | 50.00 |
| 06/10/24 | Online Banking transfer from CHK 2650 Confirmation# 4804290051 | 40.00 |
| 06/11/24 | Online Banking transfer from CHK 2650 Confirmation# 7713126237 | 75.00 |
| 06/14/24 | Online Banking transfer from CHK 2650 Confirmation# 7239666728 | 28.00 |
| 06/17/24 | WIRE TYPE:WIRE IN DATE: 240617 TIME:1720 ET TRN:2024061700554083 SEQ:3750014169ES/035384 ORIG:DANIELLE BENSIMHON GRECO ID:091102466965 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:DCD OF 24/06/17 | 4,800.00 |
| 06/17/24 | Online Banking transfer from CHK 2650 Confirmation# 7858175774 | 238.00 |
| 06/17/24 | Online Banking transfer from CHK 2650 Confirmation# 7958266600 | 40.00 |
| 06/18/24 | Online Banking transfer from CHK 2650 Confirmation# 7670994356 | 275.00 |
| 06/18/24 | Online Banking transfer from CHK 2650 Confirmation# 7373215683 | 25.00 |
| 06/20/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 06-18) | 2,718.11 |
| 06/21/24 | Online Banking transfer from CHK 2650 Confirmation# 7100048872 | 75.00 |
| 06/21/24 | Online Banking transfer from CHK 2650 Confirmation# 8099959501 | 19.31 |

**Total deposits and other credits**                                                        **$10,003.42**

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. SSM-11-23-0458.C | 6115469



## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/24 | Zelle payment to Ted Rawley Conf# tgeevrhv7 | -100.00 |
| 06/06/24 | Zelle payment to Ted Rawley Conf# taOlhbov4 | -300.00 |
| 06/11/24 | Online Banking Transfer Conf# jjgo65fm3; Lime Line Operations LLC | -300.00 |
| 06/17/24 | Online Banking Transfer Conf# uksastblj; Lime Line Operations LLC | -1,800.00 |
| 06/17/24 | Online Banking transfer to CHK 2650 Confirmation# 7166009820 | -223.00 |
| 06/17/24 | Online Banking Transfer Conf# tjw4as9wt; Lime Line Operations LLC | -25.00 |
| 06/18/24 | AFCO CREDIT CORP DES:PAYMENTS   ID:18417700 INDN:NJ MOBILE HEALTHCARE   CO ID:2472319830 CCD | -2,718.11 |
| 06/21/24 | WIRE TYPE:WIRE OUT DATE:240621 TIME:1610 ET TRN 2024062100543633 SERVICE REF:018576 BNF:AFCO ID:5105084376 BNF BK:TRUIST BANK ID:05310 1121 PMT DET:497885180 ACT 015511297895 | -2,718.11 |

