**Fill in this information to identify the case:**

Debtor Name  NJ Mobile Health Care LLC

United States Bankruptcy Court for the: District of New Jersey

Case number:  24-16239-JKS

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:  October 2024                          Date report filed:  12/11/2024
MM / DD / YYYY

Line of business:  Ambulance                  NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                            Louis V. Greco III
Original signature of responsible party
Printed name of responsible party            Louis V. Greco III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ☑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ☑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name __NJ Mobile Health Care LLC_____    Case number __24-16239-JKS____

17.  Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ ___341.09___

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ ___20,688.76___

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ ___19,770.50___

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ ___918.26___

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ ___1,259.35___

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

(Exhibit E)

$ ___30,974.00___

Debtor Name __NJ Mobile Health Care LLC__            Case number __24-16239-JKS__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                            $ 10,661.76

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          0

27. What is the number of employees as of the date of this monthly report?             0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00

30. How much have you paid this month in other professional fees?                     $ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,000.00 | − | $ 20,688.76 | = | $ -5,688.76 |
| 33. **Cash disbursements** | $ 15,000.00 | − | $ 19,770.50 | = | $ -4,770.50 |
| 34. **Net cash flow** | $ 0.00 | − | $ 918.26 | = | $ |

35. Total projected cash receipts for the next month:                            $ _____

36. Total projected cash disbursements for the next month:                     − $ _____

37. Total projected net cash flow for the next month:                          = $ _____

Debtor Name  NJ Mobile Health Care LLC                          Case number  24-16239-JKS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Exhibit A

Monthly Operating Report – October 2024

Question 3: Did you pay all your bills on time

The bills for the following vendors have not been paid:

United Leasing – 1,725.00

De Lage Landen Financial Services Inc. – 3,963.31

Access IT – 506.49

Exhibit B

Monthly Operating Report – October 2024

Question 7: Have you sold any assets other than inventory

Fog Machine - $50.00

Ironwear Coverall – $22.00

DuPont Tyechen 3X - $25

Exhibit C

NJMHC Monthly Operating Report - October 2024

| Account No | Posting Date | Description | Receipts |
|---|---|---|---|
| 5800 | 10/25/2024 | DEPOSIT | 1,650.00 |
| 5800 | 10/22/2024 | PHONE/INTERNET TRNFR REF 2952215P FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 30.00 |
| 5800 | 10/21/2024 | PHONE/INTERNET TRNFR REF 2950900L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 30.00 |
| 5800 | 10/16/2024 | PHONE/INTERNET TRNFR REF 2901331L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 1,000.00 |
| 5800 | 10/15/2024 | ACH CREDIT PPD CMPY ID: 9409348138 DRIVE NJ INS INS PREM 241015 | 299.80 |
| 5800 | 10/07/2024 | PHONE/INTERNET TRNFR REF 2810818L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 1,000.00 |
| 5800 | 10/04/2024 | PHONE/INTERNET TRNFR REF 2780750L FUNDS TRANSFER FRM DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 20.00 |
| 5800 | 10/04/2024 | PHONE/INTERNET TRNFR REF 2780749L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 2,630.00 |
| 5800 | 10/02/2024 | SERVICE FEE REFUND MAINTENANCE CHARGE REFUND | 15.00 |
| 0303 | 10/30/2024 | DEPOSIT | 335.55 |
| 0303 | 10/30/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898231371*12052961 37~ | 864.50 |
| 0303 | 10/25/2024 | DEPOSIT | 90.23 |
| 0303 | 10/22/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898204896*12052961 37~ | 302.98 |
| 0303 | 10/18/2024 | DEPOSIT | 2,350.00 |
| 0303 | 10/18/2024 | DEPOSIT | 106.42 |
| 0303 | 10/18/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 BTOT DEP 241018 536927960307817 | 134.66 |
| 0303 | 10/18/2024 | ACH CREDIT CCD CMPY ID: 1522293687 10L GOVDEALS 10LGDUSFSS REF*\ | 197.00 |
| 0303 | 10/17/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241017 536927960307817 | 213.21 |
| 0303 | 10/17/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898191988*12052961 37~ | 255.31 |
| 0303 | 10/16/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898188017*12052961 37~ | 2,747.21 |
| 0303 | 10/15/2024 | DEPOSIT | 1,880.00 |
| 0303 | 10/10/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241010 536927960307817 | 201.97 |
| 0303 | 10/08/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241008 536927960307817 | 116.62 |
| 0303 | 10/08/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898163967*12052961 37~ | 248.30 |
| 0303 | 10/07/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241007 536927960307817 | 1,235.00 |
| 0303 | 10/04/2024 | ACH CREDIT CCD CMPY ID: 1522293687 10L GOVDEALS 10LGDUSFSS REF*\ | 2,630.00 |
| 0303 | 10/02/2024 | SERVICE FEE REFUND MAINTENANCE CHARGE REFUND | 15.00 |
| 0303 | 10/02/2024 | PHONE/INTERNET TRNFR REF 2760857L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 25.00 |
| 0303 | 10/02/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241002 536927960307817 | 20.00 |
| 0303 | 10/01/2024 | PHONE/INTERNET TRNFR REF 2750858L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 15.00 |
| 3201 | 10/02/2024 | SERVICE FEE REFUND MAINTENANCE CHARGE REFUND | 15.00 |
| 3201 | 10/01/2024 | PHONE/INTERNET TRNFR REF 2750859L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 15.00 |

