**Fill in this information to identify the case:**

Debtor Name: NJ Mobile Health Care LLC

United States Bankruptcy Court for the: District of New Jersey

Case number: 24-16239-JKS

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 6 - November 2024
Date report filed: 12/11/24 (MM / DD / YYYY)

Line of business: Ambulance
NAISC code: ___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Louis V. Greco III
Original signature of responsible party: /s/
Printed name of responsible party: Louis V. Greco III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name NJ Mobile Health Care LLC                    Case number 24-16239-JKS

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 1,259.35

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 19,969.42

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.    − $ 16,111.74

    Report the total from *Exhibit D* here.

22. **Net cash flow**    + $ 3,857.68

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 5,117.03

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 37,168.80

    (Exhibit E)

Debtor Name  NJ Mobile Health Care LLC    Case number 24-16239-JKS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables $ 7,697.00

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?   0
27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>(Copy lines 35-37 from the previous month's report.) | − | Column B<br>Actual<br>(Copy lines 20-22 of this report.) | = | Column C<br>Difference<br>(Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 15,000.00 | − | $ 19,969.42 | = | $ -4,969.42 |
| 33. Cash disbursements | $ 13,000.00 | − | $ 16,111.74 | = | $ -3,111.74 |
| 34. Net cash flow | $ 2,000.00 | − | $ 3,857.68 | = | $ -1,857.68 |

35. Total projected cash receipts for the next month:  $ 15,000.00
36. Total projected cash disbursements for the next month:  − $ 13,000.00
37. Total projected net cash flow for the next month:  = $ 2,000.00

Debtor Name NJ Mobile Health Care LLC                                    Case number 24-16239-JKS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit A

Monthly Operating Report – November 2024

Question 3: Did you pay all your bills on time

The bills for the following vendors have not been paid:

United Leasing – 1,725.00

De Lage Landen Financial Services Inc. – 3,963.31

Access IT – 506.49

Exhibit C

NJMHC Monthly Operating Report - November 2024

| Account No | Posting Date | Description | Receipts |
|---|---|---|---|
| 5800 | 11/29/2024 | ACH CREDIT CCD CMPY ID: 124303243 AKI C Management TRANSFER 241129 | 1,695.90 |
| 5800 | 11/27/2024 | PHONE/INTERNET TRNFR REF 3320900L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 1,280.00 |
| 5800 | 11/27/2024 | ACH CREDIT CCD CMPY ID: 9215986202 INTUIT 50172893 DEPOSIT 241127 524771382123961 | 1,410.00 |
| 5800 | 11/21/2024 | WIRE IN GFT 202411210015388 AKI C MANAGEMENT L LC | 1,392.10 |
| 5800 | 11/19/2024 | ACH CREDIT CCD CMPY ID: 124303243 AKI C Management TRANSFER 241119 | 1,565.70 |
| 5800 | 11/12/2024 | BUS MOBILE DEPOSIT | 940.00 |
| 5800 | 11/08/2024 | BUS MOBILE DEPOSIT | 1,880.00 |
| 5800 | 11/07/2024 | WIRE IN GFT 202411070016329 AKI C MANAGEMENT L LC | 1,836.99 |
| 5800 | 11/05/2024 | PHONE/INTERNET TRNFR REF 3101340L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 60.00 |
| 5800 | 11/04/2024 | ACH CREDIT PPD CMPY ID: 9215986206 INTUIT ACCTVERIFY 241104 | 0.22 |
| 5800 | 11/04/2024 | ACH CREDIT PPD CMPY ID: 9215986206 INTUIT ACCTVERIFY 241104 | 0.12 |
| 5800 | 11/01/2024 | ACH CREDIT CCD CMPY ID: 124303243 AKI C Management TRANSFER 241101 | 1,755.95 |
| 0303 | 11/29/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241129 536927960307817 | 110.72 |
| 0303 | 11/27/2024 | DEPOSIT | 539.00 |
| 0303 | 11/25/2024 | BUS MOBILE DEPOSIT | 1,880.00 |
| 0303 | 11/19/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241119 536927960307817 | 200.00 |
| 0303 | 11/18/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241118 536927960307817 | 69.56 |
| 0303 | 11/15/2024 | ACH CREDIT CCD CMPY ID: 1522293687 10L GOVDEALS 10LGDUSFSS REF*\ | 10.00 |
| 0303 | 11/14/2024 | DEPOSIT | 1,883.40 |
| 0303 | 11/13/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898272682*12052961 37~ | 700.54 |
| 0303 | 11/08/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898262033*12052961 37~ | 258.11 |
| 0303 | 11/05/2024 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 241105 536927960307817 | 20.00 |
| 0303 | 11/04/2024 | BUS MOBILE DEPOSIT | 111.97 |
| 0303 | 11/04/2024 | PHONE/INTERNET TRNFR REF 3091702L FUNDS TRANSFER FRM DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 90.00 |
| 0303 | 11/01/2024 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898239838*12052961 37~ | 279.14 |

