**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Andrew C. Brown (admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Attorneys to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
NJ MOBILE HEALTH CARE LLC, *et al.*[1],                            :   (Subchapter V)
                                                                   :
                                                                   :   Case No. 24-16239 (JKS)
         Debtors.                                                  :
                                                                   :   (Jointly Administered)
------------------------------------------------------------------ x

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE DEBTORS'**
**SECOND AMENDED PLAN OF REORGANIZATION AND DEADLINE FOR**
**CASTING VOTES TO ACCEPT OR REJECT THE PLAN**

**PLEASE TAKE NOTICE** that:

1. On January 28, 2025, the above-captioned debtors and debtors-in-possession (together, the "Debtors") filed their *Small Business Debtors' Second Amended Plan of Reorganization* (the "Plan") [ECF No. 111].

**CONFIRMATION HEARING**

2. A Hearing to consider the Plan shall be held on February 25, 2025, at 10:00 a.m. (prevailing Eastern Time), before the Honorable John K. Sherwood at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102 (the "Confirmation Hearing"). The Confirmation Hearing may be continued without further notice other than an announcement in open court of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice filed with the Court.

---

[1] The Debtors herein and the last four digits of their respective tax identification number are: (i) NJ Mobile Health Care LLC (9666), (ii) Lime Line Operations LLC (8248), (iii) SSME Services LLC (4127). The Debtors' principal place of business is 575 Corporate Drive, Suite 525, Mahwah, New Jersey 07430.

1

## INFORMATION REGARDING OBJECTIONS TO THE PLAN

3.   <u>Plan Objection Deadline</u>. Any objections to confirmation of the Plan or any proposed modifications to the Plan must (i) be in writing, (ii) state the name and address of the objecting party as well as the amount and nature of the Claim or Interest of such objecting party, (iii) state, with particularity, the basis and nature of any objection or proposed modification to the Plan, and (iv) be filed—along with proof of service—with the Bankruptcy Court and served on or before **February 18, 2025, at 5:00 p.m. (Prevailing Eastern Time)** (the "<u>Plan Objection Deadline</u>"), on the following parties: (a) counsel for the Debtors, Klestadt Winters Jureller Southard & Stevens, LLP, 200 W. 41st Street, 17th Fl., New York, NY 10036 Attention: Tracy Klestadt and Andrew Brown and (b) counsel for the Office of the Office of the United States Trustee, District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102 (the "<u>Notice Parties</u>").

**UNLESS AN OBJECTION TO CONFIRMATION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, SUCH OBJECTION MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

## INFORMATION REGARDING VOTING ON THE PLAN

5.   <u>Voting Deadline</u>. In order for a vote on the Plan to be counted, the Holder of a Claim must complete, execute, and return the completed Ballot in accordance with the instructions on the Ballot so that it is received by the Debtors' Attorney's Klestadt Winters Jureller Southard & Stevens, LLP by **February 18, 2025, at 11:59 p.m. (Prevailing Eastern Time)** (the "<u>Voting Deadline</u>"). Failure to follow the instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify such Ballot and coinciding vote on the Plan.

6.   <u>Parties in Interest Not Entitled to Vote</u>. The holder of the Class 6 Claim against the Debtors is Unimpaired by the Plan and is therefore conclusively presumed to have accepted the Plan. Thus, the Holder of the Claim in this Class is not entitled to vote and will receive a Notice of Non-Voting Status in lieu of a Ballot.

## ADDITIONAL INFORMATION

7.   <u>Inquiries</u>. Any party in interest who seeks to obtain a copy of the Plan, or any other applicable document contained in the Solicitation Package may request such copy (a) from the Debtors' counsel (i) in writing, at the address provided above, (ii) by telephone via the number provided above, or (iii) by e-mailing Tracy Klestadt or Andrew Brown counsel for the Debtors at tklestadt@klestadt.com or abrown@klestadt.com . While counsel for the Debtors may answer questions regarding the solicitation materials and provide copies of same, counsel for the Debtors is not authorized to advise you as to whether you should vote to accept or reject the Plan. In lieu of seeking copies of the Plan from counsel for the Debtors, such materials may be obtained from the Bankruptcy Court and accessible at https://www.pacer.gov/. Note that a PACER login and

password are required to access documents through PACER. A PACER login and password can be obtained at: https://pacer.psc.uscourts.gov/pscof/registration.jsf.

Dated:  New York, New York
        January 28, 2025

                              **KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:  */s/ Tracy L. Klestadt*
      Tracy L. Klestadt
      Andrew Brown (admitted *pro hac vice*)
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: tklestadt@klestadt.com
             abrown@klestadt.com

*Attorneys for the Debtors and Debtors-in-Possession*