**Fill in this information to identify the case:**

Debtor Name: Lime Line Operations LLC

United States Bankruptcy Court for the: _____ District of New Jersey

Case number: 24-16240-jks

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: 9 - February 2025    Date report filed: 4/15/25 (MM / DD / YYYY)

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Louis V. Greco III

Original signature of responsible party: /s/

Printed name of responsible party: Louis V. Greco III

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Lime Line Operations LLC            Case number 24-16240-jks

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 3,037.03

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.  $ 22,022.22

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.  − $ 21,718.09

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 304.13

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 3,341.16

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**  $ 1,595.00
    (Exhibit E)

Debtor Name  Lime Line Operations LLC                     Case number  24-16240-jks

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                              $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                      12
27. What is the number of employees as of the date of this monthly report?                                          6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                        $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 0.00
30. How much have you paid this month in other professional fees?                                                  $ 0.00
31. How much have you paid in total other professional fees since filing the case?                                 $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 25,000.00 | − | $ 22,022.22 | = | $ 2,977.78 |
| 33. Cash disbursements | $ 25,000.00 | − | $ 21,718.09 | = | $ 3,281.91 |
| 34. Net cash flow | $ 0.00 | − | $ 304.13 | = | $ -304.13 |

35. Total projected cash receipts for the next month:                                                              $ 25,000.00
36. Total projected cash disbursements for the next month:                                                        − $ 25,000.00
37. Total projected net cash flow for the next month:                                                              = $ 0.00

Debtor Name Lime Line Operations LLC                    Case number 24-16240-jks

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit B

Monthly Operating Report – February 2025

Question 15 – Mobile Onsite Health Solutions LLC which Lime Line Operations LLC provides staffing services to paid Gusto the payroll processing provider directly via wire transfer for certain pay periods during this time. Gusto remitted direct deposit payments and all applicable taxes.

Exhibit C

Lime Line Monthly Operating Report - February 2025

| Account No | Posting Date | Ck | Description | Receipts |
|---|---|---|---|---|
| 3506 | 02/28/2025 | | BUS MOBILE DEPOSIT | 5,000.00 |
| 3506 | 02/27/2025 | | PHONE/INTERNET TRNFR REF 0581541L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 2,200.00 |
| 3506 | 02/24/2025 | | PHONE/INTERNET TRNFR REF 0551205L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 950.00 |
| 3506 | 02/24/2025 | | PHONE/INTERNET TRNFR REF 0550644L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | 350.00 |
| 3506 | 02/20/2025 | | PHONE/INTERNET TRNFR REF 0510459L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | 305.00 |
| 3506 | 02/20/2025 | | PHONE/INTERNET TRNFR REF 0510458L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | 3,869.00 |
| 3506 | 02/20/2025 | | PHONE/INTERNET TRNFR REF 0510457L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | 2,000.00 |
| 3506 | 02/14/2025 | | BUS MOBILE DEPOSIT | 2,500.00 |
| 3506 | 02/12/2025 | | PHONE/INTERNET TRNFR REF 0432143L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 1,778.54 |
| 3506 | 02/10/2025 | | PHONE/INTERNET TRNFR REF 0411154L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | 1,523.58 |
| 3506 | 02/10/2025 | | PHONE/INTERNET TRNFR REF 0410819L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 100.00 |
| 3506 | 02/05/2025 | | PHONE/INTERNET TRNFR REF 0361457L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | 54.00 |
| 3506 | 02/05/2025 | | PHONE/INTERNET TRNFR REF 0360852L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 530.10 |
| 3506 | 02/03/2025 | | PHONE/INTERNET TRNFR REF 0341249L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | 812.00 |
| 4901 | 02/24/2025 | | PHONE/INTERNET TRNFR REF 0550645L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | 50.00 |
| | | | | 22,022.22 |

