UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Andrew C. Brown (admitted pro hac vice)
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000

Attorneys for the Debtors and Debtors-in-Possession

In Re:

NJ MOBILE HEALTH CARE LLC, et al.

Case No.: 24-16239 (JKS)
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: 5/6/2025
Judge: JKS

## ADJOURNMENT REQUEST

1. I, __Andrew C. Brown__,

    ☒ am the attorney for: __NJ Mobile Health Care LLC, et al.__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Confirmation Hearing

    Current hearing date and time: 5/6/2025 at 10:00 a.m.

    New date requested: 8/12/2025 at 10:00 a.m.

    Reason for adjournment request: Additional time required to allow for continued dialogue with certain parties in interest re: resolution of certain potential plan objections.

2. Consent to adjournment:

    ☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

    Adjournment of this matter has been discussed with both the Office of the United States Trustee and the Sub-Chapter V Trustee, who do not oppose said request.

I certify under penalty of perjury that the foregoing is true.

Date: 4/30/2025                                              /s/ Andrew C. Brown
                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 8/12/2025 @ 10:00 am            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____         ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2