| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**EDWARD L. PAUL, ESQUIRE (EP8529)**<br>**Law Office of Edward L. Paul, P.C.**<br>**1103 Laurel Oak Road, Suite 105C**<br>**Voorhees, New Jersey 08043**<br>**(856) 435-6565**<br>**Attorneys for Tri-State Medical Holdings LLC,**<br>**Creditor** | |
| In Re:<br>NJ MOBILE HEALTHCARE LLC, et al | Case No.: 24-16239 (JKS)<br><br>Chapter: 11<br><br>Hearing Date: July 15, 2025<br><br>Judge: John K. Sherwood |

## ORDER
## COMPELLING DEBTOR TO MAKE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM BY DATE CERTAIN, OR ALTERNATIVELY TO CONVERT DEBTOR'S CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

Page 2
Debtor:  NJ Mobile Healthcare LLC, et al.
Case No.  24-16239 (JKS)
Caption of Order:   Order Compelling Debtor to Make Payment of Administrative Expense Claim By Date Certain, or Alternatively to Convert Debtor's Case to a Case Under Chapter 7 of The Bankruptcy Code

This matter having been opened to the Court by Tri-State Medical Holdings LLC, Creditor through its attorney, Edward L. Paul, Esquire, of the Law Office of Edward L. Paul, P.C., upon the motion to Compelling Debtor to Make Payment of Administrative Expense Claim By Date Certain, or Alternatively to Convert Debtor's Case to a Case Under Chapter 7 of The Bankruptcy Code, and notice having been provided; and the Court having considered the Motion, any opposition thereto, the arguments of counsel, if any, and for other good cause shown;

IT IS **ORDERED** as follows:

1.    Debtor shall pay the administrative expense claim of Tri-State Medical Holdings LLC in the amount of $94,809.47 by _____.