| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | NJ Mobile Health Care LLC |
| United States Bankruptcy Court for the: _____ District of _____ New Jersey | |
| Case number: 24-16239-JKS | |

☑ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| Month: | 12 - May 2025 | Date report filed: | 07/02/2025 |
|---|---|---|---|
| | | | MM / DD / YYYY |
| Line of business: | Ambulance | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Louis V. Greco III

Original signature of responsible party

Printed name of responsible party    Louis V. Greco III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  NJ Mobile Health Care LLC                          Case number 24-16239-JKS

17. Have you paid any bills you owed before you filed bankruptcy?                    ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                        $    816.25

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                          $ 117,882.28

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                       – $ 118,673.01

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                    + $   -790.73
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $    25.52

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                          $    281.56
    *(Exhibit E)*

Debtor Name  NJ Mobile Health Care LLC                                    Case number  24-16239-JKS

  **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                    $  169,973.32

     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                        0
27.  What is the number of employees as of the date of this monthly report?                           0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?            $    0.00
29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  0.00
30.  How much have you paid this month in other professional fees?                                      $    0.00
31.  How much have you paid in total other professional fees since filing the case?                     $    0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 45,000.00 | — | $ 117,882.28 | = | $ -72,882.28 |
| 33. **Cash disbursements** | $ 40,000.00 | — | $ 118,673.01 | = | $ 76,673.01 |
| 34. **Net cash flow** | $ 5,000.00 | — | $ -790.73 | = | $ 654.69 |

35.  Total projected cash receipts for the next month:                                     $  50,000.00
36.  Total projected cash disbursements for the next month:                             - $  45,000.00
37.  Total projected net cash flow for the next month:                                  = $  5,000.00

Debtor Name  NJ Mobile Health Care LLC                    Case number 24-16239-JKS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Exhibit A

Monthly Operating Report – May 2025

Question 3: Did you pay all your bills on time?

Certain post-petition amounts are owed to Tri-State Medical Holdings LLC ("Tri-State") in connection with a certain supplemental staffing agreement previously entered by and between NJ Mobile Health Care LLC and Tri-State as well as in connection with the sale of that certain 2018 Ford Transit 250 Type II Ambulance, Vin No. 1FDYR2CM3JKB40807.

The Debtor does not dispute that certain post-petition amounts are owed to Tri-State but does dispute the exact amounts owed and reserves all rights in connection with the same, including the right to assert any counterclaims and/or setoffs against Tri-State.

Exhibit B

Monthly Operating Report – May 2025

Question 11: Have you sold any assets other than inventory

Used Equipment          $104.00

Exhibit C

NJMHC Monthly Operating Report - May 2025

| Account No | Posting Date | Description | Receipts |
|---|---|---|---|
| 5800 | 05/30/2025 | PHONE/INTERNET TRNFR REF 1501448L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 330.00 |
| 5800 | 05/30/2025 1076 | OVERDRAFT RTN ITEM | 1,959.25 |
| 5800 | 05/23/2025 | PHONE/INTERNET TRNFR REF 1431257L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 14.00 |
| 5800 | 05/23/2025 | PHONE/INTERNET TRNFR REF 1430457L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  MOBILE | 50.00 |
| 5800 | 05/22/2025 | BUS MOBILE DEPOSIT | 940.00 |
| 5800 | 05/16/2025 | PHONE/INTERNET TRNFR REF 1361553L FUNDS TRANSFER FRM DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 1,800.00 |
| 5800 | 05/16/2025 | PHONE/INTERNET TRNFR REF 1361552L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 2,000.00 |
| 5800 | 05/15/2025 | WIRE IN GFT 202505150022570 FIRST NATIONAL CAP ITAL LLC TRI STATE MOBILE H OLDINGS LLC 221090 | 72,000.00 |
| 5800 | 05/14/2025 1086 | OVERDRAFT RTN ITEM | 5,265.00 |
| 5800 | 05/14/2025 | PHONE/INTERNET TRNFR REF 1340958L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 526.00 |
| 5800 | 05/12/2025 | PHONE/INTERNET TRNFR REF 1321706L FUNDS TRANSFER FRM DEP XXXXX3201 FROM FUNDS TRANSFER VIA  ONLINE | 25.00 |
| 5800 | 05/08/2025 | PHONE/INTERNET TRNFR REF 1280430L FUNDS TRANSFER FRM DEP XXXXXX4901 FROM FUNDS TRANSFER VIA  MOBILE | 4,000.00 |
| 5800 | 05/06/2025 | PHONE/INTERNET TRNFR REF 1261953L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  ONLINE | 900.00 |
| 5800 | 05/05/2025 | WIRE IN GFT 202505050017294 MOBILE ONSITE HEAL TH SOLUTIONS LLC | 1,900.00 |
| 5800 | 05/05/2025 | PHONE/INTERNET TRNFR REF 1250524L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  MOBILE | 700.00 |
| 5800 | 05/02/2025 | PHONE/INTERNET TRNFR REF 1220540L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  MOBILE | 1,784.00 |
| 0303 | 05/30/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 BTOT DEP 250530 536927960307817 | 384.18 |
| 0303 | 05/30/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 BTOT DEP 250530 536927960307817 | 172.00 |
| 0303 | 05/30/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898807266*12052961 37~ | 1,218.60 |
| 0303 | 05/28/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898798548*12052961 37~ | 1,202.46 |
| 0303 | 05/27/2025 | BUS MOBILE DEPOSIT | 495.75 |
| 0303 | 05/27/2025 | BUS MOBILE DEPOSIT | 249.84 |
| 0303 | 05/27/2025 | BUS MOBILE DEPOSIT | 106.48 |
| 0303 | 05/27/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 250527 536927960307817 | 108.46 |
| 0303 | 05/22/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 250522 536927960307817 | 345.00 |
| 0303 | 05/21/2025 | BUS MOBILE DEPOSIT | 877.08 |
| 0303 | 05/21/2025 | BUS MOBILE DEPOSIT | 105.49 |
| 0303 | 05/21/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898780851*12052961 37~ | 2,530.17 |
| 0303 | 05/20/2025 | BUS MOBILE DEPOSIT | 1,217.70 |
| 0303 | 05/16/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898768270*12052961 37~ | 792.82 |
| 0303 | 05/15/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898764298*12052961 37~ | 1,183.10 |
| 0303 | 05/14/2025 | BUS MOBILE DEPOSIT | 64.00 |
| 0303 | 05/14/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 250514 536927960307817 | 420.00 |

