**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Andrew C. Brown

*Attorneys to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x
:
In re:                                    :    Chapter 11
:
NJ MOBILE HEALTH CARE LLC, *et al.*[1],    :    (Subchapter V)
:
:    Case No. 24-16239 (JKS)
Debtors.                                  :
:    (Jointly Administered)
---------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF TRACY L. KLESTADT DISCLOSING
REVISED PROFESSIONAL FEE HOURLY RATES**

TRACY L. KLESTADT, being duly sworn, deposes and says:

1.  I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit. I am a partner of the law firm known as Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S"). KWJS&S maintains an office for the practice of law at 200 West 41st Street, 17th Floor, New York, New York 10036-7203.

---

[1] The Debtors herein and the last four digits of their respective tax identification number are: (i) NJ Mobile Health Care LLC (9666), (ii) Lime Line Operations LLC (8248), (iii) SSME Services LLC (4127). The Debtors' principal place of business is 575 Corporate Drive, Suite 525, Mahwah, New Jersey 07430.

1

2. Effective on January 1, 2026, the hourly rates of KWJS&S' professionals will be set as follows:

- Partners - $795 to $995 per hour;
- Associates - $525 to $625 per hour; and
- Paralegals - $295 per hour.

3. The hourly rates set forth above will be the firm's standard hourly rates effective as of January 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 7, 2026

/s/Tracy L. Klestadt
Tracy L. Klestadt