| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Tracy L. Klestadt<br>Andrew C. Brown (admitted pro hac vice)<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br><br>Attorneys for the Debtors and Debtors-in-Possession | |
| In Re:<br><br>NJ MOBILE HEALTH CARE LLC, et al. | Case No.: 24-16239 (JKS)<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V:  ☒ Yes  ☐ No<br>Hearing Date: 02/17/2026<br>Judge: JKS |

## ADJOURNMENT REQUEST

1. I, _____Andrew C. Brown_____,

   ☒ am the attorney for: _____NJ Mobile Health Care LLC, et al._____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing & Status Conference

   Current hearing date and time: 02/17/2026 at 10:00 a.m.

   New date requested: 06/02/2026 at 10:00 a.m.

   Reason for adjournment request: Endeavoring to resolve certain informal objections to plan confirmation & further evidence establishment of renewed operations of Debtors.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 02/04/2026

/s/ Andrew C. Brown
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 6/2/2026 @ 10:00 am            ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*