**Fill in this information to identify the case:**

Debtor Name NJ Mobile Health Care LLC

United States Bankruptcy Court for the: __________ District of New Jersey

Case number: 24-16239-JKS

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 26 July 2026

Date report filed: 8/24/2026 (MM / DD / YYYY)

Line of business: Ambulance

NAISC code: ________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Louis V. Greco III

Original signature of responsible party [signature]

Printed name of responsible party Louis V. Greco III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name NJ Mobile Health Care LLC Case number 24-16239-JKS

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 25.68

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 55,916.28

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 47,506.43

22. **Net cash flow** + $ 8,409.85

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 8,435.53

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 42,009.79

*(Exhibit E)*

Debtor Name NJ Mobile Health Care LLC Case number 24-16239-JKS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 573,985.51

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0

27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 45,000.00 | – | $ 55,916.28 | = | $ -10,916.28 |
| 33. **Cash disbursements** | $ 40,000.00 | – | $ 47,506.43 | = | $ -7,506.43 |
| 34. **Net cash flow** | $ 5,000.00 | – | $ 8,409.85 | = | $ -3,409.85 |

35. Total projected cash receipts for the next month: $ 45,000.00

36. Total projected cash disbursements for the next month: - $ 40,000.00

37. Total projected net cash flow for the next month: = $ 5,000.00

Debtor Name NJ Mobile Health Care LLC Case number 24-16239-JKS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit A

## Monthly Operating Report - July 2026

Question 3: Did you pay all of your bills on time
The bills for the following vendors have not been paid

Aaccess.net Solutions Inc
ANZ Solutions, LLC
Big Tows Inc.
C&L Towing Service
Coopers Fleet Services
FrontLine EMS Billing LLC
GoTo Communications
Mark J Politan Esq
Metro Ambulance
Optimum
P1 Finance
Philips Ambulance Service
Progress Software Corporation
PSTrax
Richmond County Ambulance Service Inc
Samsara Inc
TLC Mobile Health, LLC
T-Mobile
TransUnit LLC

Exhibit B

Monthly Operating Report – July 2026

Question 11: Have you sold any assets other than inventory

| | | |
|---|---|---|
| 7/8 | Ambulance sale | 6,627.54 |
| 7/10 | Ambulance parts sale | 5,043.26 |

Exhibit C

NJMHC Monthly Operating Report - July 2026

| Account No | Posting Date | Description | Receipts |
|---|---|---|---|
| 1324 | 07/31/2026 | TXR FROM x1390 AT 14:56 | 400.00 |
| 1324 | 07/31/2026 | TXR FROM x1330 AT 14:56 | 73.03 |
| 1324 | 07/31/2026 | 10LGDUSFSS 10L GOVDEALS REF*\ | 6,250.00 |
| 1324 | 07/24/2026 | 10LGDUSFSS 10L GOVDEALS REF*\ | 5,050.00 |
| 1324 | 07/23/2026 | TXR FROM x1330 AT 16:11 | 2,000.00 |
| 1324 | 07/17/2026 | 10LGDUSFSS 10L GOVDEALS REF*\ | 210.00 |
| 1324 | 07/16/2026 | TXR FROM x1330 AT 15:08 | 297.00 |
| 1324 | 07/14/2026 | MOBILE CAPTURE DEPOSIT | 1,873.59 |
| 1324 | 07/13/2026 | TXR FROM x1330 AT 13:04 | 370.00 |
| 1324 | 07/10/2026 | TXR FROM x1390 AT 12:31 | 150.00 |
| 1324 | 07/08/2026 | TXR FROM x1390 AT 12:45 | 100.00 |
| 1324 | 07/08/2026 | Refund Wire Transfer Fee GFX 892 $450.00 w.o 7/7/26 | 18.00 |
| 1324 | 07/08/2026 | Refund Wire Transfer Fee GFX 654 $1,200.00 w.o 7/7/26 | 18.00 |
| 1324 | 07/08/2026 | Bill.com ACCTVERIFY 996ZABAYJ13N3AK | 0.26 |
| 1324 | 07/08/2026 | Deposit | 940.00 |
| 1324 | 07/07/2026 | TXR FROM x1390 AT 14:31 | 200.00 |
| 1324 | 07/07/2026 | TXR FROM x1390 AT 14:31 | 200.00 |
| 1324 | 07/07/2026 | TXR FROM x1390 AT 14:29 | 100.00 |
| 1324 | 07/07/2026 | TXR FROM x1330 AT 14:28 | 90.00 |
| 1324 | 07/07/2026 | TXR FROM x1330 AT 21:47 | 10.00 |
| 1324 | 07/06/2026 | TXR FROM x1330 AT 11:00 | 1,500.00 |
| 1330 | 07/30/2026 | ACCTVERIFY HORIZON TRN*1*0000086862*1220999690\ | 0.74 |
| 1330 | 07/29/2026 | ACCTVERIFY HORIZON TRN*1*0000086832*1220999690\ | 0.08 |
| 1330 | 07/28/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 457.60 |
| 1330 | 07/28/2026 | Deposit | 2,079.84 |
| 1330 | 07/28/2026 | Deposit | 1,587.26 |
| 1330 | 07/28/2026 | MOBILE CAPTURE DEPOSIT | 333.68 |
| 1330 | 07/28/2026 | Deposit | 109.89 |
| 1330 | 07/28/2026 | MOBILE CAPTURE DEPOSIT | 108.50 |
| 1330 | 07/28/2026 | MOBILE CAPTURE DEPOSIT | 13.70 |
| 1330 | 07/27/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 106.27 |
| 1330 | 07/27/2026 | MOBILE CAPTURE DEPOSIT | 213.38 |
| 1330 | 07/27/2026 | MOBILE CAPTURE DEPOSIT | 130.70 |