Card account # XXXX XXXX XXXX 8636

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/24 | CHECKCARD  0530 VALERO MAHWAH MAHWAH       NJ 2442733415212000255 1778 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -61.18 |
| 06/03/24 | CHECKCARD  0601 VALERO MAHWAH MAHWAH       NJ 2442733415412000246 0507 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -54.45 |
| 06/05/24 | PULASKI BBQ    06/05 #000000633 PURCHASE PULASKI BBQ       NEWARK       NJ | -27.97 |
| 06/06/24 | CHECKCARD  0605 LUKOIL 57298 NEWARK       NJ 2494168415883800324 8412 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -110.41 |
| 06/06/24 | TD BANK       06/06 #000001046 WITHDRWL 375 ROUTE 17 NORT  MAHWAH       NJ | -23.50 |
| 06/07/24 | CHECKCARD  0605 QUICK CHEK CORPORATION RAMSEY       NJ 2442733415871000218 8003 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -60.75 |
| 06/07/24 | BJS WHOLESALE  06/07 #000515092 PURCHASE BJS WHOLESALE #0  MONROE       NY | -169.07 |
| 06/10/24 | CHECKCARD  0608 QUICK CHEK CORPORATION MAHWAH       NJ 2442733416171000256 6971 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -50.00 |
| 06/10/24 | CHECKCARD  0608 WM SUPERCENTER MONROE       NY CKCD 5411 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -6.92 |
| 06/11/24 | CHECKCARD  0610 RAMSEY GOURMET RAMSEY       NJ 2419433416203001593 5604 CKCD 5814 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -6.09 |
| 06/11/24 | CHECKCARD  0610 MAHWAH DELICATESSEN & C MAHWAH       NJ 2446816416300000016 2547 CKCD 5499 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -21.80 |
| 06/11/24 | PURCHASE  0610 LIFE RIDE 401485 HTTPSWWW.RIDENJ | -74.00 |
| 06/12/24 | CHECKCARD  0610 AUTOZONE #6450 EAST BRUNSWICNJ 2413746416320017705 2928 CKCD 5533 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -115.57 |
| 06/12/24 | CHECKCARD  0611 NAPA ONLINE 877-805-6272 GA 2443105416370047716 7591 CKCD 5533 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -222.07 |
| 06/12/24 | CHECKCARD  0611 RAMSEY GOURMET RAMSEY       NJ 2419433416303001576 7915 CKCD 5814 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -6.17 |
| 06/12/24 | CHECKCARD  0611 MAHWAH DELICATESSEN & C MAHWAH       NJ 2446816416400000016 3155 CKCD 5499 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -36.09 |
| 06/12/24 | QUICK CHEK COR  06/12 #000697195 PURCHASE QUICK CHEK CORP       MAHWAH       NJ | -9.13 |
| 06/14/24 | CHECKCARD  0612 QUICK CHEK CORPORATION MAHWAH       NJ 2442733416571000267 7014 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -50.30 |
| 06/17/24 | CHECKCARD  0614 SUNOCO 8002083001 MAHWAH       NJ 2402207416700383649 9402 CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -52.76 |
| 06/17/24 | CHECKCARD  0616 AUTOZONE #1134 LINDEN       NJ 2413746416900114508 3936 CKCD 5533 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -279.99 |
| 06/20/24 | CHECKCARD  0618 MOTOROLA SOLUTIONS ONLI 631-792-1749 IL 2494300417070044422 9075 CKCD 4812 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | -272.19 |

continued on the next page

**BANK OF AMERICA** 〰️

# Your checking account

NJ MOBILE HEALTH CARE LLC   |   Account #  ▮▮▮▮ 2621   |   June 1, 2024 to June 30, 2024

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 06/20/24 | CHECKCARD  0618 QUICK CHEK CORPORATION MAHWAH<br>CKCD 5541 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | NJ 24427334171710002619257 | -15.09 |
| 06/20/24 | CHECKCARD  0618 QUICK CHEK CORPORATION MAHWAH<br>CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | NJ 24427334171710002625015 | -35.10 |
| 06/21/24 | CHECKCARD  0619 VALERO FUEL  MAHWAH MAHWAH<br>CKCD 5542 XXXXXXXXXXXX8636 XXXX XXXX XXXX 8636 | NJ 24427334172120003943970 | -81.07 |
| 06/24/24 | PURCHASE  0622 ADOBE 408-536-6000 CA | | -21.31 |
| 06/24/24 | PURCHASE  0621 Amazon Prime*V83DP7MR3 Amzn.com/billWA | | -15.98 |
| **Subtotal for card account # XXXX XXXX XXXX 8636** | | | **-$1,878.96** |
| **Total withdrawals and other debits** | | | **-$10,063.18** |

## Service fees

| Date | Transaction description | | Amount |
|------|-------------------------|--|-------:|
| 06/06/24 | TD BANK<br>MAHWAH | 06/06 #000001046 WITHDRWL 375 ROUTE 17 NORT<br>NJ  FEE CKCD    XXXXXXXXXXXX8636 | -2.50 |
| 06/21/24 | Wire Transfer Fee | | -30.00 |
| **Total service fees** | | | **-$32.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 06/01 | 14.27 | 06/10 | 757.52 | 06/18 | 298.44 |
| 06/03 | -51.36 | 06/11 | 430.63 | 06/20 | 2,694.17 |
| 06/05 | 270.67 | 06/12 | 41.60 | 06/21 | -40.70 |
| 06/06 | 84.26 | 06/14 | 19.30 | 06/24 | -77.99 |
| 06/07 | 24.44 | 06/17 | 2,716.55 | | |