**20,688.76**

Exhibit D

NJMHC Monthly Operating Report - October 2024

| Account No | Posting Date | Description | Disbursements |
|---|---|---|---|
| 5800 | 10/29/2024 1024 | CHECK | 400.00 |
| 5800 | 10/28/2024 1025 | CHECK | 500.00 |
| 5800 | 10/28/2024 | PHONE/INTERNET TRNFR REF 3022118L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 400.00 |
| 5800 | 10/21/2024 | FORCE POST DEBIT FOR OVERDRAFT ACH DEBIT 021000028379957 | 30.00 |
| 5800 | 10/18/2024 | ACH DEBIT CCD CMPY ID: 0000756346 INTUIT * QBooks Onl 241018 8751095 | 32.50 |
| 5800 | 10/17/2024 1023 | CHECK | 750.00 |
| 5800 | 10/17/2024 | PHONE/INTERNET TRNFR REF 2911521L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 870.00 |
| 5800 | 10/15/2024 1022 | CHECK | 412.50 |
| 5800 | 10/15/2024 | ACH DEBIT PPD CMPY ID: 9078730001 OPTIMUM 7873 CABLE PMNT 241015 | 161.40 |
| 5800 | 10/11/2024 | PHONE/INTERNET TRNFR REF 2851059L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 75.00 |
| 5800 | 10/07/2024 | ACH DEBIT CCD CMPY ID: 2472319830 AFCO CREDIT CORP PAYMENTS 241007 20257906 | 2,678.09 |
| 5800 | 10/03/2024 | PHONE/INTERNET TRNFR REF 2771424L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 15.00 |
| 5800 | 10/02/2024 | PHONE/INTERNET TRNFR REF 2760858L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 100.72 |
| 5800 | 10/02/2024 | PHONE/INTERNET TRNFR REF 2760857L FUNDS TRANSFER TO DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 25.00 |
| 5800 | 10/01/2024 | PHONE/INTERNET TRNFR REF 2750859L FUNDS TRANSFER TO DEP XXXXX3201 FROM FUNDS TRANSFER VIA ONLINE | 15.00 |
| 5800 | 10/01/2024 | PHONE/INTERNET TRNFR REF 2750858L FUNDS TRANSFER TO DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 15.00 |
| 5800 | 10/01/2024 | PHONE/INTERNET TRNFR REF 2750856L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA ONLINE | 15.00 |
| 5800 | 10/01/2024 1021 | CHECK | 140.25 |
| 0303 | 10/31/2024 | PHONE/INTERNET TRNFR REF 3050504L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 355.00 |
| 0303 | 10/28/2024 | PHONE/INTERNET TRNFR REF 3022117L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 585.00 |
| 0303 | 10/24/2024 | PHONE/INTERNET TRNFR REF 2981211L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 1,300.00 |
| 0303 | 10/22/2024 | PHONE/INTERNET TRNFR REF 2961610L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 500.00 |
| 0303 | 10/22/2024 | PHONE/INTERNET TRNFR REF 2952215P FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 30.00 |
| 0303 | 10/21/2024 | PHONE/INTERNET TRNFR REF 2951144L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 400.00 |
| 0303 | 10/21/2024 | PHONE/INTERNET TRNFR REF 2950900L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 30.00 |
| 0303 | 10/18/2024 | PHONE/INTERNET TRNFR REF 2921245L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 332.00 |
| 0303 | 10/17/2024 | PHONE/INTERNET TRNFR REF 2911109L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 3,072.00 |
| 0303 | 10/16/2024 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY  FOR 09/24 | 25.00 |
| 0303 | 10/16/2024 | FEE BASED CHARGE FEE BASED ACTIVITY  FOR 09/24 | 0.01 |
| 0303 | 10/16/2024 | PHONE/INTERNET TRNFR REF 2901331L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 1,000.00 |
| 0303 | 10/16/2024 | PHONE/INTERNET TRNFR REF 2901331L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 1,000.00 |
| 0303 | 10/11/2024 | PHONE/INTERNET TRNFR REF 2851059L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 800.00 |
| 0303 | 10/07/2024 | PHONE/INTERNET TRNFR REF 2810818L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 1,000.00 |
| 0303 | 10/04/2024 | PHONE/INTERNET TRNFR REF 2780749L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 2,630.00 |
| 0303 | 10/03/2024 | PHONE/INTERNET TRNFR REF 2771425L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 17.80 |
| 0303 | 10/02/2024 | ACH DEBIT CCD CMPY ID: 10621929SM BANKCARD 1929 MTOT DISC 241002 536927960307817 | 42.74 |
| 3201 | 10/03/2024 | PHONE/INTERNET TRNFR REF 2771426L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 15.49 |