19,969.42

Exhibit D

NJMHC Monthly Operating Report - November 2024

| Account No | Posting Date | Description | Disbursements |
|---|---|---|---|
| 5800 | 11/27/2024 | ACH DEBIT CCD CMPY ID: 9215986202 INTUIT 69914403 TRAN FEE 241127 524771382123961 | 14.10 |
| 5800 | 11/21/2024 | PHONE/INTERNET TRNFR REF 3262059L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | 1,400.00 |
| 5800 | 11/20/2024 | PHONE/INTERNET TRNFR REF 3250541L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 500.00 |
| 5800 | 11/19/2024 | FORCE POST DEBIT FOR OVERDRAFT ACH DEBIT 021000022276126 | 30.00 |
| 5800 | 11/18/2024 1028 | CHECK | 920.00 |
| 5800 | 11/18/2024 | ACH DEBIT CCD CMPY ID: 0000756346 INTUIT * QBooks Onl 241118 8986023 | 32.50 |
| 5800 | 11/15/2024 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY FOR 10/24 | 40.00 |
| 5800 | 11/13/2024 | PHONE/INTERNET TRNFR REF 3181811L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 959.00 |
| 5800 | 11/12/2024 1026 | CHECK | 57.45 |
| 5800 | 11/12/2024 | PHONE/INTERNET TRNFR REF 3140515L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | 1,900.00 |
| 5800 | 11/08/2024 | PHONE/INTERNET TRNFR REF 3131500L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 1,500.00 |
| 5800 | 11/08/2024 | PHONE/INTERNET TRNFR REF 3130445L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | 300.00 |
| 5800 | 11/04/2024 | ACH DEBIT PPD CMPY ID: 9215986206 INTUIT ACCTVERIFY 241104 | 0.34 |
| 5800 | 11/04/2024 | PHONE/INTERNET TRNFR REF 3071415L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 2,106.25 |
| 0303 | 11/27/2024 | PHONE/INTERNET TRNFR REF 3320900L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 1,280.00 |
| 0303 | 11/26/2024 | PHONE/INTERNET TRNFR REF 3310931L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 600.00 |
| 0303 | 11/20/2024 | PHONE/INTERNET TRNFR REF 3251025L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 244.00 |
| 0303 | 11/19/2024 | PHONE/INTERNET TRNFR REF 3240827L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA ONLINE | 25.00 |
| 0303 | 11/15/2024 | PHONE/INTERNET TRNFR REF 3201044L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 1,894.00 |
| 0303 | 11/13/2024 | PHONE/INTERNET TRNFR REF 3181810L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 708.00 |
| 0303 | 11/12/2024 | PHONE/INTERNET TRNFR REF 3151110L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 250.00 |
| 0303 | 11/07/2024 | PHONE/INTERNET TRNFR REF 3121106L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 72.62 |
| 0303 | 11/05/2024 | PHONE/INTERNET TRNFR REF 3101340L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 60.00 |
| 0303 | 11/04/2024 | ACH DEBIT CCD CMPY ID: 10621929SM BANKCARD 1929 MTOT DISC 241104 536927960307817 | 89.34 |
| 0303 | 11/04/2024 | PHONE/INTERNET TRNFR REF 3071414L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | 1,129.14 |
|  |  |  | 16,111.74 |