Exhibit D

## Lime Line Monthly Operating Report - February 2025

| Account No | Posting Date | Ck | Description | Disbursements |
|---|---|---|---|---|
| 3506 | 02/28/2025 | | FEE MAINTENANCE CHARGE | 15.00 |
| 3506 | 02/27/2025 | | WIRE FEE GFT 202502270024299 GUSTO INC | 25.00 |
| 3506 | 02/27/2025 | | WIRE OUT GFT 202502270024299 GUSTO INC | 2,324.24 |
| 3506 | 02/24/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO NET 871845 250224 6semk3p2dgt | 285.87 |
| 3506 | 02/24/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO TAX 873611 250224 6semk3p2dgu | 60.09 |
| 3506 | 02/20/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO NET 742609 250220 6semk3nvl0r | 2,799.11 |
| 3506 | 02/20/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO TAX 742424 250220 6semk3nvl0s | 3,014.75 |
| 3506 | 02/20/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO CSD 758863 250220 6semk3nvl0t | 400.15 |
| 3506 | 02/18/2025 | | PHONE/INTERNET TRNFR REF 0460945L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA | 150.00 |
| 3506 | 02/14/2025 | 1044 | CHECK | 4,125.00 |
| 3506 | 02/11/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO NET 429202 250211 6semk3l3h2h | 769.80 |
| 3506 | 02/11/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO TAX 424710 250211 6semk3l3h2i | 753.78 |
| 3506 | 02/10/2025 | | ACH DEBIT CCD CMPY ID: 0000756346 INTUIT * QBooks Onl 250210 9393182 | 65.00 |
| 3506 | 02/05/2025 | | ACH DEBIT CCD CMPY ID: 9138864007 GUSTO FEE 265252 250205 6semk3jilor | 775.00 |
| 3506 | 02/03/2025 | | WIRE FEE GFT 202502030022180 GUSTO INC | 25.00 |
| 3506 | 02/03/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO TAX 197712 250203 6semk3ikka7 | 1,648.40 |
| 3506 | 02/03/2025 | | ACH DEBIT CCD CMPY ID: 9138864001 GUSTO TAX 197712 250203 6semk3ikjt4 | 1,603.90 |
| 3506 | 02/03/2025 | | WIRE OUT GFT 202502030022180 GUSTO INC | 2,827.99 |
| 4901 | 02/24/2025 | | PHONE/INTERNET TRNFR REF 0551206L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA | 25.00 |
| 4901 | 02/18/2025 | | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY FOR 01/25 | 25.00 |
| 4901 | 02/18/2025 | | FEE BASED CHARGE FEE BASED ACTIVITY FOR 01/25 | 0.01 |
| | | | | 21,718.09 |

Exhibit E

Monthly Operating Report - February 2025

Question 24: Total Payables

| | |
|---|---:|
| Mahwah Fire Prevention Bureau | 95.00 |
| Real Estate Management Group | 1,500.00 |
| **Total** | **1,595.00** |

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Last Statement: | January 31, 2025 |
| Statement Ending: | February 28, 2025 |
| Page: | 1 of 2 |

31139 M0656DDA030125072432 07 000000000 179705 002

LIME LINE OPERATIONS LLC
DIP CASE # 24-16240 OPERATING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

Email: contactus@valley.com 
Visit Us Online: www.valley.com 
Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

### BUSINESS BANKING CHECKING - XXXXXX4901

SUMMARY FOR THE PERIOD: 02/01/25 - 02/28/25

LIME LINE OPERATIONS LLC

| Beginning Balance | + | Deposits & Other Credits | − | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $0.96 | | $50.00 | | $50.01 | | $0.95 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $0.96 |
| 02/18 | FEE BASED CHARGE<br>FEE BASED ACTIVITY FOR 01/25 | -$0.01 | | $0.95 |
| 02/18 | ANALYSIS RESULTS CHG<br>ANALYSIS ACTIVITY FOR 01/25 | -$25.00 | | -$24.05 |
| 02/24 | PHONE/INTERNET TRNFR<br>REF 0550645L FUNDS TRANSFER FRM DEP<br>XXXXXX0303 FROM FUNDS TRANSFER VIA<br>MOBILE | | $50.00 | $25.95 |
| 02/24 | PHONE/INTERNET TRNFR<br>REF 0551206L FUNDS TRANSFER TO DEP<br>XXXXXX5800 FROM FUNDS TRANSFER VIA<br>ONLINE | -$25.00 | | $0.95 |

Ending Balance $0.95



### OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| Total Overdraft Fees: | $0.00 | $0.00 |

Have Questions? 800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
31139 0653947 0001-0002 M0656DDA030125072432 07 L 179705

# Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Account Number: | XXXXXX4901 |
| Statement Date: | 02/28/2025 |
| Page: | 2 of 2 |

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For additional terms and conditions applicable to your account statement, please refer to your account agreement.



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| Last Statement: | January 31, 2025 |
| Statement Ending: | February 28, 2025 |
| Page: | 1 of 5 |

39295 M0656DDA030125072432 06 000000000 143038 005

LIME LINE OPERATIONS LLC
DIP CASE # 24-16240 PAYROLL ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