Exhibit C

NJMHC Monthly Operating Report - May 2025

| Account No | Posting Date | Description | Receipts |
|---|---|---|---|
| 0303 | 05/12/2025 | BUS MOBILE DEPOSIT | 106.48 |
| 0303 | 05/12/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 250512 536927960307817 | 519.56 |
| 0303 | 05/08/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898743877*12052961 37~ | 2,235.72 |
| 0303 | 05/08/2025 | ACH CREDIT CCD CMPY ID: 1141797357 NYS DOH HCCLAIMPMT 021300075134282*11 41797357~ | 0.01 |
| 0303 | 05/07/2025 | BUS MOBILE DEPOSIT | 751.87 |
| 0303 | 05/07/2025 | BUS MOBILE DEPOSIT | 620.06 |
| 0303 | 05/07/2025 | BUS MOBILE DEPOSIT | 536.67 |
| 0303 | 05/06/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 250506 536927960307817 | 295.00 |
| 0303 | 05/06/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898735793*12052961 37~ | 236.58 |
| 0303 | 05/05/2025 | BUS MOBILE DEPOSIT | 326.06 |
| 0303 | 05/05/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898730795*12052961 37~ | 766.99 |
| 0303 | 05/02/2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898729732*12052961 37~ | 1,622.44 |
| 0303 | 05/02/2025 | ACH CREDIT CCD CMPY ID: 1522293687 10L GOVDEALS 10LGDUSFSS REF*\ | 104.00 |
| 0303 | 05/01/2025 | ACH CREDIT CCD CMPY ID: 10621929SD BANKCARD 1929 MTOT DEP 250501 536927960307817 | 94.46 |
| 3201 | 05/08/2025 | PHONE/INTERNET TRNFR REF 1280429L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA  MOBILE | 4,000.00 |