Exhibit C

NJMHC Monthly Operating Report - July 2026

| Account No | Posting Date | Description | Receipts |
|---|---|---|---|
| 1330 | 07/22/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 862.22 |
| 1330 | 07/21/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 119.51 |
| 1330 | 07/21/2026 | Deposit | 2,564.78 |
| 1330 | 07/21/2026 | MOBILE CAPTURE DEPOSIT | 603.00 |
| 1330 | 07/21/2026 | MOBILE CAPTURE DEPOSIT | 529.88 |
| 1330 | 07/20/2026 | BANKCARD-1929 BTOT DEP 536927960307817 | 89.29 |
| 1330 | 07/20/2026 | MOBILE CAPTURE DEPOSIT | 17.95 |
| 1330 | 07/17/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 205.85 |
| 1330 | 07/16/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 350.00 |
| 1330 | 07/15/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 295.00 |
| 1330 | 07/15/2026 | Deposit | 5,043.26 |
| 1330 | 07/13/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 525.02 |
| 1330 | 07/10/2026 | Deposit | 808.66 |
| 1330 | 07/09/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 604.17 |
| 1330 | 07/08/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 1,195.00 |
| 1330 | 07/08/2026 | Deposit | 6,627.54 |
| 1330 | 07/02/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | 2,950.00 |
| 1330 | 07/02/2026 | Deposit | 1,952.56 |
| 1330 | 07/02/2026 | Deposit | 1,763.07 |
| 1330 | opening bal | check not deposited until July | 3,818.00 |
| | | | **55,916.28** |

Exhibit D

NJMHC Monthly Operating Report - July 2026

| Account No | Posting Date | | Description | Disbursements |
|---|---|---|---|---|
| 1324 | 07/31/2026 | | TXR TO x1390 AT 13:35 | 6,900.00 |
| 1324 | 07/31/2026 | | Outgoing DBIQ Wire - Domestic-2026212000135900;BNF FRONT LINE EMS BILLING | 500.00 |
| 1324 | 07/28/2026 | 1003 | Check | 266.00 |
| 1324 | 07/27/2026 | | TXR TO x1390 AT 8:18 | 1,000.00 |
| 1324 | 07/24/2026 | 1002 | Check | 594.22 |
| 1324 | 07/24/2026 | | TXR TO x1390 AT 16:44 | 4,500.00 |
| 1324 | 07/17/2026 | | TXR TO x1390 AT 6:47 | 506.00 |
| 1324 | 07/16/2026 | | TXR TO x1390 AT 15:08 | 1,299.90 |
| 1324 | 07/15/2026 | | OPTIMUM 7873 CABLE PMNT 22187501 | 517.56 |
| 1324 | 07/15/2026 | | TXR TO x1390 AT 10:11 | 1,000.00 |
| 1324 | 07/13/2026 | | NJGOVSERVEW NJGovServE 609 586 2600 | 51.00 |
| 1324 | 07/13/2026 | | NJGOVSERVEW NJGovServE 609 586 2600 | 51.00 |
| 1324 | 07/13/2026 | | Payables Bill.com Progress Software Corp. Bill.com 996QIUMUT148JBI Mul | 415.04 |
| 1324 | 07/10/2026 | | TXR TO x1390 AT 12:11 | 199.00 |
| 1324 | 07/08/2026 | | Bill.com ACCTVERIFY 996ZABAYJ13N3AK | 0.26 |
| 1324 | 07/07/2026 | | Outgoing DBIQ Wire - Domestic Fee-2026188000089200 | 18.00 |
| 1324 | 07/07/2026 | | Outgoing DBIQ Wire - Domestic Fee-2026188000065400 | 18.00 |
| 1324 | 07/07/2026 | | TXR TO x1390 AT 15:43 | 350.00 |
| 1324 | 07/07/2026 | | Outgoing DBIQ Wire - Domestic-2026188000065400;BNF MOBILE ONSITE HEALTH SOLUTION | 1,200.00 |
| 1324 | 07/07/2026 | | Outgoing DBIQ Wire - Domestic-2026188000089200;BNF MOBILE ONSITE HEALTH SOLUTION | 450.00 |
| 1330 | 07/31/2026 | | TXR TO x1324 AT 14:56 | 73.03 |
| 1330 | 07/30/2026 | | TXR TO x1390 AT 6:36 | 1,000.00 |
| 1330 | 07/29/2026 | | TXR TO x1390 AT 7:07 | 1,500.00 |
| 1330 | 07/29/2026 | | TXR TO x1390 AT 7:08 | 1,600.00 |
| 1330 | 07/27/2026 | | TXR TO x1390 AT 14:23 | 112.54 |
| 1330 | 07/27/2026 | | TXR TO x1390 AT 8:18 | 1,700.00 |
| 1330 | 07/23/2026 | | TXR TO x1390 AT 15:55 | 1,500.00 |
| 1330 | 07/23/2026 | | TXR TO x1324 AT 16:11 | 2,000.00 |
| 1330 | 07/22/2026 | | TXR TO x1390 AT 9:32 | 700.00 |
| 1330 | 07/21/2026 | | TXR TO x1390 AT 10:48 | 209.00 |
| 1330 | 07/20/2026 | | TXR TO x1390 AT 8:53 | 808.00 |
| 1330 | 07/17/2026 | | TXR TO x1390 AT 6:48 | 206.00 |
| 1330 | 07/16/2026 | | TXR TO x1324 AT 15:08 | 297.00 |
| 1330 | 07/16/2026 | | TXR TO x1390 AT 10:46 | 4,000.00 |

Exhibit D

NJMHC Monthly Operating Report - July 2026

| Account No | Posting Date | | Description | Disbursements |
|---|---|---|---|---|
| 1330 | 07/15/2026 | | TXR TO x1390 AT 10:11 | 200.00 |
| 1330 | 07/14/2026 | | TXR TO x1390 AT 11:25 | 2,930.50 |
| 1330 | 07/13/2026 | | TXR TO x1324 AT 13:04 | 370.00 |
| 1330 | 07/10/2026 | | TXR TO x1390 AT 12:12 | 3,479.00 |
| 1330 | 07/09/2026 | 1021 | Check | 900.00 |
| 1330 | 07/09/2026 | | CHK# 1021 AMT $900.00, UCF ITEM PAID FEE | 38.00 |
| 1330 | 07/08/2026 | | TXR TO x1390 AT 12:42 | 1,100.00 |
| 1330 | 07/07/2026 | | TXR TO x1324 AT 21:47 | 10.00 |
| 1330 | 07/07/2026 | | TXR TO x1324 AT 14:28 | 90.00 |
| 1330 | 07/06/2026 | | BANKCARD-1929 BTOT ADJ 536927960307817 | 327.38 |
| 1330 | 07/06/2026 | | TXR TO x1390 AT 10:45 | 10.00 |
| 1330 | 07/06/2026 | | TXR TO x1390 AT 10:45 | 10.00 |
| 1330 | 07/06/2026 | | TXR TO x1390 AT 11:03 | 1,000.00 |
| 1330 | 07/06/2026 | | TXR TO x1324 AT 11:00 | 1,500.00 |
| | | | | **47,506.43** |