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

NJ MOBILE HEALTH CARE LLC
370 FRANKLIN TPKE STE 2
MAHWAH, NJ  07430-2291

# Your Business Advantage Relationship Banking

for June 1, 2024 to June 30, 2024                              Account number: ████ 2650

**NJ MOBILE HEALTH CARE LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on June 1, 2024 | $786.81 | # of deposits/credits: 16 |
| Deposits and other credits | 4,043.61 | # of withdrawals/debits: 30 |
| Withdrawals and other debits | -4,800.46 | # of items-previous cycle[1]: 16 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -29.95 | Average ledger balance: $193.73 |
| **Ending balance on June 30, 2024** | **$0.01** | [1]Includes checks paid, deposited items and other debits |

---



# Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-09-23-0692.A  |  6039180

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

# BANK OF AMERICA 🦅

**Your checking account**

NJ MOBILE HEALTH CARE LLC  |  Account # ▮▮▮▮2650  |  June 1, 2024 to June 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/03/24 | Counter Credit | 542.04 |
| 06/04/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 06-03) | 188.19 |
| 06/04/24 | BANKCARD 1929    DES:MTOT DEP   ID:536927960307817  INDN:NJ MOBILE HEALTH CARE  CO ID:10621929SD CCD | 113.81 |
| 06/07/24 | 10L GOVDEALS    DES:10LGDUSFSS ID:66040  INDN:NJ MOBILE HEALTH CARE,  CO ID:1522293687 CCD  PMT INFO:REF*\ | 42.00 |
| 06/07/24 | BANKCARD 1929    DES:MTOT DEP   ID:536927960307817  INDN:NJ MOBILE HEALTH CARE  CO ID:10621929SD CCD | 20.00 |
| 06/10/24 | Zelle payment from  LIME LINE OPERATIONS LLC Conf# n5gfet199 | 600.00 |
| 06/10/24 | Zelle payment from  LIME LINE OPERATIONS LLC Conf# bg0w729e1 | 300.00 |
| 06/10/24 | Counter Credit | 249.01 |
| 06/12/24 | Counter Credit | 700.00 |
| 06/14/24 | Counter Credit | 162.64 |
| 06/17/24 | Counter Credit | 462.92 |
| 06/17/24 | Zelle payment from  LIME LINE OPERATIONS LLC Conf# rkgbngxsw | 225.00 |
| 06/17/24 | Online Banking transfer from CHK 2621 Confirmation# 7166009820 | 223.00 |
| 06/17/24 | Zelle payment from  LOUIS V GRECO Conf# 99aiuhee9 | 40.00 |
| 06/21/24 | BANKCARD 1929    DES:MTOT DEP   ID:536927960307817  INDN:NJ MOBILE HEALTH CARE  CO ID:10621929SD CCD | 100.00 |
| 06/21/24 | Zelle payment from  LOUIS V GRECO Conf# 99aj36smw | 75.00 |
| **Total deposits and other credits** | | **$4,043.61** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/03/24 | Zelle payment to  Ted Rawley for "Fuel"; Conf# tecg5ep7b | −250.00 |
| 06/03/24 | Zelle payment to  Louis Greco for "Dtf"; Conf# us25b8lzq | −250.00 |

*continued on the next page*

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.



To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.            SSM-11-23-0458 C | 6115469