19,770.50

Exhibit E

Monthly Operating Report – October 2024

Question 24: Total payables

United Leasing – 8,625.00

De Lage Landen Financial Services Inc. – 19,816.55

Access IT – 2,532.45

Exhibit F
Monthly Operating Report - October 2024

Aging Report

| Current Payor | Trip Count | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 181 - 546 | Over 546 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| -- None -- | 2 | 1,360.00 | - | - | - | - | - | - | - | 1,360.00 |
| BCBS HORIZON NJ - COMMERCIAL | 1 | 113.76 | - | - | - | - | - | - | - | 113.76 |
| BERGEN NEW BRIDGE MEDICAL CENTER | 1 | 121.00 | - | - | - | - | - | - | - | 121.00 |
| Bill Patient | 3 | 3,100.00 | - | - | - | - | - | - | - | 3,100.00 |
| MEDICARE NJ | 3 | 5,967.00 | - | - | - | - | - | - | - | 5,967.00 |
| | | | | | | | | | | |
| **Totals: Payors: 5** | 10 | **10,661.76** | - | - | - | - | - | - | - | **10,661.76** |


# Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Last Statement: | September 30, 2024 |
| Statement Ending: | October 31, 2024 |
| Page: | 1 of 5 |

33575 M0656DDA110124085054 08 000000000 175503 005

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 OPERATING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

 Email:          contactus@valley.com

 Visit Us Online:     www.valley.com

✉ Mail To:        1720 Route 23, Wayne, NJ 07470

# Account Statement

## BUSINESS BANKING CHECKING  - XXXXXX5800

SUMMARY FOR THE PERIOD: 10/01/24 - 10/31/24                    *NJ MOBILE HEALTH CARE LLC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $310.98 | | $6,674.80 | | $6,635.46 | | $350.32 |

## TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $310.98 |
| 10/01 | CHECK  1021 | -$140.25 | | $170.73 |
| 10/01 | PHONE/INTERNET TRNFR REF 2750856L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA ONLINE | -$15.00 | | $155.73 |
| 10/01 | PHONE/INTERNET TRNFR REF 2750858L FUNDS TRANSFER TO DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | -$15.00 | | $140.73 |
| 10/01 | PHONE/INTERNET TRNFR REF 2750859L FUNDS TRANSFER TO DEP XXXXX3201 FROM FUNDS TRANSFER VIA ONLINE | -$15.00 | | $125.73 |
| 10/02 | SERVICE FEE REFUND MAINTENANCE CHARGE REFUND | | $15.00 | $140.73 |
| 10/02 | PHONE/INTERNET TRNFR REF 2760857L FUNDS TRANSFER TO DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | -$25.00 | | $115.73 |
| 10/02 | PHONE/INTERNET TRNFR REF 2760858L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$100.72 | | $15.01 |
| 10/03 | PHONE/INTERNET TRNFR | -$15.00 | | $0.01 |





**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------:|-------------------------:|--------:|
| | REF 2771424L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 10/04 | PHONE/INTERNET TRNFR REF 2780749L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $2,630.00 | $2,630.01 |
| 10/04 | PHONE/INTERNET TRNFR REF 2780750L FUNDS TRANSFER FRM DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | $20.00 | $2,650.01 |
| 10/07 | PHONE/INTERNET TRNFR REF 2810818L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $1,000.00 | $3,650.01 |
| 10/07 | ACH DEBIT AFCO CREDIT CORP PAYMENTS 241007 20257906 | -$2,678.09 | | $971.92 |
| 10/11 | PHONE/INTERNET TRNFR REF 2851059L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$75.00 | | $896.92 |
| 10/15 | ACH CREDIT DRIVE NJ INS INS PREM 241015 | | $299.80 | $1,196.72 |
| 10/15 | ACH DEBIT OPTIMUM 7873 CABLE PMNT 241015 | -$161.40 | | $1,035.32 |
| 10/15 | CHECK 1022 | -$412.50 | | $622.82 |
| 10/16 | PHONE/INTERNET TRNFR REF 2901331L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $1,000.00 | $1,622.82 |
| 10/17 | PHONE/INTERNET TRNFR REF 2911521L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$870.00 | | $752.82 |
| 10/17 | CHECK 1023 | -$750.00 | | $2.82 |
| 10/18 | ACH DEBIT INTUIT * QBooks Onl 241018 8751095 | -$32.50 | | -$29.68 |
| 10/21 | PHONE/INTERNET TRNFR REF 2950900L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $30.00 | $0.32 |
| 10/21 | PAID ITEM FEE FOR OVERDRAFT ACH DEBIT 021000028379957 | -$30.00 | | -$29.68 |
| 10/22 | PHONE/INTERNET TRNFR REF 2952215P FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $30.00 | $0.32 |
| 10/25 | DEPOSIT | | $1,650.00 | $1,650.32 |
| 10/28 | PHONE/INTERNET TRNFR | -$400.00 | | $1,250.32 |







**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| Account Number: | XXXXXX5800 |
|---|---|
| **Statement Date:** | 10/31/2024 |
| **Page :** | 3 of 5 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | REF 3022118L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 10/28 | CHECK 1025 | -$500.00 | | $750.32 |
| 10/29 | CHECK 1024 | -$400.00 | | $350.32 |
| **Ending Balance** | | | | **$350.32** |

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 10/01 | 1021 | $140.25 | 10/29 | 1024 | $400.00 |
| 10/15 | 1022 | $412.50 | 10/28 | 1025 | $500.00 |
| 10/17 | 1023 | $750.00 | | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $30.00 | $30.00 |



![Valley logo] **Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account XXXXXX5800