Exhibit E

Monthly Operating Report – November 2024

Question 24: Total payables

United Leasing – 10,350.00

De Lage Landen Financial Services Inc. – 23,779.86

Access IT – 3,038.94

Exhibit F
Monthly Operating Report - November 2024

Aging Report

| Current Payor | Trip Count | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 181 - 546 | Over 546 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERIHEALTH HMO/POS NJ - COMMERCIAL | 1 | 1,590.00 | - | - | - | - | - | - | - | 1,590.00 |
| BERGEN NEW BRIDGE MEDICAL CENTER | 1 | 132.00 | - | - | - | - | - | - | - | 132.00 |
| MEDICARE NJ | 3 | 4,890.00 | - | - | - | - | - | - | - | 4,890.00 |
| UNITEDHEALTHCARE - COMMERCIAL (87726) | 1 | 1,085.00 | - | - | - | - | - | - | - | 1,085.00 |
| Totals: Payors: 4 | 6 | 7,697.00 | - | - | - | - | - | - | - | 7,697.00 |



P.O. Box 558
Wayne, NJ 07474-0558

Last Statement: October 31, 2024
Statement Ending: November 30, 2024
Page: 1 of 5

40754 M0656DDA113024062712 07 000000000 174748 005



NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 OPERATING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

### BUSINESS BANKING CHECKING - XXXXXX5800

SUMMARY FOR THE PERIOD: 11/01/24 - 11/30/24        NJ MOBILE HEALTH CARE LLC

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $350.32 | | $13,816.98 | | $9,759.64 | | $4,407.66 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $350.32 |
| 11/01 | ACH CREDIT<br>AKI C Management TRANSFER 241101 | | $1,755.95 | $2,106.27 |
| 11/04 | ACH CREDIT<br>INTUIT ACCTVERIFY 241104 | | $0.12 | $2,106.39 |
| 11/04 | ACH CREDIT<br>INTUIT ACCTVERIFY 241104 | | $0.22 | $2,106.61 |
| 11/04 | PHONE/INTERNET TRNFR<br>REF 3071415L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$2,106.25 | | $0.36 |
| 11/04 | ACH DEBIT<br>INTUIT ACCTVERIFY 241104 | -$0.34 | | $0.02 |
| 11/05 | PHONE/INTERNET TRNFR<br>REF 3101340L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $60.00 | $60.02 |
| 11/07 | WIRE IN<br>202411070016329 AKI C MANAGEMENT L LC | | $1,836.99 | $1,897.01 |
| 11/08 | BUS MOBILE DEPOSIT | | $1,880.00 | $3,777.01 |
| 11/08 | PHONE/INTERNET TRNFR<br>REF 3130445L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | -$300.00 | | $3,477.01 |
| 11/08 | PHONE/INTERNET TRNFR | -$1,500.00 | | $1,977.01 |



Have Questions?  800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

40754 0628107 0001-0005 M0656DDA113024062712 07 L 174748

# Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX5800
Statement Date: 11/30/2024
Page: 2 of 5