**VALLEY BASIC BUSINESS CHECKING - XXXXXX3506**

SUMMARY FOR THE PERIOD: 02/01/25 - 02/28/25

LIME LINE OPERATIONS LLC

| Beginning Balance | + | Deposits & Other Credits | − | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $5,485.88 | | $21,972.22 | | $21,668.08 | | $5,790.02 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $5,485.88 |
| 02/03 | PHONE/INTERNET TRNFR REF 0341249L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $812.00 | $6,297.88 |
| 02/03 | WIRE OUT 202502030022180 GUSTO INC | -$2,827.99 | | $3,469.89 |
| 02/03 | ACH DEBIT GUSTO TAX 197712 250203 6semk3ikjt4 | -$1,603.90 | | $1,865.99 |
| 02/03 | ACH DEBIT GUSTO TAX 197712 250203 6semk3ikka7 | -$1,648.40 | | $217.59 |
| 02/03 | WIRE FEE 202502030022180 GUSTO INC | -$25.00 | | $192.59 |
| 02/05 | PHONE/INTERNET TRNFR REF 0360852L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $530.10 | $722.69 |
| 02/05 | PHONE/INTERNET TRNFR REF 0361457L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | | $54.00 | $776.69 |
| 02/05 | ACH DEBIT GUSTO FEE 265252 250205 6semk3jilor | -$775.00 | | $1.69 |
| 02/10 | PHONE/INTERNET TRNFR | | $100.00 | $101.69 |



Have Questions?  800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
39295 0551100 0001-0005 M0656DDA030125072432 06 L 143038

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX3506
Statement Date: 02/28/2025
Page: 2 of 5

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 02/10 | REF 0410819L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE PHONE/INTERNET TRNFR | | $1,523.58 | $1,625.27 |
| 02/10 | REF 0411154L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE ACH DEBIT INTUIT * QBooks Onl 250210 9393182 | -$65.00 | | $1,560.27 |
| 02/11 | ACH DEBIT GUSTO TAX 424710 250211 6semk3l3h2i | -$753.78 | | $806.49 |
| 02/11 | ACH DEBIT GUSTO NET 429202 250211 6semk3l3h2h | -$769.80 | | $36.69 |
| 02/12 | PHONE/INTERNET TRNFR REF 0432143L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $1,778.54 | $1,815.23 |
| 02/14 | BUS MOBILE DEPOSIT | | $2,500.00 | $4,315.23 |
| 02/14 | CHECK 1044 | -$4,125.00 | | $190.23 |
| 02/18 | PHONE/INTERNET TRNFR REF 0460945L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | -$150.00 | | $40.23 |
| 02/20 | PHONE/INTERNET TRNFR REF 0510457L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $2,000.00 | $2,040.23 |
| 02/20 | PHONE/INTERNET TRNFR REF 0510458L FUNDS TRANSFER FRM DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | | $3,869.00 | $5,909.23 |
| 02/20 | PHONE/INTERNET TRNFR REF 0510459L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $305.00 | $6,214.23 |
| 02/20 | ACH DEBIT GUSTO CSD 758863 250220 6semk3nvl0t | -$400.15 | | $5,814.08 |
| 02/20 | ACH DEBIT GUSTO TAX 742424 250220 6semk3nvl0s | -$3,014.75 | | $2,799.33 |
| 02/20 | ACH DEBIT GUSTO NET 742609 250220 6semk3nvl0r | -$2,799.11 | | $0.22 |
| 02/24 | PHONE/INTERNET TRNFR REF 0550644L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $350.00 | $350.22 |
| 02/24 | PHONE/INTERNET TRNFR REF 0551205L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $950.00 | $1,300.22 |
| 02/24 | ACH DEBIT GUSTO TAX 873611 250224 6semk3p2dgu | -$60.09 | | $1,240.13 |
| 02/24 | ACH DEBIT | -$285.87 | | $954.26 |

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX3506
Statement Date: 02/28/2025
Page: 3 of 5

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 02/27 | GUSTO NET 871845 250224 6semk3p2dgt PHONE/INTERNET TRNFR REF 0581541L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $2,200.00 | $3,154.26 |
| 02/27 | WIRE OUT 202502270024299 GUSTO INC | -$2,324.24 | | $830.02 |
| 02/27 | WIRE FEE 202502270024299 GUSTO INC | -$25.00 | | $805.02 |
| 02/28 | BUS MOBILE DEPOSIT | | $5,000.00 | $5,805.02 |
| 02/28 | FEE MAINTENANCE CHARGE | -$15.00 | | $5,790.02 |

**Ending Balance** $5,790.02

## CHECKS IN ORDER

| Date | Number | Amount |
|---|---|---|
| 02/14 | 1044 | $4,125.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $30.00 |



Have Questions? 800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
39295 0551102 0003-0005 M0656DDA030125072432 06 L 143038



Account Number: XXXXXX3506
Statement Date: 02/28/2025
Page: 4 of 5

P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account XXXXXX3506



02/14/2025     # 1044     $4,125.00





| | |
|---|---|
| Account Number: | XXXXXX3506 |
| Statement Date: | 02/28/2025 |
| Page : | 5 of 5 |

P.O. Box 558
Wayne, NJ 07474-0558

### To Reconcile Your Account
1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit
The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For additional terms and conditions applicable to your account statement, please refer to your account agreement.



Have Questions?  800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
39295 0551104 0005-0005 M0656DDA030125072432 06 L 143038