117,882.28

Exhibit D

NJMHC Monthly Operating Report - May 2025

| Account No | Posting Date | Description | Disbursements |
|---|---|---|---|
| 5800 | 05/30/2025 | ACH DEBIT PPD CMPY ID: 9078730001 OPTIMUM 7873 CABLE PMNT 250530 | 331.28 |
| 5800 | 05/29/2025 1076 | CHECK | 1,959.25 |
| 5800 | 05/23/2025 | FORCE POST DEBIT FOR OVERDRAFT CHECK #    1088 | 30.00 |
| 5800 | 05/22/2025 1088 | CHECK | 975.00 |
| 5800 | 05/20/2025 | ACH DEBIT CCD CMPY ID: 0000756346 INTUIT * QBooks Onl 250520 6749164 | 100.00 |
| 5800 | 05/20/2025 | PHONE/INTERNET TRNFR REF 1400820L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 400.00 |
| 5800 | 05/19/2025 | ACH DEBIT CCD CMPY ID: 0000756346 INTUIT * QBooks Onl 250519 6165491 | 65.00 |
| 5800 | 05/16/2025 1089 | CHECK | 225.53 |
| 5800 | 05/16/2025 | ACH DEBIT CCD CMPY ID: 1472319830 AFCO CREDIT CORP PAYMENTS 250516 24196717 | 4,097.91 |
| 5800 | 05/16/2025 | WIRE OUT GFT 202505160022241 POLITAN LAW LLC | 5,335.00 |
| 5800 | 05/15/2025 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY  FOR 04/25 | 40.00 |
| 5800 | 05/15/2025 | FEE BASED CHARGE FEE BASED ACTIVITY  FOR 04/25 | 3.25 |
| 5800 | 05/15/2025 1091 | CHECK | 65.00 |
| 5800 | 05/15/2025 | PHONE/INTERNET TRNFR REF 1351551L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 55,000.00 |
| 5800 | 05/15/2025 | WIRE OUT GFT 202505150026120 REAL ESTATE MANAGE MENT GROUP LLC | 11,000.00 |
| 5800 | 05/13/2025 1086 | CHECK | 5,265.00 |
| 5800 | 05/13/2025 | ACH DEBIT WEB CMPY ID: 1882511058 Pirate Ship 8444455854 250513 | 8.40 |
| 5800 | 05/13/2025 | ACH DEBIT WEB CMPY ID: 1882511058 Pirate Ship 8444455854 250513 | 8.40 |
| 5800 | 05/12/2025 | ACH DEBIT CCD CMPY ID: 1082689000 BILL.COM LLC BILLING BILL.COM 02B4GSFCQ CARQ4C STMT 250597 53745 NJ MOBILE HE A | 110.00 |
| 5800 | 05/12/2025 | ACH DEBIT WEB CMPY ID: 1882511058 Pirate Ship 8444455854 250512 | 8.40 |
| 5800 | 05/12/2025 | ACH DEBIT WEB CMPY ID: 1882511058 Pirate Ship 8444455854 250512 | 8.40 |
| 5800 | 05/12/2025 | PHONE/INTERNET TRNFR REF 1320835L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 711.10 |
| 5800 | 05/12/2025 | PHONE/INTERNET TRNFR REF 1300827L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  MOBILE | 3,500.00 |
| 5800 | 05/08/2025 1087 | CHECK | 626.64 |
| 5800 | 05/08/2025 | ACH DEBIT WEB CMPY ID: 1882511058 Pirate Ship 8444455854 250508 | 20.86 |
| 5800 | 05/05/2025 | RETURN DEPOSIT CHECK NOT SUFFICIENT FUN DS MOBILE ONSIGHT HEA LTH | 5,000.00 |
| 0303 | 05/30/2025 | FEE MAINTENANCE CHARGE | 15.00 |
| 0303 | 05/30/2025 | PHONE/INTERNET TRNFR REF 1501449L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 3,639.93 |
| 0303 | 05/30/2025 | PHONE/INTERNET TRNFR REF 1501449L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 330.00 |
| 0303 | 05/23/2025 | PHONE/INTERNET TRNFR REF 1431257L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 14.00 |
| 0303 | 05/23/2025 | PHONE/INTERNET TRNFR REF 1431033L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  ONLINE | 3,000.00 |
| 0303 | 05/23/2025 | PHONE/INTERNET TRNFR REF 1430457L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  MOBILE | 50.00 |
| 0303 | 05/21/2025 | PHONE/INTERNET TRNFR REF 1411541L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  MOBILE | 2,000.00 |
| 0303 | 05/16/2025 | PHONE/INTERNET TRNFR REF 1361552L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 2,000.00 |

Exhibit D

NJMHC Monthly Operating Report - May 2025

| Account No | Posting Date | Description | Disbursements |
|---|---|---|---|
| ███ 0303 | 05/16/2025 | PHONE/INTERNET TRNFR REF 1361551L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA  ONLINE | 20.00 |
| ███ 0303 | 05/14/2025 | PHONE/INTERNET TRNFR REF 1340958L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 526.00 |
| ███ 0303 | 05/12/2025 | PHONE/INTERNET TRNFR REF 1320525L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA  MOBILE | 689.00 |
| ███ 0303 | 05/08/2025 | PHONE/INTERNET TRNFR REF 1280429L FUNDS TRANSFER TO DEP XXXXX3201 FROM FUNDS TRANSFER VIA  MOBILE | 4,000.00 |
| ███ 0303 | 05/06/2025 | PHONE/INTERNET TRNFR REF 1261953L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 900.00 |
| ███ 0303 | 05/05/2025 | PHONE/INTERNET TRNFR REF 1250524L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  MOBILE | 700.00 |
| ███ 0303 | 05/02/2025 | ACH DEBIT CCD CMPY ID: 10621929SM BANKCARD 1929 MTOT DISC 250502 536927960307817 | 70.66 |
| ███ 0303 | 05/02/2025 | PHONE/INTERNET TRNFR REF 1220540L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  MOBILE | 1,784.00 |
| ███ 3201 | 05/30/2025 | FEE MAINTENANCE CHARGE | 15.00 |
| ███ 3201 | 05/12/2025 | PHONE/INTERNET TRNFR REF 1321706L FUNDS TRANSFER TO DEP XXXXX5800 FROM FUNDS TRANSFER VIA  ONLINE | 25.00 |
| ███ 3201 | 05/08/2025 | PHONE/INTERNET TRNFR REF 1280430L FUNDS TRANSFER TO DEP XXXXX4901 FROM FUNDS TRANSFER VIA  MOBILE | 4,000.00 |