# Exhibit E

## Monthly Operating Report - July 2026

## NJ Mobile HealthCare LLC DIP

### A/P Aging Summary Report

**As of Jul 31, 2026**

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Aaccess.net Solutions Inc | | 506.49 | 506.49 | 2,799.96 | 506.49 | 4,319.43 |
| ANZ Solutions, LLC | | | | 1,324.28 | | 1,324.28 |
| Big Tows Inc. | | | | | 2,590.35 | 2,590.35 |
| C&L Towing Service | | | | 759.60 | 294.56 | 1,054.16 |
| Coopers Fleet Services | | | 266.56 | 3,410.44 | 3,165.39 | 6,842.39 |
| FrontLine EMS Billing LLC | 1,002.72 | 421.89 | 1,879.39 | | | 3,304.00 |
| Mark J Politan Esq | | | | | 3,510.00 | 3,510.00 |
| Optimum | | | 221.28 | | | 221.28 |
| P1 Finance | | | | | 4,646.71 | 4,646.71 |
| Philips Ambulance Service | | | | 1,371.51 | 1,637.64 | 3,009.15 |
| Progress Software Corporation | | | | | (134.56) | (134.56) |
| PSTrax | | | | | 1,190.00 | 1,190.00 |
| Richmond County Ambulance Service Inc | | | | 1,089.60 | | 1,089.60 |
| Samsara Inc | | | | | 3,107.36 | 3,107.36 |
| TLC Mobile Health, LLC | | | | | 103.00 | 103.00 |
| T-Mobile | | 341.29 | 325.73 | 291.48 | (243.21) | 715.29 |
| TransUnit LLC | | | | | 3,592.94 | 3,592.94 |
| **TOTAL** | **1,002.72** | **1,269.67** | **4,309.45** | **11,461.28** | **23,966.67** | **42,009.79** |

Exhibit F

Monthly Operating Report - July 2026

Aging Report

| Current Payor | Trip Count | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 546 | Over 546 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1199SEIU FUNDS | 1.00 | | | | | | 2,040.00 | | | 2,040.00 |
| -- None -- | 119.00 | 54,195.00 | 35,770.00 | 20,370.00 | 5,465.00 | | 2,110.00 | | 49,025.00 | 166,935.00 |
| AARP MEDICARE SUPPLEMENT PLAN | 9.00 | | | | | | | (192.70) | (729.22) | (921.92) |
| AETNA - COMMERCIAL | 5.00 | 1,618.50 | (1,305.46) | 790.00 | | | | | (1,476.37) | (373.33) |
| AETNA - MEDICARE ADVANTAGE | 3.00 | 1,405.00 | | | 909.00 | | | | | 2,314.00 |
| AETNA BETTER HEALTH OF NJ - MEDICAID | 1.00 | | | | | | | (70.43) | | (70.43) |
| ALLENDALE SENIOR LIVING MANAGED BY MARQUIS | 1.00 | | | | | | 293.30 | | | 293.30 |
| AMBETTER FROM SUPERIOR HEALTH PLAN | 1.00 | | | | | | | 1,575.00 | | 1,575.00 |
| AMERICAN CONTINENTAL INSURANCE CO - AETNA - MEDICARE SUPPLEN | 2.00 | | 114.29 | | | | | 94.46 | | 208.75 |
| AMERICAN TRANSIT PIP CLAIMS | 1.00 | | | | | | | | 1,590.00 | 1,590.00 |
| AMERIGROUP NJ / WELLPOINT - MEDICAID | 1.00 | 275.00 | | | | | | | | 275.00 |
| AMERIHEALTH ADMINISTRATORS - COMMERCIAL | 2.00 | | | | | | 4,395.00 | | | 4,395.00 |
| AMERIHEALTH HMO/POS NJ - COMMERCIAL | 1.00 | | | | | | | | (704.22) | (704.22) |
| AMERIVANTAGE - MEDICARE ADVANTAGE | 1.00 | | | | | | | | (252.77) | (252.77) |
| BCBS HORIZON NJ - COMMERCIAL | 23.00 | 1,235.17 | | 2,670.00 | | 264.42 | 1,708.58 | 391.26 | 710.05 | 6,979.48 |
| BCBS HORIZON NJ DSNP/TOTAL CARE - MEDICARE ADVANTAGE | 3.00 | 1,776.00 | 685.00 | | | | | | | 2,461.00 |
| BCBS HORIZON NJ HEALTH - MEDICAID | 28.00 | 3,180.60 | 534.04 | 3,670.00 | 1,935.00 | | | (706.84) | 1,275.77 | 9,888.57 |
| BERGEN NEW BRIDGE MEDICAL CENTER | 35.00 | 4,068.16 | 741.62 | 1,813.52 | 3,838.33 | 329.29 | 1,488.84 | 5,059.47 | | 17,339.23 |
| Bill Patient | 317.00 | 15,184.69 | 18,788.98 | 24,753.39 | 24,092.86 | 29,079.14 | 249.15 | 12,426.00 | (6,227.54) | 118,346.67 |
| BRAVEN HEALTH - MEDICARE ADVANTAGE | 1.00 | | | | | | | 1,575.00 | | 1,575.00 |
| CAREONE AT ORADELL | 3.00 | | | | | | | | 890.40 | 890.40 |
| CHAMPVA | 1.00 | | | | | | | | 87.20 | 87.20 |
| CHUBB PIP CLAIMS | 1.00 | | | | | | | 815.00 | | 815.00 |
| CIGNA | 4.00 | | | | | | | (709.89) | 3,191.11 | 2,481.22 |
| CLOVER HEALTH - MEDICARE ADVANTAGE | 4.00 | 1,143.50 | | 107.57 | | | | | 2,246.00 | 3,497.07 |
| COLONIAL PENN - MEDICARE SUPPLEMENTAL | 1.00 | | | | | | 123.06 | | | 123.06 |
| CONNECTICUT GENERAL / CIGNA - MEDICARE SUPPLEMENTAL | 1.00 | | | | | | | | 152.65 | 152.65 |
| EMBASSY MANOR NURSING & REAHABILITATION | 1.00 | | | | | | | 599.61 | | 599.61 |
| FEDERAL BCBS - COMMERCIAL | 2.00 | | | | | | | (105.33) | (341.20) | (446.53) |
| FIDELIS CARE (FORMERLY WELLCARE) - MEDICAID NEW JERSEY | 15.00 | 885.76 | 3,623.07 | 119.14 | | | | 66.56 | (7.27) | 4,687.26 |
| GEHA -ASA | 1.00 | | | | | | | | 1,545.00 | 1,545.00 |
| GHI EMBLEM HEALTH | 3.00 | 191.08 | | | | | 2,267.50 | | (14.68) | 2,443.90 |
| GRAVIE / AETNA SIGNATURE ADMINISTRATORS | 1.00 | | | 2,180.00 | | | | | | 2,180.00 |
| GUARANTEE TRUST LIFE INSURANCE | 3.00 | | | | | | | 100.30 | 216.81 | 317.11 |
| HEALTHFIRST - MEDICARE ADVANTAGE | 1.00 | | | | | | 1,675.50 | | | 1,675.50 |
| HOLY NAME MEDICAL CENTER | 1.00 | | | | | | | | 905.00 | 905.00 |
| HUMANA - COMMERCIAL | 1.00 | | 112.80 | | | | | | | 112.80 |
| LONGEVITY HEALTH PLAN - MEDICARE ADVANTAGE | 1.00 | | | 671.00 | | | | | | 671.00 |
| MEDICAID NJ | 87.00 | 92.71 | 3,172.16 | 256.09 | 3,746.46 | 455.37 | 2,994.91 | 16,409.72 | 14,420.35 | 41,547.77 |
| MEDICAID NY | 13.00 | | | 113.54 | 776.00 | 275.00 | 2,937.27 | 70.71 | 4,870.74 | 9,043.26 |
| MEDICARE NJ | 76.00 | 64,504.74 | 10,333.51 | 14,139.00 | 1,737.50 | | | | 2,900.19 | 93,614.94 |
| MEDLOGIX - WORKERS COMP | 1.00 | | | | | | | | 1,573.50 | 1,573.50 |