NJ MOBILE HEALTH CARE LLC   |   Account #              |   June 1, 2024 to June 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/03/24 | Online Banking transfer to CHK 2621 Confirmation# 7432774582 | -150.00 |
| 06/03/24 | BANKCARD 1929    DES:MTOT DISC ID:536927960307817 INDN:NJ MOBILE HEALTH CARE  CO ID:10621929SM CCD | -188.19 |
| 06/05/24 | Online Banking transfer to CHK 2621 Confirmation# 7460635669 | -350.00 |
| 06/06/24 | Online Banking transfer to CHK 2621 Confirmation# 7968886692 | -250.00 |
| 06/07/24 | Online Banking transfer to CHK 2621 Confirmation# 7680156627 | -70.00 |
| 06/07/24 | Online Banking transfer to CHK 2621 Confirmation# 7480175723 | -100.00 |
| 06/10/24 | Online Banking transfer to CHK 2621 Confirmation# 7587718565 | -150.00 |
| 06/10/24 | Zelle payment to Vanessa Castoire for "AutoZone Supplies"; Conf# oycqheoep | -60.00 |
| 06/10/24 | Online Banking transfer to CHK 2621 Confirmation# 4503013095 | -50.00 |
| 06/10/24 | Online Banking transfer to CHK 2621 Confirmation# 5003941397 | -50.00 |
| 06/10/24 | Online Banking transfer to CHK 2621 Confirmation# 4804290051 | -40.00 |
| 06/10/24 | Online Banking transfer to CHK 2621 Confirmation# 4805512958 | -500.00 |
| 06/11/24 | Online Banking transfer to CHK 2621 Confirmation# 7713126237 | -75.00 |
| 06/11/24 | Zelle payment to Ted Rawley Conf# wmfqfbvme | -275.00 |
| 06/13/24 | Zelle payment to Louis Greco Conf# tat78yiba | -400.00 |
| 06/13/24 | Zelle payment to Ted Rawley Conf# yp9ggk1yw | -275.00 |
| 06/14/24 | Online Banking transfer to CHK 2621 Confirmation# 7239666728 | -28.00 |
| 06/17/24 | Zelle payment to Louis Greco Conf# wxzfi0tvn | -150.00 |
| 06/17/24 | Online Banking transfer to CHK 2621 Confirmation# 7858175774 | -238.00 |
| 06/17/24 | Online Banking transfer to CHK 2621 Confirmation# 7958266600 | -40.00 |
| 06/17/24 | BILL.COM LLC    DES:BILLING   ID:01B4MZKHOYOUL8W INDN:NJ Mobile HealthCare,  CO ID:1082689000 CCD  PMT INFO:BILL.COM 01B4MZKHOYOUL8W STMT 2405708196  9 NJ MOBILE HEALTHCARE, LLC | -221.96 |
| 06/18/24 | Online Banking transfer to CHK 2621 Confirmation# 7670994356 | -275.00 |
| 06/18/24 | Zelle payment to Louis Greco Conf# x4xq7rvj9 | -150.00 |
| 06/18/24 | Online Banking transfer to CHK 2621 Confirmation# 7373215683 | -25.00 |
| 06/21/24 | Online Banking transfer to CHK 2621 Confirmation# 8099959501 | -19.31 |
| 06/21/24 | Online Banking transfer to CHK 2621 Confirmation# 7100048872 | -75.00 |
| 06/21/24 | Mahwah Fire Prev DES:Payables   ID:016TGDXYL3DQ2N9 INDN:NJ Mobile HealthCare,  CO ID:3204895317 CCD  PMT INFO:Mahwah Fire Prevention Bureau Bill.com P  24061901 - 7228131 Inv 24-000047 | -95.00 |

**Total withdrawals and other debits**                                                        **-$4,800.46**

# BANK OF AMERICA

## Your checking account

NJ MOBILE HEALTH CARE LLC   |   Account # ████ 2650   |   June 1, 2024 to June 30, 2024

## Service fees

Based on the activity on your business accounts for the statement period ending 05/31/24, a Monthly Fee was charged for your primary Business Advantage Relationship Banking account. You can avoid the fee in the future by meeting one of the requirements below:

◯ $15,000+ combined average monthly balance in linked business accounts

◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 06/03/24 | Monthly Fee Business Adv Relationship | -29.95 |

**Total service fees**                                                      **-$29.95**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 786.81 | 06/07 | 54.71 | 06/14 | 163.36 |
| 06/03 | 460.71 | 06/10 | 353.72 | 06/17 | 464.32 |
| 06/04 | 762.71 | 06/11 | 3.72 | 06/18 | 14.32 |
| 06/05 | 412.71 | 06/12 | 703.72 | 06/21 | 0.01 |
| 06/06 | 162.71 | 06/13 | 28.72 | | |

NJ MOBILE HEALTH CARE LLC   |   Account #

This page intentionally left blank