10/01/2024          # 1021          $140.25



10/29/2024          # 1024          $400.00



10/15/2024          # 1022          $412.50



10/28/2024          # 1025          $500.00



10/17/2024          # 1023          $750.00

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

### To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**

75503 0653572 0005-0005

5800 175503



     © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
33575 0653572 0005-0005 M0656DDA110124085054 08  L  175503 

 **Valley**

| | |
|---|---|
| Last Statement: | September 30, 2024 |
| Statement Ending: | October 31, 2024 |
| Page: | 1 of 4 |

P.O. Box 558
Wayne, NJ 07474-0558

52673 M0656DDA110124085054 08 000000000 194601 004

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 RECEIVING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

| | | |
|---|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

# Account Statement

## VALLEY BASIC BUSINESS CHECKING  - XXXXXX0303

SUMMARY FOR THE PERIOD: 10/01/24 - 10/31/24

*NJ MOBILE HEALTH CARE LLC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| -$14.39 | | $13,983.96 | | $13,119.55 | | $850.02 |

## TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | -$14.39 |
| 10/01 | PHONE/INTERNET TRNFR REF 2750858L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | $15.00 | $0.61 |
| 10/02 | ACH CREDIT BANKCARD 1929 MTOT DEP 241002 536927960307817 | | $20.00 | $20.61 |
| 10/02 | PHONE/INTERNET TRNFR REF 2760857L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | $25.00 | $45.61 |
| 10/02 | SERVICE FEE REFUND MAINTENANCE CHARGE REFUND | | $15.00 | $60.61 |
| 10/02 | ACH DEBIT BANKCARD 1929 MTOT DISC 241002 536927960307817 | -$42.74 | | $17.87 |
| 10/03 | PHONE/INTERNET TRNFR REF 2771425L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$17.80 | | $0.07 |
| 10/04 | ACH CREDIT 10L GOVDEALS 10LGDUSFSS REF*\ | | $2,630.00 | $2,630.07 |
| 10/04 | PHONE/INTERNET TRNFR | -$2,630.00 | | $0.07 |

© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 
52673 0709373 0001-0004 M0656DDA110124085054 08  L  194601



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX0303 |
| **Statement Date:** | 10/31/2024 |
| **Page :** | 2 of 4 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | REF 2780749L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 10/07 | ACH CREDIT BANKCARD 1929 MTOT DEP 241007 536927960307817 | | $1,235.00 | $1,235.07 |
| 10/07 | PHONE/INTERNET TRNFR REF 2810818L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$1,000.00 | | $235.07 |
| 10/08 | ACH CREDIT NOVITAS HCCLAIMPMT 898163967*12052961 37~ | | $248.30 | $483.37 |
| 10/08 | ACH CREDIT BANKCARD 1929 MTOT DEP 241008 536927960307817 | | $116.62 | $599.99 |
| 10/10 | ACH CREDIT BANKCARD 1929 MTOT DEP 241010 536927960307817 | | $201.97 | $801.96 |
| 10/11 | PHONE/INTERNET TRNFR REF 2851059L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$800.00 | | $1.96 |
| 10/15 | DEPOSIT | | $1,880.00 | $1,881.96 |
| 10/16 | ACH CREDIT NOVITAS HCCLAIMPMT 898188017*12052961 37~ | | $2,747.21 | $4,629.17 |
| 10/16 | PHONE/INTERNET TRNFR REF 2901331L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$1,000.00 | | $3,629.17 |
| 10/16 | PHONE/INTERNET TRNFR REF 2901331L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$1,000.00 | | $2,629.17 |
| 10/16 | FEE BASED CHARGE FEE BASED ACTIVITY  FOR 09/24 | -$0.01 | | $2,629.16 |
| 10/16 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY  FOR 09/24 | -$25.00 | | $2,604.16 |
| 10/17 | ACH CREDIT NOVITAS HCCLAIMPMT 898191988*12052961 37~ | | $255.31 | $2,859.47 |
| 10/17 | ACH CREDIT BANKCARD 1929 MTOT DEP 241017 536927960307817 | | $213.21 | $3,072.68 |
| 10/17 | PHONE/INTERNET TRNFR REF 2911109L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$3,072.00 | | $0.68 |
| 10/18 | ACH CREDIT 10L GOVDEALS 10LGDUSFSS REF*\ | | $197.00 | $197.68 |
| 10/18 | ACH CREDIT | | $134.66 | $332.34 |