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | REF 3131500L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 11/12 | BUS MOBILE DEPOSIT | | $940.00 | $2,917.01 |
| 11/12 | PHONE/INTERNET TRNFR | -$1,900.00 | | $1,017.01 |
| | REF 3140515L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | | | |
| 11/12 | CHECK 1026 | -$57.45 | | $959.56 |
| 11/13 | PHONE/INTERNET TRNFR | -$959.00 | | $0.56 |
| | REF 3181811L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 11/15 | ANALYSIS RESULTS CHG | -$40.00 | | -$39.44 |
| | ANALYSIS ACTIVITY FOR 10/24 | | | |
| 11/18 | ACH DEBIT | -$32.50 | | -$71.94 |
| | INTUIT * QBooks Onl 241118 8986023 | | | |
| 11/18 | CHECK 1028 | -$920.00 | | -$991.94 |
| 11/19 | ACH CREDIT | | $1,565.70 | $573.76 |
| | AKI C Management TRANSFER 241119 | | | |
| 11/19 | PAID ITEM FEE | -$30.00 | | $543.76 |
| | FOR OVERDRAFT ACH DEBIT 021000022276126 | | | |
| 11/20 | PHONE/INTERNET TRNFR | -$500.00 | | $43.76 |
| | REF 3250541L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 11/21 | WIRE IN | | $1,392.10 | $1,435.86 |
| | 202411210015388 AKI C MANAGEMENT L LC | | | |
| 11/21 | PHONE/INTERNET TRNFR | -$1,400.00 | | $35.86 |
| | REF 3262059L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | | | |
| 11/27 | ACH CREDIT | | $1,410.00 | $1,445.86 |
| | INTUIT 50172893 DEPOSIT 241127 524771382123961 | | | |
| 11/27 | PHONE/INTERNET TRNFR | | $1,280.00 | $2,725.86 |
| | REF 3320900L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 11/27 | ACH DEBIT | -$14.10 | | $2,711.76 |
| | INTUIT 69914403 TRAN FEE 241127 524771382123961 | | | |
| 11/29 | ACH CREDIT | | $1,695.90 | $4,407.66 |
| | AKI C Management TRANSFER 241129 | | | |

**Ending Balance** $4,407.66

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 11/12 | 1026 | $57.45 | 11/18 | 1028* | $920.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX5800
Statement Date: 11/30/2024
Page: 3 of 5

## OVERDRAFT FEES

|  | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $30.00 | $60.00 |





Have Questions? 800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
40754 0628109 0003-0005 M0656DDA113024062712 07 L 174748

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX5800
Statement Date: 11/30/2024
Page: 4 of 5

## Check Images for Account XXXXXX5800





| 11/12/2024 | # 1026 | $57.45 | 11/18/2024 | # 1028 | $920.00 |



40754 0628110 0004-0005 M0656DDA113024062712 07 L 174748

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX5800
Statement Date: 11/30/2024
Page: 5 of 5

### To Reconcile Your Account
1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit
The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For additional terms and conditions applicable to your account statement, please refer to your account agreement.





P.O. Box 558
Wayne, NJ 07474-0558

Last Statement: October 31, 2024
Statement Ending: November 30, 2024
Page: 1 of 2

8004 M0656DDA113024062712 07 000000000 141998 002

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 PPSF ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

**VALLEY BASIC BUSINESS CHECKING - XXXXXX3201**

SUMMARY FOR THE PERIOD: 11/01/24 - 11/30/24                     NJ MOBILE HEALTH CARE LLC

| Beginning Balance | + | Deposits & Other Credits | − | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $0.01 | | $0.00 | | $0.00 | | $0.01 |

*** No Activity For This Period ***



Have Questions?  800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
8004 0540162 0001-0002 M0656DDA113024062712 07 L 141998

# Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Account Number: | XXXXXX3201 |
| Statement Date: | 11/30/2024 |
| Page: | 2 of 2 |

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

### A. Pursuant To The Federal Fair Credit Billing Act

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### B. Under Applicable State Law

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For additional terms and conditions applicable to your account statement, please refer to your account agreement.



Have Questions?   800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
8004 0540163 0002-0002 M0656DDA11302406271207 L 141998



Last Statement: October 31, 2024
Statement Ending: November 30, 2024
Page: 1 of 4

P.O. Box 558
Wayne, NJ 07474-0558

1590 M0656DDA113024062712 08 000000000 194643 004

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 RECEIVING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