118,673.01

# NJ Mobile HealthCare LLC DIP
## A/P Aging Summary
### As of May 31, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **FrontLine EMS Billing LLC** | 281.56 | | | | | 281.56 |
| **TOTAL** | $ 281.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 281.56 |

Monday, Jun 16, 2025 08:07:27 AM GMT-7

Exhibit F
Monthly Operating Report - May 2025

Aging Report

| Current Payor | Trip Count | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 546 | Over 546 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| -- None -- | 11 | - | 3,055.00 | 1,695.00 | 2,420.00 | 2,405.00 | 3,000.00 | 740.00 | - | 13,315.00 |
| AARP MEDICARE SUPPLEMENT PLAN | 32 | - | - | 747.66 | 774.76 | 876.01 | 825.59 | 641.34 | - | 3,865.36 |
| AETNA - MEDICARE ADVANTAGE | 5 | - | - | 4,881.00 | 3,274.50 | - | - | - | - | 8,155.50 |
| AETNA BETTER HEALTH OF NJ - MEDICAID | 3 | - | - | - | 72.38 | 1,584.00 | 107.14 | - | - | 1,763.52 |
| AMERIGROUP NJ / WELLPOINT - MEDICAID | 7 | - | - | 97.91 | 813.19 | 201.25 | 106.48 | 271.85 | - | 1,490.68 |
| BCBS HORIZON NJ - COMMERCIAL | 7 | - | - | 2,066.37 | - | 120.31 | - | - | - | 2,186.68 |
| BCBS HORIZON NJ - MEDICARE ADVANTAGE | 1 | - | - | 1,576.50 | - | - | - | - | - | 1,576.50 |
| BCBS HORIZON NJ HEALTH - MEDICAID | 7 | - | - | 2,360.16 | 1,710.00 | (103.19) | - | 633.75 | - | 4,600.72 |
| BERGEN NEW BRIDGE MEDICAL CENTER | 28 | - | 632.50 | - | 170.50 | - | - | 6,214.50 | - | 7,017.50 |
| Bill Patient | 71 | - | 1,630.00 | 9,759.51 | 7,974.89 | 7,033.82 | 806.46 | (115.72) | - | 27,088.96 |
| CHAMPVA | 1 | - | - | - | - | - | - | 87.20 | - | 87.20 |
| CHRISTIAN BROTHERS SERVICES/HBS | 1 | - | - | - | - | - | 1,530.00 | - | - | 1,530.00 |
| CHUBB PIP CLAIMS | 2 | - | - | 1,630.00 | - | - | - | - | - | 1,630.00 |
| CIGNA | 1 | - | - | 1,560.00 | - | - | - | - | - | 1,560.00 |
| CIGNA HEALTHSPRING  - MEDICARE ADVANTAGE | 1 | - | - | - | 996.50 | - | - | - | - | 996.50 |
| CLOVER HEALTH - MEDICARE ADVANTAGE | 7 | - | - | 6,951.50 | - | - | - | 2,304.50 | - | 9,256.00 |
| EMBASSY MANOR NURSING & REAHABILITATION | 1 | - | - | - | 599.61 | - | - | - | - | 599.61 |
| FIDELIS CARE (FORMERLY WELLCARE) - MEDICAID | 6 | - | - | 100.22 | - | 212.96 | 293.24 | - | - | 606.42 |
| LONGEVITY HEALTH PLAN - MEDICARE ADVANTAGE | 1 | - | - | 1,678.50 | - | - | - | - | - | 1,678.50 |
| MAGNACARE | 1 | - | - | - | - | 99.56 | - | - | - | 99.56 |
| MEDICAID NJ | 11 | - | - | 933.37 | 197.94 | 262.87 | - | 131.70 | - | 1,525.88 |
| MEDICARE NJ | 31 | - | 12,746.50 | 26,926.50 | 3,139.50 | 684.50 | - | 2,731.50 | - | 46,228.50 |
| MUTUAL OF OMAHA - MEDICARE SUPPLEMENTAL | 2 | - | - | - | - | 106.48 | - | 115.36 | - | 221.84 |
| NAHGA CLAIM SERVICES | 1 | - | - | - | - | 216.60 | - | - | - | 216.60 |
| SAINT MICHAEL'S MEDICAL CENTER | 4 | - | - | 260.80 | - | - | 319.30 | 684.10 | - | 1,264.20 |
| TRANSAMERICA LIFE | 1 | - | - | - | - | - | - | 103.68 | - | 103.68 |
| UNITED AMERICAN INSURANCE - MEDICARE SUPPLEMENTAL | 1 | - | - | - | 105.49 | - | - | - | - | 105.49 |
| UNITEDHEALTHCARE - COMMERCIAL (87726) | 1 | - | - | 103.19 | - | - | - | - | - | 103.19 |
| UNITEDHEALTHCARE - MEDICAID (86047) | 7 | - | - | 295.78 | 1,525.50 | - | - | 1,648.95 | - | 3,470.23 |
| UNITEDHEALTHCARE - MEDICARE ADVANTAGE (87726) | 4 | - | 1,531.50 | 1,549.50 | - | 1,603.50 | - | 902.00 | - | 5,586.50 |
| UNITEDHEALTHCARE DUAL SNP - MEDICARE ADVANTAGE (86047) | 7 | - | 1,612.50 | 3,138.00 | - | - | - | 4,565.50 | - | 9,316.00 |
| UNITEDHEALTHCARE OPTUM - MEDICARE ADVANTAGE (LIFE1) | 1 | - | - | 1,603.50 | - | - | - | - | - | 1,603.50 |
| WELLCARE DUAL LIBERTY D-SNP - MEDICARE ADVANTAGE (14163) | 1 | - | - | 1,549.50 | - | - | - | - | - | 1,549.50 |
| Totals: Payors: 33 | 266 | - | 21,208.00 | 71,464.47 | 23,774.76 | 15,303.67 | 6,988.21 | 21,660.21 | - | 160,399.32 |