Exhibit F

Monthly Operating Report - July 2026

Aging Report

| Current Payor | Trip Count | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 546 | Over 546 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| MUTUAL OF OMAHA - MEDICARE SUPPLEMENTAL | 4.00 | | | | 221.68 | | 12.72 | 106.48 | | 340.88 |
| NALC - SECONDARY TO MEDICARE | 2.00 | 65.67 | | | | | | | 103.51 | 169.18 |
| NJM INSURANCE GROUP | 2.00 | | | | | | | | 3,135.00 | 3,135.00 |
| PALMETTO GBA RAILROAD MEDICARE | 4.00 | | (280.81) | | | | | | 4,615.50 | 4,334.69 |
| PROGRESSIVE PIP CLAIMS NEW JERSEY | 1.00 | | | | | | | | 1,590.00 | 1,590.00 |
| QUAILITY CARRIERS INC WC | 1.00 | | | | | | | | 1,373.79 | 1,373.79 |
| SAINT MICHAEL'S MEDICAL CENTER | 60.00 | 2,942.04 | 515.75 | 1,864.60 | 599.60 | 1,614.80 | 2,620.20 | 3,736.18 | (2,530.60) | 11,362.57 |
| SELECT SPECIALTY HOSPITAL | 2.00 | | | | | | | | 1,814.00 | 1,814.00 |
| ST. MARY'S GENERAL HOSPITAL | 5.00 | 2,868.32 | | 682.86 | | | | 671.00 | | 4,222.18 |
| SUNRISE OF OLD TAPPAN | 1.00 | | | | | | | | 770.00 | 770.00 |
| TEAMSTERS HEALTH & WELFARE - PHILADELPHIA | 1.00 | | | | 910.00 | | | | | 910.00 |
| TRICARE FOR LIFE | 1.00 | | | | | | | 350.00 | | 350.00 |
| TUFTS HEALTH PLAN | 1.00 | | | | | | | | 1,633.50 | 1,633.50 |
| UMR | 1.00 | | | | 685.00 | | | | | 685.00 |
| UNITED AMERICAN INSURANCE - MEDICARE SUPPLEMENTAL | 1.00 | | | | | | | 11.70 | | 11.70 |
| UNITEDHEALTHCARE - MEDICAID (86047) | 16.00 | 1,512.30 | 1,949.00 | 160.30 | | | | (180.58) | (940.04) | 2,500.98 |
| UNITEDHEALTHCARE - MEDICARE ADVANTAGE (87726) | 6.00 | 6,512.89 | | | | | | | | 6,512.89 |
| UNITEDHEALTHCARE DUAL SNP - MEDICARE ADVANTAGE (86047) | 10.00 | 737.50 | 2,749.50 | | 671.00 | | | 1,038.96 | 4,565.50 | 9,762.46 |
| UNITEDHEALTHCARE OPTUM - MEDICARE ADVANTAGE (LIFE1) | 6.00 | | | 1,030.16 | 1,531.00 | | | 1,727.00 | | 4,288.16 |
| UNITEDHEALTHCARE PREFERRED CHOICE DADE - MEDICARE ADVANTAC | 1.00 | | | | | | | | 1,615.50 | 1,615.50 |
| US FAMILY HEALTH PLAN (USFHP) | 1.00 | | | | | | | | (358.42) | (358.42) |
| VETERANS ADMINISTRATION | 2.00 | | | | | | 1,935.00 | | 1,575.00 | 3,510.00 |
| WELLCARE DUAL LIBERTY D-SNP - MEDICARE ADVANTAGE (14163) | 4.00 | | | | | | 863.50 | 3,425.40 | | 4,288.90 |
| WELLCARE NJ - MEDICARE ADVANTAGE | 4.00 | 737.50 | 3,225.50 | | | | | | 725.00 | 4,688.00 |
| WELLPOINT DUAL/FIDE SNP - MEDICARE ADVANTAGE | 1.00 | 2,064.50 | | | | | | | | 2,064.50 |
| Totals: Payors: 67 | 915.00 | 167,196.63 | 80,728.95 | 75,391.17 | 47,118.43 | 32,018.02 | 27,714.53 | 48,284.04 | 95,533.74 | 573,985.51 |
| | | | | | | | | | Non-Frontline | - |
| | | | | | | | | | | **573,985.51** |