94601 0709374 0002-0004

0303 194601

# Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX0303
**Statement Date:** 10/31/2024
**Page :** 3 of 4

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------:|-------------------------:|--------:|
| | BANKCARD 1929 BTOT DEP 241018 536927960307817 | | | |
| 10/18 | DEPOSIT | | $106.42 | $438.76 |
| 10/18 | DEPOSIT | | $2,350.00 | $2,788.76 |
| 10/18 | PHONE/INTERNET TRNFR REF 2921245L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$332.00 | | $2,456.76 |
| 10/21 | PHONE/INTERNET TRNFR REF 2950900L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$30.00 | | $2,426.76 |
| 10/21 | PHONE/INTERNET TRNFR REF 2951144L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$400.00 | | $2,026.76 |
| 10/22 | ACH CREDIT NOVITAS HCCLAIMPMT 898204896*12052961 37~ | | $302.98 | $2,329.74 |
| 10/22 | PHONE/INTERNET TRNFR REF 2952215P FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$30.00 | | $2,299.74 |
| 10/22 | PHONE/INTERNET TRNFR REF 2961610L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$500.00 | | $1,799.74 |
| 10/24 | PHONE/INTERNET TRNFR REF 2981211L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$1,300.00 | | $499.74 |
| 10/25 | DEPOSIT | | $90.23 | $589.97 |
| 10/28 | PHONE/INTERNET TRNFR REF 3022117L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$585.00 | | $4.97 |
| 10/30 | ACH CREDIT NOVITAS HCCLAIMPMT 898231371*12052961 37~ | | $864.50 | $869.47 |
| 10/30 | DEPOSIT | | $335.55 | $1,205.02 |
| 10/31 | PHONE/INTERNET TRNFR REF 3050504L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$355.00 | | $850.02 |

**Ending Balance** **$850.02**



94601 0709375 0003-0004    0303 194601

**Valley**

| | |
|---|---|
| **Account Number:** | XXXXXX0303 |
| **Statement Date:** | 10/31/2024 |
| **Page :** | 4 of 4 |

P.O. Box 558
Wayne, NJ 07474-0558

### To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check[s] Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check[s] outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



94601 0709376 0004-0004

0303 194601



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Last Statement: | September 30, 2024 |
| Statement Ending: | October 31, 2024 |
| Page: | 1 of 2 |

1264 M0656DDA110124085054 08 000000000 143192 002

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 PPSF ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

 Email:              contactus@valley.com

 Visit Us Online:     www.valley.com

✉ Mail To:            1720 Route 23, Wayne, NJ 07470

## Account Statement

### VALLEY BASIC BUSINESS CHECKING  - XXXXXX3201

SUMMARY FOR THE PERIOD: 10/01/24 - 10/31/24

*NJ MOBILE HEALTH CARE LLC*

| Beginning Balance -$14.50 | + | Deposits & Other Credits $30.00 | - | Withdrawals & Other Debits $15.49 | = | Ending Balance $0.01 |
|---|---|---|---|---|---|---|

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | -$14.50 |
| 10/01 | PHONE/INTERNET TRNFR REF 2750859L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | $15.00 | $0.50 |
| 10/02 | SERVICE FEE REFUND MAINTENANCE CHARGE REFUND | | $15.00 | $15.50 |
| 10/03 | PHONE/INTERNET TRNFR REF 2771426L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$15.49 | | $0.01 |
| **Ending Balance** | | | | **$0.01** |




43192 0565653 0001-0002       3201 143192



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

### To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check[s] Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check[s] outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance] | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**


43192 0565654 0002-0002          3201 143192