### VALLEY BASIC BUSINESS CHECKING  - XXXXXX0303

SUMMARY FOR THE PERIOD: 11/01/24 - 11/30/24

NJ MOBILE HEALTH CARE LLC

| Beginning Balance | + | Deposits & Other Credits | − | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $850.02 | | $6,152.44 | | $6,352.10 | | $650.36 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $850.02 |
| 11/01 | ACH CREDIT NOVITAS HCCLAIMPMT 898239838*12052961 37~ | | $279.14 | $1,129.16 |
| 11/04 | PHONE/INTERNET TRNFR REF 3091702L FUNDS TRANSFER FRM DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | $90.00 | $1,219.16 |
| 11/04 | BUS MOBILE DEPOSIT | | $111.97 | $1,331.13 |
| 11/04 | PHONE/INTERNET TRNFR REF 3071414L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$1,129.14 | | $201.99 |
| 11/04 | ACH DEBIT BANKCARD 1929 MTOT DISC 241104 536927960307817 | -$89.34 | | $112.65 |
| 11/05 | ACH CREDIT BANKCARD 1929 MTOT DEP 241105 536927960307817 | | $20.00 | $132.65 |
| 11/05 | PHONE/INTERNET TRNFR REF 3101340L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$60.00 | | $72.65 |
| 11/07 | PHONE/INTERNET TRNFR | -$72.62 | | $0.03 |



Have Questions?  800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
1590 0685041 0001-0004 M0656DDA113024062712 08 L  194643

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX0303
Statement Date: 11/30/2024
Page: 2 of 4

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | REF 3121106L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 11/08 | ACH CREDIT NOVITAS HCCLAIMPMT 898262033*1205296137~ | | $258.11 | $258.14 |
| 11/12 | PHONE/INTERNET TRNFR REF 3151110L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$250.00 | | $8.14 |
| 11/13 | ACH CREDIT NOVITAS HCCLAIMPMT 898272682*1205296137~ | | $700.54 | $708.68 |
| 11/13 | PHONE/INTERNET TRNFR REF 3181810L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$708.00 | | $0.68 |
| 11/14 | DEPOSIT | | $1,883.40 | $1,884.08 |
| 11/15 | ACH CREDIT 10L GOVDEALS 10LGDUSFSS REF*\ | | $10.00 | $1,894.08 |
| 11/15 | PHONE/INTERNET TRNFR REF 3201044L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$1,894.00 | | $0.08 |
| 11/18 | ACH CREDIT BANKCARD 1929 MTOT DEP 241118 536927960307817 | | $69.56 | $69.64 |
| 11/19 | ACH CREDIT BANKCARD 1929 MTOT DEP 241119 536927960307817 | | $200.00 | $269.64 |
| 11/19 | PHONE/INTERNET TRNFR REF 3240827L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA ONLINE | -$25.00 | | $244.64 |
| 11/20 | PHONE/INTERNET TRNFR REF 3251025L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$244.00 | | $0.64 |
| 11/25 | BUS MOBILE DEPOSIT | | $1,880.00 | $1,880.64 |
| 11/26 | PHONE/INTERNET TRNFR REF 3310931L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$600.00 | | $1,280.64 |
| 11/27 | DEPOSIT | | $539.00 | $1,819.64 |
| 11/27 | PHONE/INTERNET TRNFR REF 3320900L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$1,280.00 | | $539.64 |
| 11/29 | ACH CREDIT | | $110.72 | $650.36 |



Have Questions? 800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
1590 0685042 0002-0004 M0656DDA113024062712 08 L 194643

![Valley logo]

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX0303
Statement Date: 11/30/2024
Page: 3 of 4

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | BANKCARD 1929 MTOT DEP 241129 536927960307817 | | | |
| **Ending Balance** | | | | **$650.36** |





| Account Number: | XXXXXX0303 |
| --- | --- |
| Statement Date: | 11/30/2024 |
| Page: | 4 of 4 |

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| 1 | Enter ending statement balance | |
| --- | --- | --- |
| 2 | Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 | Total (1 plus 2 above) | |
| 4 | Subtract total check(s) outstanding | |
| 5 | Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



Have Questions?  800-522-4100   valley.com   © 2023 Valley National Bank, Member FDIC, Equal Opportunity Lender.
1590 0685044 0004-0004 M0656DDA113024062712 08 L 194643