Non-VRM / Frontline Receivables   9,574.00

Total Receivables   **169,973.32**



![Valley]

P.O. Box 558
Wayne, NJ 07474-0558

| | Last Statement: | April 30, 2025 |
|---|---|---|
| | Statement Ending: | May 31, 2025 |
| | Page: | 1 of 6 |

39938 M0656DDA053125061450 07 000000000 169914 006

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 OPERATING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330



| | | |
|---|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

6991400662785 0001-0006 169914

# Account Statement

*We have updated the order in which transactions are posted to your account. All credits will be processed first followed by debits in the following order: debit card transactions, Zelle® payments, checks cashed against your account, outgoing wire transfers, internal transfers, ACH debits, checks presented for payment, and all remaining debit transactions.*

## BUSINESS BANKING CHECKING  - XXXXXX5800

SUMMARY FOR THE PERIOD: 05/01/25 - 05/31/25                                    *NJ MOBILE HEALTH CARE LLC*

| Beginning Balance $701.68 | + | Deposits & Other Credits $94,193.25 | - | Withdrawals & Other Debits $94,894.42 | = | Ending Balance $0.51 |
|---|---|---|---|---|---|---|

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $701.68 |
| 05/02 | PHONE/INTERNET TRNFR REF 1220540L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $1,784.00 | $2,485.68 |
| 05/05 | PHONE/INTERNET TRNFR REF 1250524L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $700.00 | $3,185.68 |
| 05/05 | WIRE IN 202505050017294 MOBILE ONSITE HEAL TH SOLUTIONS LLC | | $1,900.00 | $5,085.68 |
| 05/05 | RETURN DEPOSIT CHECK NOT SUFFICIENT FUN DS MOBILE ONSIGHT HEA LTH | -$5,000.00 | | $85.68 |
| 05/06 | PHONE/INTERNET TRNFR REF 1261953L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $900.00 | $985.68 |