OCEANFIRST BANK
975 Hooper Avenue
Toms River, NJ 08753

## Statement Ending 07/31/2026

NJ Mobile Health Care LLC

Customer Number: XXXXXXX1324

### Managing Your Accounts

| | |
|---|---|
| Phone Number | 1.888.623.2698 |
| Mailing Address | 975 Hooper Avenue<br>Toms River, NJ 08753 |
| Online Access | Oceanfirst.com |

NJ MOBILE HEALTH CARE LLC
CHAPTER 11 CASE 24-16239-JKS
DEBTOR IN POSSESSION
575 CORPORATE DR STE 525
MAHWAH NJ 07430-2330

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIER COMMERCIAL ANALYSIS CHECKING | XXXXXXX1324 | $13.90 |

## PREMIER COMMERCIAL ANALYSIS CHECKING - XXXXXXX1324

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2026** | **Beginning Balance** | **$0.00** |
| | 21 Credit(s) This Period | $19,849.88 |
| | 20 Debit(s) This Period | $19,835.98 |
| **07/31/2026** | **Ending Balance** | **$13.90** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2026** | **Beginning Balance** | | | **$0.00** |
| 07/06/2026 | TXR FROM x1330 AT 11:00 | | $1,500.00 | $1,500.00 |
| 07/07/2026 | TXR FROM x1330 AT 21:47 | | $10.00 | $1,510.00 |
| 07/07/2026 | TXR FROM x1330 AT 14:28 | | $90.00 | $1,600.00 |
| 07/07/2026 | TXR FROM x1390 AT 14:29 | | $100.00 | $1,700.00 |
| 07/07/2026 | TXR FROM x1390 AT 14:31 | | $200.00 | $1,900.00 |
| 07/07/2026 | TXR FROM x1390 AT 14:31 | | $200.00 | $2,100.00 |
| 07/07/2026 | Outgoing DBIQ Wire - Domestic-2026188000089200;BNF MOBILE ONSITE HEALTH SOLUTION | $450.00 | | $1,650.00 |
| 07/07/2026 | Outgoing DBIQ Wire - Domestic-2026188000065400;BNF MOBILE ONSITE HEALTH SOLUTION | $1,200.00 | | $450.00 |
| 07/07/2026 | TXR TO x1390 AT 15:43 | $350.00 | | $100.00 |
| 07/07/2026 | Outgoing DBIQ Wire - Domestic Fee-2026188000065400 | $18.00 | | $82.00 |
| 07/07/2026 | Outgoing DBIQ Wire - Domestic Fee-2026188000089200 | $18.00 | | $64.00 |
| 07/08/2026 | DEPOSIT | | $940.00 | $1,004.00 |
| 07/08/2026 | Bill.com ACCTVERIFY 996ZABAYJ13N3AK | | $0.26 | $1,004.26 |
| 07/08/2026 | Refund Wire Transfer Fee GFX 654 $1,200.00 w.o 7/7/26 | | $18.00 | $1,022.26 |
| 07/08/2026 | Refund Wire Transfer Fee GFX 892 $450.00 w.o 7/7/26 | | $18.00 | $1,040.26 |
| 07/08/2026 | TXR FROM x1390 AT 12:45 | | $100.00 | $1,140.26 |
| 07/08/2026 | Bill.com ACCTVERIFY 996ZABAYJ13N3AK | $0.26 | | $1,140.00 |

**If you have any questions regarding this statement, please call 1-888-623-2698.**

**Notice to Recipients of Electronic Transfers (Consumer Accounts only)**

In case of errors or questions about your electronic transfers, please telephone us at 1-888-623-2698, write to OceanFirst Bank NA., P.O. Box 2009, Toms River, NJ 08754-2009, or through our website at "Contact Us" as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared with the following information.

1. Your name, your OceanFirst account number and CheckCard number if applicable.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is wrong or why you need more information.
3. Tell us the date and the dollar amount of the suspected error and supply us with copies of any receipts or other documentation that will assist our investigation.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for POS transactions, 20 business days for a new account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to do our investigation.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR ACCOUNT WITH YOUR STATEMENT**

1. In your account register enter the interest earned on your Account if it appears on the front of this statement.
2. Verify that all withdrawals are charged on the statement for the amount in your records.
3. Verify that all deposits have been credited for the same amount as on your records.
4. Be sure that Service Charges (if any) or other authorized deductions shown on this statement have been deducted from your account balance.
5. Be sure that all outstanding items from your previous statement have been included in this statement (otherwise they are still outstanding).
6. Check off on your register each item on this statement.
7. Make a list of the numbers and amounts of those checks and any other items still outstanding in the space provided at left.
8. - 12. Follow directions as prompted in each space.

| OUTSTANDING WITHDRAWALS | | |
|---|---|---|
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OUTSTANDING WITHDRAWALS** CARRY OVER TO LINE 11 | | |

| | | |
|---|---|---|
| 8. | **ENTER FINAL BALANCE AS PER STATEMENT** | |
| 9. | **ADD** ANY DEPOSITS NOT CREDITED | |
| 10. | **TOTAL** | |
| 11. | **SUBTRACT** TOTAL OUTSTANDING WITHDRAWALS | |
| 12. | **BALANCE** SHOULD AGREE WITH YOUR ACCOUNT REGISTER | |