# Valley

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 05/08 | PHONE/INTERNET TRNFR REF 1280430L FUNDS TRANSFER FRM DEP XXXXX4901 FROM FUNDS TRANSFER VIA MOBILE | | $4,000.00 | $4,985.68 |
| 05/08 | ACH DEBIT Pirate Ship 8444455854 250508 | -$20.86 | | $4,964.82 |
| 05/08 | CHECK 1087 | -$626.64 | | $4,338.18 |
| 05/12 | PHONE/INTERNET TRNFR REF 1321706L FUNDS TRANSFER FRM DEP XXXXX3201 FROM FUNDS TRANSFER VIA ONLINE | | $25.00 | $4,363.18 |
| 05/12 | PHONE/INTERNET TRNFR REF 1300827L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | -$3,500.00 | | $863.18 |
| 05/12 | PHONE/INTERNET TRNFR REF 1320835L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$711.10 | | $152.08 |
| 05/12 | ACH DEBIT Pirate Ship 8444455854 250512 | -$8.40 | | $143.68 |
| 05/12 | ACH DEBIT Pirate Ship 8444455854 250512 | -$8.40 | | $135.28 |
| 05/12 | ACH DEBIT BILL.COM LLC BILLING BILL.COM 02B4GSFCQ CARQ4C STMT 250597 53745 NJ MOBILE HE ALTHCARE DIP | -$110.00 | | $25.28 |
| 05/13 | ACH DEBIT Pirate Ship 8444455854 250513 | -$8.40 | | $16.88 |
| 05/13 | ACH DEBIT Pirate Ship 8444455854 250513 | -$8.40 | | $8.48 |
| 05/13 | CHECK 1086 | -$5,265.00 | | -$5,256.52 |
| 05/14 | PHONE/INTERNET TRNFR REF 1340958L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $526.00 | -$4,730.52 |
| 05/14 | OVERDRAFT RTN ITEM CHECK 1086 | | $5,265.00 | $534.48 |
| 05/15 | WIRE IN 202505150022570 FIRST NATIONAL CAP ITAL LLC TRI STATE MOBILE H OLDINGS LLC 221090 | | $72,000.00 | $72,534.48 |
| 05/15 | WIRE OUT 202505150026120 REAL ESTATE MANAGE MENT GROUP LLC | -$11,000.00 | | $61,534.48 |
| 05/15 | PHONE/INTERNET TRNFR REF 1351551L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$55,000.00 | | $6,534.48 |
| 05/15 | CHECK 1091 | -$65.00 | | $6,469.48 |
| 05/15 | FEE BASED CHARGE FEE BASED ACTIVITY FOR 04/25 | -$3.25 | | $6,466.23 |
| 05/15 | ANALYSIS RESULTS CHG | -$40.00 | | $6,426.23 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | ANALYSIS ACTIVITY FOR 04/25 | | | |
| 05/16 | PHONE/INTERNET TRNFR REF 1361552L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $2,000.00 | $8,426.23 |
| 05/16 | PHONE/INTERNET TRNFR REF 1361553L FUNDS TRANSFER FRM DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | $1,800.00 | $10,226.23 |
| 05/16 | WIRE OUT 20250516002241 POLITAN LAW LLC | -$5,335.00 | | $4,891.23 |
| 05/16 | ACH DEBIT AFCO CREDIT CORP PAYMENTS 250516 24196717 | -$4,097.91 | | $793.32 |
| 05/16 | CHECK 1089 | -$225.53 | | $567.79 |
| 05/19 | ACH DEBIT INTUIT * QBooks Onl 250519 6165491 | -$65.00 | | $502.79 |
| 05/20 | PHONE/INTERNET TRNFR REF 1400820L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | -$400.00 | | $102.79 |
| 05/20 | ACH DEBIT INTUIT * QBooks Onl 250520 6749164 | -$100.00 | | $2.79 |
| 05/22 | BUS MOBILE DEPOSIT | | $940.00 | $942.79 |
| 05/22 | CHECK 1088 | -$975.00 | | -$32.21 |
| 05/23 | PHONE/INTERNET TRNFR REF 1430457L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $50.00 | $17.79 |
| 05/23 | PHONE/INTERNET TRNFR REF 1431257L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $14.00 | $31.79 |
| 05/23 | PAID ITEM FEE FOR OVERDRAFT CHECK #    1088 | -$30.00 | | $1.79 |
| 05/29 | CHECK 1076 | -$1,959.25 | | -$1,957.46 |
| 05/30 | OVERDRAFT RTN ITEM CHECK 1076 | | $1,959.25 | $1.79 |
| 05/30 | PHONE/INTERNET TRNFR REF 1501448L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA ONLINE | | $330.00 | $331.79 |
| 05/30 | ACH DEBIT OPTIMUM 7873 CABLE PMNT 250530 | -$331.28 | | $0.51 |
| **Ending Balance** | | | | **$0.51** |



## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/29 | 1076 | $1,959.25 | 05/13 | 1086* | $5,265.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

69914 0662787 0003-0006 169914



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX5800 |
| **Statement Date:** | 05/31/2025 |
| **Page :** | 4 of 6 |

## CHECKS IN ORDER (continued)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/08 | 1087 | $626.64 | 05/16 | 1089 | $225.53 |
| 05/22 | 1088 | $975.00 | 05/15 | 1091* | $65.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $30.00 | $510.00 |


69914 0662788 0004-0006 169914

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account XXXXXX5800



05/29/2025          # 1076          $1,959.25



05/22/2025          # 1088          $975.00



05/13/2025          # 1086          $5,265.00



05/16/2025          # 1089          $225.53



05/08/2025          # 1087          $626.64



05/15/2025          # 1091          $65.00



P.O. Box 558
Wayne, NJ 07474-0558

**To Reconcile Your Account**

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

**Finance Charge Computation For Personal Line Of Credit**

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

**In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions**

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

**In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)**

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**

6991 4 0662790 0006-0006 169914



# Valley

P.O. Box 558
Wayne, NJ 07474-0558

5703 M0656DDA053125061450 07 000000000 135679 003

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 PPSF ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

| | |
|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

35679 0562801 0001-0003 135679

## Account Statement

*We have updated the order in which transactions are posted to your account. All credits will be processed first followed by debits in the following order: debit card transactions, Zelle® payments, checks cashed against your account, outgoing wire transfers, internal transfers, ACH debits, checks presented for payment, and all remaining debit transactions.*