Member FDIC EQUAL HOUSING LENDER

## PREMIER COMMERCIAL ANALYSIS CHECKING - XXXXXXX1324

**(continued)**

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2026 | TXR FROM x1390 AT 12:31 | | $150.00 | $1,290.00 |
| 07/10/2026 | TXR TO x1390 AT 12:11 | $199.00 | | $1,091.00 |
| 07/13/2026 | TXR FROM x1330 AT 13:04 | | $370.00 | $1,461.00 |
| 07/13/2026 | Payables Bill.com Progress Software Corp. Bill.com 996QIUMUT148JBI MuI | $415.04 | | $1,045.96 |
| 07/13/2026 | NJGOVSERVEW NJGovServE 609 586 2600 | $51.00 | | $994.96 |
| 07/13/2026 | NJGOVSERVEW NJGovServE 609 586 2600 | $51.00 | | $943.96 |
| 07/14/2026 | MOBILE CAPTURE DEPOSIT | | $1,873.59 | $2,817.55 |
| 07/15/2026 | TXR TO x1390 AT 10:11 | $1,000.00 | | $1,817.55 |
| 07/15/2026 | OPTIMUM 7873 CABLE PMNT 22187501 | $517.56 | | $1,299.99 |
| 07/16/2026 | TXR FROM x1330 AT 15:08 | | $297.00 | $1,596.99 |
| 07/16/2026 | TXR TO x1390 AT 15:08 | $1,299.90 | | $297.09 |
| 07/17/2026 | 10LGDUSFSS 10L GOVDEALS REF* \ | | $210.00 | $507.09 |
| 07/17/2026 | TXR TO x1390 AT 6:47 | $506.00 | | $1.09 |
| 07/23/2026 | TXR FROM x1330 AT 16:11 | | $2,000.00 | $2,001.09 |
| 07/24/2026 | 10LGDUSFSS 10L GOVDEALS REF* \ | | $5,050.00 | $7,051.09 |
| 07/24/2026 | TXR TO x1390 AT 16:44 | $4,500.00 | | $2,551.09 |
| 07/24/2026 | CHECK # 1002 | $594.22 | | $1,956.87 |
| 07/27/2026 | TXR TO x1390 AT 8:18 | $1,000.00 | | $956.87 |
| 07/28/2026 | CHECK # 1003 | $266.00 | | $690.87 |
| 07/31/2026 | 10LGDUSFSS 10L GOVDEALS REF* \ | | $6,250.00 | $6,940.87 |
| 07/31/2026 | TXR FROM x1330 AT 14:56 | | $73.03 | $7,013.90 |
| 07/31/2026 | TXR FROM x1390 AT 14:56 | | $400.00 | $7,413.90 |
| 07/31/2026 | Outgoing DBIQ Wire - Domestic-2026212000135900;BNF FRONT LINE EMS BILLING | $500.00 | | $6,913.90 |
| 07/31/2026 | TXR TO x1390 AT 13:35 | $6,900.00 | | $13.90 |
| **07/31/2026** | **Ending Balance** | | | **$13.90** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1002 | 07/24/2026 | $594.22 | 1003 | 07/28/2026 | $266.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/06/2026 | $1,500.00 | 07/14/2026 | $2,817.55 | 07/24/2026 | $1,956.87 |
| 07/07/2026 | $64.00 | 07/15/2026 | $1,299.99 | 07/27/2026 | $956.87 |
| 07/08/2026 | $1,140.00 | 07/16/2026 | $297.09 | 07/28/2026 | $690.87 |
| 07/10/2026 | $1,091.00 | 07/17/2026 | $1.09 | 07/31/2026 | $13.90 |
| 07/13/2026 | $943.96 | 07/23/2026 | $2,001.09 | | |

OCEANFIRST BANK
975 Hooper Avenue
Toms River, NJ 08753

## Statement Ending 07/31/2026

NJ Mobile Health Care LLC



Customer Number: XXXXXXX1324


NJ Mobile Health Care LLC
575 Corporate Drive
Suite 525
Mahwah NJ 07430
1002
DATE 7/23/2026
PAY Five hundred ninety four and 22/00 Dollars $ 594.22
TO THE ORDER OF Louis Greco
MEMO Reimbursement
⑈000000 1002⑈ [redacted] 324⑈

#1002 07/24/2026 $594.22

[redacted]

#1002 07/24/2026 $594.22


NJ Mobile Health Care LLC
575 Corporate Drive
Suite 525
Mahwah NJ 07430
1003
DATE 7/25/2026
PAY Two hundred sixty six and 00/00 Dollars $ 266.00
TO THE ORDER OF Louie Greco JR
MEMO Postal Box Renewal-Reimbursement
⑈000000 1003⑈ [redacted] 324⑈

#1003 07/28/2026 $266.00

[redacted]

#1003 07/28/2026 $266.00

OCEANFIRST BANK
975 Hooper Avenue
Toms River, NJ 08753

# Statement Ending 07/31/2026

NJ Mobile Health Care LLC

Customer Number: XXXXXXX1330

## Managing Your Accounts

| | |
|---|---|
| Phone Number | 1.888.623.2698 |
| Mailing Address | 975 Hooper Avenue<br>Toms River, NJ 08753 |
| Online Access | Oceanfirst.com |

NJ MOBILE HEALTH CARE LLC
CHAPTER 11 CASE 24-16239-JKS
DEBTOR IN POSSESSION
575 CORPORATE DR STE 525
MAHWAH NJ 07430-2330

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIER COMMERCIAL ANALYSIS CHECKING | XXXXXXX1330 | $4,577.95 |

## PREMIER COMMERCIAL ANALYSIS CHECKING - XXXXXXX1330

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2026** | **Beginning Balance** | **$0.00** |
| | 31 Credit(s) This Period | $32,248.40 |
| | 28 Debit(s) This Period | $27,670.45 |
| **07/31/2026** | **Ending Balance** | **$4,577.95** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2026** | **Beginning Balance** | | | **$0.00** |
| 07/02/2026 | DEPOSIT | | $1,763.07 | $1,763.07 |
| 07/02/2026 | DEPOSIT | | $1,952.56 | $3,715.63 |
| 07/02/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $2,950.00 | $6,665.63 |
| 07/06/2026 | TXR TO x1324 AT 11:00 | $1,500.00 | | $5,165.63 |
| 07/06/2026 | TXR TO x1390 AT 11:03 | $1,000.00 | | $4,165.63 |
| 07/06/2026 | TXR TO x1390 AT 10:45 | $10.00 | | $4,155.63 |
| 07/06/2026 | TXR TO x1390 AT 10:45 | $10.00 | | $4,145.63 |
| 07/06/2026 | BANKCARD-1929 BTOT ADJ 536927960307817 | $327.38 | | $3,818.25 |
| 07/07/2026 | TXR TO x1324 AT 14:28 | $90.00 | | $3,728.25 |
| 07/07/2026 | TXR TO x1324 AT 21:47 | $10.00 | | $3,718.25 |
| 07/08/2026 | DEPOSIT | | $6,627.54 | $10,345.79 |
| 07/08/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $1,195.00 | $11,540.79 |
| 07/08/2026 | TXR TO x1390 AT 12:42 | $1,100.00 | | $10,440.79 |
| 07/09/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $604.17 | $11,044.96 |
| 07/09/2026 | CHECK # 1021 | $900.00 | | $10,144.96 |
| 07/09/2026 | CHK# 1021 AMT $900.00, UCF ITEM PAID FEE | $38.00 | | $10,106.96 |
| 07/10/2026 | DEPOSIT | | $808.66 | $10,915.62 |
| 07/10/2026 | TXR TO x1390 AT 12:12 | $3,479.00 | | $7,436.62 |