## VALLEY BASIC BUSINESS CHECKING  - XXXXXX3201

SUMMARY FOR THE PERIOD: 05/01/25 - 05/31/25

*NJ MOBILE HEALTH CARE LLC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $25.01 | | $4,000.00 | | $4,040.00 | | -$14.99 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $25.01 |
| 05/08 | PHONE/INTERNET TRNFR REF 1280429L FUNDS TRANSFER FRM DEP XXXXXX0303 FROM FUNDS TRANSFER VIA MOBILE | | $4,000.00 | $4,025.01 |
| 05/08 | PHONE/INTERNET TRNFR REF 1280430L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA MOBILE | -$4,000.00 | | $25.01 |
| 05/12 | PHONE/INTERNET TRNFR REF 1321706L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$25.00 | | $0.01 |
| 05/31 | FEE MAINTENANCE CHARGE | -$15.00 | | -$14.99 |
| **Ending Balance** | | | | **-$14.99** |





**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

35679 0562802 0002-0003 135679

## OVERDRAFT FEES

|  | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |



**Valley**

| | |
|---|---|
| **Account Number:** | XXXXXX3201 |
| **Statement Date:** | 05/31/2025 |
| **Page :** | 3 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

35679 0562803 0003-0003 135679

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**





**Valley**

| | |
|---|---|
| | Last Statement: April 30, 2025 |
| | Statement Ending: May 31, 2025 |
| | Page: 1 of 5 |

P.O. Box 558
Wayne, NJ 07474-0558

4373 M0656DDA053125061450 08 000000000 193513 005

NJ MOBILE HEALTH CARE LLC
DIP CASE # 24-16239 RECEIVING ACCOUNT
575 CORPORATE DR SUITE 525
MAHWAH NJ 07430-2330

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

93513 0738321 0001-0005 193513

# Account Statement

*We have updated the order in which transactions are posted to your account. All credits will be processed first followed by debits in the following order: debit card transactions, Zelle® payments, checks cashed against your account, outgoing wire transfers, internal transfers, ACH debits, checks presented for payment, and all remaining debit transactions.*

## VALLEY BASIC BUSINESS CHECKING  - XXXXXX0303

SUMMARY FOR THE PERIOD: 05/01/25 - 05/31/25                *NJ MOBILE HEALTH CARE LLC*

| Beginning Balance | | Deposits & Other Credits | | Withdrawals & Other Debits | | Ending Balance |
|---|---|---|---|---|---|---|
| $34.57 | + | $19,689.03 | - | $19,738.59 | = | -$14.99 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $34.57 |
| 05/01 | ACH CREDIT BANKCARD 1929 MTOT DEP 250501 536927960307817 | | $94.46 | $129.03 |
| 05/02 | ACH CREDIT 10L GOVDEALS 10LGDUSFSS REF*\ | | $104.00 | $233.03 |
| 05/02 | ACH CREDIT NOVITAS HCCLAIMPMT 898729732*12052961 37~ | | $1,622.44 | $1,855.47 |
| 05/02 | PHONE/INTERNET TRNFR REF 1220540L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | -$1,784.00 | | $71.47 |
| 05/02 | ACH DEBIT BANKCARD 1929 MTOT DISC 250502 536927960307817 | -$70.66 | | $0.81 |
| 05/05 | ACH CREDIT NOVITAS HCCLAIMPMT 898730795*12052961 37~ | | $766.99 | $767.80 |

![Valley]