**If you have any questions regarding this statement, please call 1-888-623-2698.**

**Notice to Recipients of Electronic Transfers (Consumer Accounts only)**

In case of errors or questions about your electronic transfers, please telephone us at 1-888-623-2698, write to OceanFirst Bank NA., P.O. Box 2009, Toms River, NJ 08754-2009, or through our website at "Contact Us" as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared with the following information.

1. Your name, your OceanFirst account number and CheckCard number if applicable.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is wrong or why you need more information.
3. Tell us the date and the dollar amount of the suspected error and supply us with copies of any receipts or other documentation that will assist our investigation.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for POS transactions, 20 business days for a new account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to do our investigation.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR ACCOUNT WITH YOUR STATEMENT**

1. In your account register enter the interest earned on your Account if it appears on the front of this statement.
2. Verify that all withdrawals are charged on the statement for the amount in your records.
3. Verify that all deposits have been credited for the same amount as on your records.
4. Be sure that Service Charges (if any) or other authorized deductions shown on this statement have been deducted from your account balance.
5. Be sure that all outstanding items from your previous statement have been included in this statement (otherwise they are still outstanding).
6. Check off on your register each item on this statement.
7. Make a list of the numbers and amounts of those checks and any other items still outstanding in the space provided at left.
8. - 12. Follow directions as prompted in each space.

| OUTSTANDING WITHDRAWALS | | |
|---|---|---|
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OUTSTANDING WITHDRAWALS** CARRY OVER TO LINE 11 | | |

| | | |
|---|---|---|
| 8. | **ENTER FINAL BALANCE AS PER STATEMENT** | |
| 9. | **ADD** **ANY DEPOSITS NOT CREDITED** | |
| 10. | **TOTAL** | |
| 11. | **SUBTRACT** **TOTAL OUTSTANDING WITHDRAWALS** | |
| 12. | **BALANCE** **SHOULD AGREE WITH YOUR ACCOUNT REGISTER** | |

Member FDIC EQUAL HOUSING LENDER

OCEANFIRST BANK
975 Hooper Avenue
Toms River, NJ 08753

**Statement Ending 07/31/2026**

NJ Mobile Health Care LLC



Customer Number: XXXXXXX1330

## PREMIER COMMERCIAL ANALYSIS CHECKING - XXXXXXX1330

**(continued)**

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/13/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $525.02 | $7,961.64 |
| 07/13/2026 | TXR TO x1324 AT 13:04 | $370.00 | | $7,591.64 |
| 07/14/2026 | TXR TO x1390 AT 11:25 | $2,930.50 | | $4,661.14 |
| 07/15/2026 | DEPOSIT | | $5,043.26 | $9,704.40 |
| 07/15/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $295.00 | $9,999.40 |
| 07/15/2026 | TXR TO x1390 AT 10:11 | $200.00 | | $9,799.40 |
| 07/16/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $350.00 | $10,149.40 |
| 07/16/2026 | TXR TO x1390 AT 10:46 | $4,000.00 | | $6,149.40 |
| 07/16/2026 | TXR TO x1324 AT 15:08 | $297.00 | | $5,852.40 |
| 07/17/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $205.85 | $6,058.25 |
| 07/17/2026 | TXR TO x1390 AT 6:48 | $206.00 | | $5,852.25 |
| 07/20/2026 | MOBILE CAPTURE DEPOSIT | | $17.95 | $5,870.20 |
| 07/20/2026 | BANKCARD-1929 BTOT DEP 536927960307817 | | $89.29 | $5,959.49 |
| 07/20/2026 | TXR TO x1390 AT 8:53 | $808.00 | | $5,151.49 |
| 07/21/2026 | MOBILE CAPTURE DEPOSIT | | $529.88 | $5,681.37 |
| 07/21/2026 | MOBILE CAPTURE DEPOSIT | | $603.00 | $6,284.37 |
| 07/21/2026 | DEPOSIT | | $2,564.78 | $8,849.15 |
| 07/21/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $119.51 | $8,968.66 |
| 07/21/2026 | TXR TO x1390 AT 10:48 | $209.00 | | $8,759.66 |
| 07/22/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $862.22 | $9,621.88 |
| 07/22/2026 | TXR TO x1390 AT 9:32 | $700.00 | | $8,921.88 |
| 07/23/2026 | TXR TO x1324 AT 16:11 | $2,000.00 | | $6,921.88 |
| 07/23/2026 | TXR TO x1390 AT 15:55 | $1,500.00 | | $5,421.88 |
| 07/27/2026 | MOBILE CAPTURE DEPOSIT | | $130.70 | $5,552.58 |
| 07/27/2026 | MOBILE CAPTURE DEPOSIT | | $213.38 | $5,765.96 |
| 07/27/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $106.27 | $5,872.23 |
| 07/27/2026 | TXR TO x1390 AT 8:18 | $1,700.00 | | $4,172.23 |
| 07/27/2026 | TXR TO x1390 AT 14:23 | $112.54 | | $4,059.69 |
| 07/28/2026 | MOBILE CAPTURE DEPOSIT | | $13.70 | $4,073.39 |
| 07/28/2026 | MOBILE CAPTURE DEPOSIT | | $108.50 | $4,181.89 |
| 07/28/2026 | DEPOSIT | | $109.89 | $4,291.78 |
| 07/28/2026 | MOBILE CAPTURE DEPOSIT | | $333.68 | $4,625.46 |
| 07/28/2026 | DEPOSIT | | $1,587.26 | $6,212.72 |
| 07/28/2026 | DEPOSIT | | $2,079.84 | $8,292.56 |
| 07/28/2026 | BANKCARD-1929 MTOT DEP 536927960307817 | | $457.60 | $8,750.16 |
| 07/29/2026 | ACCTVERIFY HORIZON TRN* 1* 0000086832* 1220999690\ | | $0.08 | $8,750.24 |
| 07/29/2026 | TXR TO x1390 AT 7:08 | $1,600.00 | | $7,150.24 |
| 07/29/2026 | TXR TO x1390 AT 7:07 | $1,500.00 | | $5,650.24 |
| 07/30/2026 | ACCTVERIFY HORIZON TRN* 1* 0000086862* 1220999690\ | | $0.74 | $5,650.98 |
| 07/30/2026 | TXR TO x1390 AT 6:36 | $1,000.00 | | $4,650.98 |
| 07/31/2026 | TXR TO x1324 AT 14:56 | $73.03 | | $4,577.95 |
| **07/31/2026** | **Ending Balance** | | | **$4,577.95** |