P.O. Box 558
Wayne, NJ 07474-0558

93513 0738322 0002-0005 193513

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------:|-------------------------:|--------:|
| 05/05 | BUS MOBILE DEPOSIT | | $326.06 | $1,093.86 |
| 05/05 | PHONE/INTERNET TRNFR REF 1250524L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | -$700.00 | | $393.86 |
| 05/06 | ACH CREDIT NOVITAS HCCLAIMPMT 898735793*12052961 37~ | | $236.58 | $630.44 |
| 05/06 | ACH CREDIT BANKCARD 1929 MTOT DEP 250506 536927960307817 | | $295.00 | $925.44 |
| 05/06 | PHONE/INTERNET TRNFR REF 1261953L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$900.00 | | $25.44 |
| 05/07 | BUS MOBILE DEPOSIT | | $536.67 | $562.11 |
| 05/07 | BUS MOBILE DEPOSIT | | $620.06 | $1,182.17 |
| 05/07 | BUS MOBILE DEPOSIT | | $751.87 | $1,934.04 |
| 05/08 | ACH CREDIT NYS DOH HCCLAIMPMT 021300075134282*11 41797357~ | | $0.01 | $1,934.05 |
| 05/08 | ACH CREDIT NOVITAS HCCLAIMPMT 898743877*12052961 37~ | | $2,235.72 | $4,169.77 |
| 05/08 | PHONE/INTERNET TRNFR REF 1280429L FUNDS TRANSFER TO DEP XXXXX3201 FROM FUNDS TRANSFER VIA MOBILE | -$4,000.00 | | $169.77 |
| 05/12 | ACH CREDIT BANKCARD 1929 MTOT DEP 250512 536927960307817 | | $519.56 | $689.33 |
| 05/12 | BUS MOBILE DEPOSIT | | $106.48 | $795.81 |
| 05/12 | PHONE/INTERNET TRNFR REF 1320525L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | -$689.00 | | $106.81 |
| 05/14 | ACH CREDIT BANKCARD 1929 MTOT DEP 250514 536927960307817 | | $420.00 | $526.81 |
| 05/14 | BUS MOBILE DEPOSIT | | $64.00 | $590.81 |
| 05/14 | PHONE/INTERNET TRNFR REF 1340958L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | -$526.00 | | $64.81 |
| 05/15 | ACH CREDIT NOVITAS HCCLAIMPMT 898764298*12052961 37~ | | $1,183.10 | $1,247.91 |
| 05/16 | ACH CREDIT NOVITAS HCCLAIMPMT 898768270*12052961 37~ | | $792.82 | $2,040.73 |
| 05/16 | PHONE/INTERNET TRNFR | -$20.00 | | $2,020.73 |





![Valley logo]

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------:|-------------------------:|--------:|
| | REF 1361551L FUNDS TRANSFER TO DEP XXXXXX4901 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 05/16 | PHONE/INTERNET TRNFR | -$2,000.00 | | $20.73 |
| | REF 1361552L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 05/20 | BUS MOBILE DEPOSIT | | $1,217.70 | $1,238.43 |
| 05/21 | ACH CREDIT | | $2,530.17 | $3,768.60 |
| | NOVITAS HCCLAIMPMT 898780851*12052961 37~ | | | |
| 05/21 | BUS MOBILE DEPOSIT | | $105.49 | $3,874.09 |
| 05/21 | BUS MOBILE DEPOSIT | | $877.08 | $4,751.17 |
| 05/21 | PHONE/INTERNET TRNFR | -$2,000.00 | | $2,751.17 |
| | REF 1411541L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA MOBILE | | | |
| 05/22 | ACH CREDIT | | $345.00 | $3,096.17 |
| | BANKCARD 1929 MTOT DEP 250522 536927960307817 | | | |
| 05/23 | PHONE/INTERNET TRNFR | -$50.00 | | $3,046.17 |
| | REF 1430457L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA MOBILE | | | |
| 05/23 | PHONE/INTERNET TRNFR | -$3,000.00 | | $46.17 |
| | REF 1431033L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 05/23 | PHONE/INTERNET TRNFR | -$14.00 | | $32.17 |
| | REF 1431257L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 05/27 | ACH CREDIT | | $108.46 | $140.63 |
| | BANKCARD 1929 MTOT DEP 250527 536927960307817 | | | |
| 05/27 | BUS MOBILE DEPOSIT | | $106.48 | $247.11 |
| 05/27 | BUS MOBILE DEPOSIT | | $249.84 | $496.95 |
| 05/27 | BUS MOBILE DEPOSIT | | $495.75 | $992.70 |
| 05/28 | ACH CREDIT | | $1,202.46 | $2,195.16 |
| | NOVITAS HCCLAIMPMT 898798548*12052961 37~ | | | |
| 05/30 | ACH CREDIT | | $1,218.60 | $3,413.76 |
| | NOVITAS HCCLAIMPMT 898807266*12052961 37~ | | | |
| 05/30 | ACH CREDIT | | $172.00 | $3,585.76 |
| | BANKCARD 1929 BTOT DEP 250530 536927960307817 | | | |
| 05/30 | ACH CREDIT | | $384.18 | $3,969.94 |
| | BANKCARD 1929 BTOT DEP 250530 536927960307817 | | | |
| 05/30 | PHONE/INTERNET TRNFR | -$330.00 | | $3,639.94 |





93513 0738323 0003-0005 193513



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | REF 1501448L FUNDS TRANSFER TO DEP XXXXXX5800 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 05/30 | PHONE/INTERNET TRNFR | -$3,639.93 | | $0.01 |
| | REF 1501449L FUNDS TRANSFER TO DEP XXXXX3506 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 05/31 | FEE | -$15.00 | | -$14.99 |
| | MAINTENANCE CHARGE | | | |
| **Ending Balance** | | | | **-$14.99** |

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**

Have Questions?   ☎ 800-522-4100   ✉ valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
4373 0738325 0005-0005 M0656DDA053125061450 08  L  193513