## PREMIER COMMERCIAL ANALYSIS CHECKING - XXXXXXX1330

**(continued)**

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1021 | 07/09/2026 | $900.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/02/2026 | $6,665.63 | 07/14/2026 | $4,661.14 | 07/23/2026 | $5,421.88 |
| 07/06/2026 | $3,818.25 | 07/15/2026 | $9,799.40 | 07/27/2026 | $4,059.69 |
| 07/07/2026 | $3,718.25 | 07/16/2026 | $5,852.40 | 07/28/2026 | $8,750.16 |
| 07/08/2026 | $10,440.79 | 07/17/2026 | $5,852.25 | 07/29/2026 | $5,650.24 |
| 07/09/2026 | $10,106.96 | 07/20/2026 | $5,151.49 | 07/30/2026 | $4,650.98 |
| 07/10/2026 | $7,436.62 | 07/21/2026 | $8,759.66 | 07/31/2026 | $4,577.95 |
| 07/13/2026 | $7,591.64 | 07/22/2026 | $8,921.88 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $38.00 | $38.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

OCEANFIRST BANK
975 Hooper Avenue
Toms River, NJ 08753

# Statement Ending 07/31/2026

NJ Mobile Health Care LLC



Customer Number: XXXXXXX1330


NJ Mobile Health Care LLC
875 Corporate Drive
Suite 525
Mahwah NJ 07430

1021

DATE 7/7/2026

PAY Nine Hundred and 00/100 Dollars

TO THE ORDER OF Charles Rowley

MEMO Reimbursement – Fuel

⑈000001021⑈ [redacted] 1330⑈

| | | |
|---|---|---|
| #1021 | 07/09/2026 | $900.00 |

[redacted]

| | | |
|---|---|---|
| #1021 | 07/09/2026 | $900.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

# NJ Mobile HealthCare LLC DIP

Profit and Loss
July 2026

| | Total |
|---|---|
| Income | |
| Transport Income | 10,621.31 |
| **Total for Income** | **$10,621.31** |
| Cost of Goods Sold | |
| Cost of goods sold | |
| Leased Employee Wages - OPNS | 576.12 |
| **Total for Cost of goods sold** | **$576.12** |
| **Total for Cost of Goods Sold** | **$576.12** |
| **Gross Profit** | **$10,045.19** |
| Expenses | |
| General business expenses | |
| Bank fees & service charges | 140.00 |
| **Total for General business expenses** | **$140.00** |
| Insurance | |
| Liability insurance | 12,266.25 |
| **Total for Insurance** | **$12,266.25** |
| IT Expenses | 506.49 |
| Medical Billing Co | 1,002.72 |
| Office expenses | 266.00 |
| Payroll Expenses - Admin | |
| Leased Employee Wages - Admin Support | 63.30 |
| Leased Employee Wages - Dispatch | 1,166.13 |
| Leased Employee Wages - Sr. Management | 1,649.55 |
| **Total for Payroll Expenses - Admin** | **$2,878.98** |
| Payroll Processing Fees | 795.99 |
| Safety | 258.95 |
| Telephone Expense | 341.29 |
| Utilities | |
| Internet & TV services | 296.38 |
| **Total for Utilities** | **$296.38** |
| Vehicle expenses | |
| Vehicle gas & fuel | 1,494.22 |
| **Total for Vehicle expenses** | **$1,494.22** |
| **Total for Expenses** | **$20,247.27** |
| **Net Operating Income** | **($10,202.08)** |
| Other Income | |
| Miscellaneous Income/(Expense) | 25,055.21 |
| Miscellaneous Income/(Expense) - MOS | (29,230.18) |
| **Total for Other Income** | **($4,174.97)** |
| **Net Other Income** | **($4,174.97)** |
| **Net Income** | **($14,377.05)** |

# NJ Mobile HealthCare LLC DIP

Balance Sheet
As of Jul 31, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| Bill.com Money Out Clearing | 0.00 |
| NJMHC - PPSF Account (3201) - 1 | 0.00 |
| NJMHC - Receiving Account (1330) | 4,577.95 |
| NJMHC General Operating (5800) - 1 | 0.00 |
| NJMHC Operating Account (1324) | 1,887.49 |
| NJMHC Receiving (0303) - 1 | 0.00 |
| **Total for Bank Accounts** | **$6,465.44** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 573,985.51 |
| **Total for Accounts Receivable** | **$573,985.51** |
| Other Current Assets | |
| Payments to deposit | 0.00 |
| Prepaid expenses | $171,807.91 |
| Prepaid Insurance | 61,331.25 |
| **Total for Prepaid expenses** | **$233,139.16** |
| **Total for Other Current Assets** | **$233,139.16** |
| **Total for Current Assets** | **$813,590.11** |
| **Total for Assets** | **$813,590.11** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 42,584.60 |
| **Total for Accounts Payable** | **$42,584.60** |
| Other Current Liabilities | |
| Accrued Payroll | 3,455.05 |
| AFCO | 0.00 |
| Due To/From Lime Line - DIP | 189,784.25 |
| P1 Finance | 83,970.54 |
| **Total for Other Current Liabilities** | **$277,209.84** |
| **Total for Current Liabilities** | **$319,794.44** |
| **Total for Liabilities** | **$319,794.44** |
| Equity | |
| Opening balance equity | 6,213.70 |
| Retained Earnings | 385,391.94 |
| Net Income | 102,190.03 |
| **Total for Equity** | **$493,795.67** |
| **Total for Liabilities and Equity** | **$813,590.11** |